## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2020, I electronically filed the Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint and Lead Plaintiff's Response to Defendants' Request for Judicial Notice with the Clerk of Court using the CM/ECF System, to be served on all participants in the case who are registered as CM/ECF users.

By: /s/   *Gary S. Graifman*
Gary S. Graifman