# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>                                Defendants. | Case No. 2:19-cv-09074-ES-MAH<br>Honorable Esther Salas<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Lead Plaintiff City of Hialeah Employees' Retirement System, through its counsel, on behalf of itself and the Settlement Class,[1] will hereby move this Court on a date and at such time as may be designated by the Honorable Esther Salas, United States District Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5A, Newark, New

---

[1] Capitalized terms have the same meaning as in the Stipulation and Agreement of Settlement dated June 25, 2020 (the "Stipulation"), a copy of which is attached as Exhibit A to the accompanying Declaration of Todd Kammerman in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Kammerman Declaration").

Jersey, 07101 for the entry of an order (i) preliminarily approving the Settlement between Lead Plaintiff and Defendants American Renal Associates Holdings, Inc., Joseph A. Carlucci, Jason M. Boucher and Jonathan L. Wilcox (collectively, "Defendants") as set forth in the Stipulation, which is being filed concurrently herewith; (ii) conditionally certifying the Settlement Class; (iii) approving the form and manner of disseminating notice of the proposed Settlement to the Settlement Class; and (iv) scheduling a final approval hearing for a date at the Court's convenience to consider final approval of the Settlement, the Plan of Allocation and an award of attorneys' fees, reimbursement of expenses and an Award to Plaintiff.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Kammerman Declaration and the exhibits attached thereto, including the Stipulation, the Court's docket in this Action, and such other matters as the Court may consider at the hearing on this motion.

Defendants do not oppose this motion. Accordingly, Lead Plaintiff requests that the Court enter the proposed Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, which is attached as Exhibit A to the Stipulation, which is Exhibit A to the Kammerman Declaration.

Dated: June 25, 2020               Respectfully submitted,

    By: /s/ Todd Kammerman
Todd Kammerman
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (admitted *pro hac vice*)
Atara Hirsch (admitted *pro hac vice*)
Todd Kammerman
Sean M. Handron-O'Brien (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, New York 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
MTwersky@aftlaw.com
AHirsch@aftlaw.com
TKammerman@aftlaw.com
Shandronobrien@aftlaw.com

  -and-

Ian D. Berg (admitted *pro hac vice*)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
IBerg@aftlaw.com

*Counsel for Lead Plaintiff the City of Hialeah Employees' Retirement System and Lead Counsel for the Class*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Gary S. Graifman
210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1088

GGraifman@kgglaw.com

*Liaison Counsel for the Class*