Mitchell M.Z. Twersky (*admitted pro hac vice*)
Atara Hirsch (admitted *pro hac vice*)
Todd Kammerman, Esq.
Sean M. Handron-O'Brien (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &
TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
(212) 279-5050

*Lead Counsel for the Class*

[additional counsel listed on signature block]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>Defendants. | Case No. 2:19-cv-09074-ES-MAH<br>Honorable Michael A. Hammer<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION FOR: (1) FINAL APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION; AND (2) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND AN AWARD TO PLAINTIFF** |

**PLEASE TAKE NOTICE** that Lead Plaintiff City of Hialeah Employees'

Retirement System, through its counsel, on behalf of itself and the Settlement Class,[1]

---

[1] Capitalized terms have the same meaning as in the Stipulation and Agreement of Settlement dated June 25, 2020. ECF No. 50-3.

upon the accompanying memoranda of law, the accompanying Declaration of Todd Kammerman in Support of Lead Plaintiff's Motion For: (1) Final Approval of the Settlement and Plan of Allocation; and (2) an Award of Attorneys' Fees, Reimbursement of Expenses and an Award to Plaintiff, the exhibits annexed thereto, and any additional papers as may be submitted to the Court before and at the hearing on this motion, will move this Court, before the Honorable Michael A. Hammer, on January 12, 2021 at 11:00 a.m. in Courtroom 5A of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, for the entry of an Order granting final approval of the proposed class action Settlement and Plan of Allocation and for entry of an Order awarding Lead Counsel attorneys' fees and reimbursement of expenses, and an Award to Plaintiff, and for such further relief as is just.

Proposed Orders are submitted herewith.

Dated: December 15, 2020          Respectfully submitted,

By: /s/ *Todd Kammerman*
    Todd Kammerman
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (admitted *pro hac vice*)
Atara Hirsch (admitted *pro hac vice*)
Todd Kammerman
Sean M. Handron-O'Brien (admitted *pro hac vice*)
One Penn Plaza, Suite 2805
New York, New York 10119

Tel: (212) 279-5050
Fax: (212) 279-3655
MTwersky@aftlaw.com
AHirsch@aftlaw.com
TKammerman@aftlaw.com
Shandronobrien@aftlaw.com

-and-

Ian D. Berg (admitted *pro hac vice*)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel: (858) 764-2580
Fax: (858) 764-2582
IBerg@aftlaw.com

*Counsel for Lead Plaintiff City of Hialeah Employees' Retirement System and Lead Counsel for the Class*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Gary S. Graifman
210 Summit Avenue
Montvale, NJ 07645
Tel: (201) 391-7000
Fax: (201) 307-1088
GGraifman@kgglaw.com

*Liaison Counsel for the Class*

3