# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of all Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX, <br><br> Defendants. | Case No. 2:19-cv-09074-ES-MAH <br><br> **SUPPLEMENTAL DECLARATION OF CHARLES FERRARA REGARDING MAILING OF THE NOTICE AND UPDATED REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS** |

I, CHARLES FERRARA, declare, pursuant to 28 U.S.C. § 1746:

1. I am a Senior Business Resource Liaison at Angeion Group ("Angeion"). My business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action")[1] with further information regarding the provision of notice to the Settlement Class. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

## NOTICE TO THE SETTLEMENT CLASS

2. Pursuant to ¶ 9 of the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, (ECF No. 56, the "Preliminary Approval Order"), Angeion was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement in the Action. I submit this declaration as a supplement to my earlier declaration, Declaration of Charles Ferrara Regarding: (A) Mailing of Notice; (B) Publication of Summary Notice; and (C) Report on Request for Exclusions and Objections, dated December 15, 2020 (the "Ferrara Declaration") (ECF No. 58-4).

3. As reported in the Ferrara Declaration, as of December 15, 2020, Angeion had mailed 11,140 Notice Packets to potential Settlement Class Members and nominees. *See* Ferrara Declaration, ¶ 8. Since the execution of the Ferrara Declaration, Angeion has continued to disseminate copies of the Notice Packet in response to requests from potential Settlement Class Members, brokers and other nominees. Since the date of the Ferrara Declaration, Angeion has disseminated an

---

[1] Unless stated otherwise, all capitalized terms used in this declaration but not defined herein have the same meaning as defined in Lead Plaintiff's opening papers submitted on December 15, 2020 in support of this Motion. ECF No. 58.

additional 881 Notice Packets.  In total, to date, 12,021 Notice Packets have been disseminated to potential Settlement Class Members and nominees.

4.      Settlement Class Members were notified that written requests for exclusion from the Settlement Class were to be received no later than December 8, 2020 and be addressed to *American Renal Assoc. Securities Litigation*, ATTN: EXCLUSION REQUEST, P.O. Box 58220, Philadelphia, PA 19102. As of January 4, 2021, Angeion has not received any exclusion requests.

5.      Settlement Class Members were also notified that objections to the proposed Settlement, Plan of Allocation, Lead Plaintiff's motion for an award of attorneys' fees, reimbursement of expenses and an Award to Plaintiff must be submitted in writing to the Court and mailed to the Clerk of the Court, Lead Counsel and Defendants' Counsel, such that they were received no later than December 22, 2020.  As of January 4, 2021, Angeion has not received any objections.

6.      Angeion will continue to monitor incoming mail for exclusion requests or objections and will report to counsel for the Settling Parties any exclusion requests or objections it receives.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5 day of January, 2021 at Nassau County, New York.

Charles Ferrara
Senior Business Resource
Liaison

2