Mitchell M.Z. Twersky (*admitted pro hac vice*)
Atara Hirsch (admitted *pro hac vice*)
Todd Kammerman, Esq.
Sean M. Handron-O'Brien (admitted *pro hac vice*)
**ABRAHAM, FRUCHTER &**
**TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
(212) 279-5050

*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>                    v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>                                        Defendants. | Case No. 2:19-cv-09074-ES-MAH<br>Honorable Michael A. Hammer<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 5, 2021, I electronically filed the **1)** Memorandum of Law in Further Support of Lead Plaintiff's Motion for: (1) Final Approval of the Settlement and Plan of Allocation; and (2) an Award of Attorneys' Fees, Reimbursement of Expenses and an Award to Plaintiff; and **2)** Supplemental Declaration of Charles Ferrara regarding Mailing of the Notice and Updated

Report on Requests for Exclusion and Objections, by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ Todd Kammerman

Todd Kammerman
