**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ALI VANDEVAR, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

v.

AMERICAN RENAL ASSOCIATES
HOLDINGS, INC., JOSEPH A. CARLUCCI,
JASON M. BOUCHER, and JONATHAN L.
WILCOX,

Defendants.

Case No. 2:19-cv-09074-ES-MAH

**DECLARATION OF GREGORY MORTENSON REGARDING DEFENDANTS'**
**COMPLIANCE WITH 28 U.S.C. § 1715**

I, Gregory Mortenson, declare as follows:

1.      I am an attorney at Latham & Watkins LLP, counsel to Defendants in the above-captioned action.  Pursuant to paragraph 17 of the [Proposed] Order and Final Judgment (*see* ECF No. 50-3 at Ex. B), I submit this declaration certifying Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).   The following facts are within my personal knowledge.

2.      On June 29, 2020, I caused notice of Defendants' proposed class action settlement in this action to be provided to each appropriate Federal and State official by U.S. Postal Service Priority Mail, pursuant to and in compliance with 28 U.S.C. § 1715(b).  A true and correct copy of the notice is attached hereto as Exhibit A.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and  belief.

Dated: January 6, 2021
      New York, New York

_____

Gregory Mortenson
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel.:  (212) 906-1200
Email:  gregory.mortenson@lw.com