# EXHIBIT A

Gregory Mortenson

Direct Dial: 1.212.906.4579

gregory.mortenson@lw.com

53rd at Third

885 Third Avenue

New York, New York  10022-4834

Tel: +1.212.906.1200  Fax: +1.212.751.4864

www.lw.com

**LATHAM&WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

June 29, 2020

**<u>VIA CERTIFIED MAIL</u>**

TO:    ALL ADDRESSES IDENTIFIED
         IN ATTACHED ADDENDUM

Re:    <u>Notice of Class Action Settlement Pursuant to 28 U.S.C. § 1715:</u>
         <u>*Vandevar v. American Renal Associates Holdings, Inc. et al.*, Case No. 19-</u>
         <u>cv-09074 (D.N.J.)</u>

To Whom It May Concern:

We represent Defendants American Renal Associates Holdings, Inc. ("ARA"), Joseph A. Carlucci, Jason M. Boucher and Jonathan L. Wilcox (collectively, "Defendants"), in the above-captioned action.  Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendants hereby provide this notice of a proposed class action settlement in this lawsuit.

The above-captioned matter is a class action brought on behalf of all persons and entities who purchased or otherwise acquired shares of ARA common stock during the period between August 10, 2016 and March 27, 2019, both dates inclusive (the "Settlement Class," composed of "Settlement Class Members").  Excluded from the Settlement Class are: (i) Defendants and their respective successors and assigns; (ii) past and current officers and directors of ARA; (iii) Immediate Family Members of any Individual Defendant; (iv) the legal representatives, heirs, successors or assigns of the Individual Defendants; (v) Centerbridge Capital Partners L.P. and its subsidiaries and affiliated entities; (vi) any entity in which any of the above excluded Persons have or have had a majority ownership interest; and (vii) Opt-Outs.

On June 25, 2020, Lead Plaintiff City of Hialeah Employees' Retirement System ("Lead Plaintiff"), on behalf of itself and the Settlement Class, filed an Unopposed Motion for Preliminary Approval of Class Action Settlement with Defendants in the United States District Court for the District of New Jersey (the "District Court").  Subject to the District Court's authorization, the settlement includes a cash payment of $5.775 million to be made (or caused to be made) by the Defendants into an interest-bearing escrow account managed by the Escrow Agent, Angeion Group, LLC, under the supervision of Lead Counsel, for the benefit of the Lead Plaintiff and the Settlement Class.  The settlement was reached as a result of arm's-length

**LATHAM&WATKINS**LLP

negotiations by sophisticated counsel with the assistance Honorable Layn R. Phillips (Ret.) of Phillips ADR, a former federal district court judge.

A hearing regarding Lead Plaintiff's unopposed motion for preliminary approval has been scheduled for September 24, 2020, at 10:30 a.m. before Magistrate Judge Michael A. Hammer in Courtroom 2C in Newark, New Jersey. *See* 28 U.S.C. § 1715(b)(2). As of the date of this CAFA notice, no judicial opinion regarding the settlement or any other papers relating to the settlement have been issued. *See* 28 U.S.C. § 1715(b)(8). Any further filings in the above-captioned action will be posted on the electronic filing section of the website for the District Court, which can be accessed at http:// http://www.njd.uscourts.gov/. Additional information regarding the settlement will be available on the website developed by the Claims Administrator for this settlement within thirty (30) calendar days after entry of the District Court's Order granting preliminary approval to the settlement.

Enclosed please find a disc containing the following materials:

1. A listing of ARA's shareholders of record during the Class Period. Because many shares of ARA's common stock were held in the name of a nominee who purchased stock on a shareholder's behalf, this listing does not identify all beneficial owners of ARA common stock. In addition, it is not possible to estimate the proportionate share of the claims of Class Members in each state because the portion of the settlement fund each class member will receive depends on the timing of their transactions in ARA common stock and the number and nature of claims submitted by other Class Members. However, the Class Notice, also enclosed herewith, describes the Plan of Allocation proposed by counsel for Class Representative, subject to court approval. *See* 28 U.S.C. § 1715(b)(7).

2. Copies of the complaint and amended complaint filed in this action. *See* 28 U.S.C. § 1715(b)(1).

3. A copy of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, including the Stipulation and Agreement of Settlement ("Stipulation") and accompanying exhibits (attached as Ex. A to the Declaration of Todd Kammerman in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Dkt No. 50-3) which detail Settlement Class Members' rights to request exclusion from the Settlement Class (*see* 28 U.S.C. 1715(b)(3)-(5)):

    a. [Proposed] Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Ex. A to the Stipulation);

    b. Notice of Pendency and Proposed Settlement of Class Action (Ex. A-1 to the Stipulation);

**LATHAM&WATKINS**LLP

c.   Proof of Claim and Release Form (Ex. A-2 to the Stipulation);

d.   Summary Notice of Pendency and Proposed Class Action Settlement (Ex. A-3 to the Stipulation);

e.   [Proposed] Order and Final Judgment (Ex. B to the Stipulation).

Defendants also hereby advise you that contemporaneous with the execution of the Stipulation, the parties executed a Confidential Supplemental Agreement ("Supplemental Agreement"). The Supplemental Agreement sets forth certain conditions under which Defendants shall have the option to terminate the settlement and render the Stipulation void. The parties have agreed to maintain the confidentiality of the Supplemental Agreement, which shall not be disclosed or filed unless required by the District Court. It is customary for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with such litigation, "[k]nowledge of the specific number of opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out." Fed. Judicial. Ctr., Manual for Complex Litigation (4th ed.) § 21.631.

Any correspondence on the proposed settlement should be sent no later than 90 days from the date of this letter to the Clerk of Court, United States District Court, District of New Jersey, 50 Walnut Street Room 4015, Newark, NJ 07101. Copies of any such correspondence should also be sent to the following addresses:

***Counsel for Lead Plaintiff the City of Hialeah Employees' Retirement System and Lead Counsel for the Class***

Mitchell M.Z. Twersky
Atara Hirsch
Todd Kammerman
Sean M. Handron-O'Brien
Abraham, Fruchter & Twersky, LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Tel.:  (212) 279-5050
Fax:  (212) 279-3655
MTwersky@aftlaw.com
AHirsch@aftlaw.com
TKammerman@aftlaw.com
Shandronobrien@aftlaw.com

-and-

Ian D. Berg
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel:  (858) 764-2580

June 29, 2020
Page 7

**LATHAM&WATKINS** LLP

Fax:  (858) 764-2582
IBerg@aftlaw.com

***Liaison Counsel for the Class***

Gary S. Graifman
Kantrowitz, Goldhamer, & Graifman, P.C.
210 Summit Avenue
Montvale, NJ 07645
Tel:  (201) 391-7000
Fax:  (201) 307-1088
GGraifman@kgglaw.com

***Counsel for Defendants***

Jeff. G. Hammel
Jason C. Hegt
Gregory Mortenson
885 Third Avenue
New York, New York 10022
Tel:  (212) 906-1200
Fax:  (212) 751-4864
jeff.hammel@lw.com
jason.hegt@lw.com
gregory.mortenson@lw.com

　　　If you have any questions about the settlement or the underlying lawsuit, please feel free to contact me.

　　　　　　　　　　　　　　　Best regards,

　　　　　　　　　　　　　　　Gregory Mortenson
　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

Enclosure

**ADDENDUM A**
**List of CAFA Notice Recipients**

| JURISDICTION | ADDRESS |
|---|---|
| Alaska | Kevin Clarkson, Attorney General<br>Office of the Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501 |
| Alabama | Steve Marshall, Attorney General<br>Office of the Alabama Attorney General 501<br>Washington Avenue<br>Montgomery, AL  36130-0152 |
| Arkansas | Leslie Rutledge, Attorney General<br>Arkansas Attorney General Office 323<br>Center Street, Suite 200<br>Little Rock, AR  72201-2610 |
| Arizona | Mark Brnovich, Attorney General<br>Office of the Arizona Attorney General 2005<br>N. Central Ave<br>Phoenix, AZ 85004-2926 |
| California | CAFA Coordinator<br>Office of the Attorney General Consumer<br>Law Section<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102 |
| Colorado | Phil Weiser, Attorney General<br>Office of the Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center 1300<br>Broadway, 10th Floor<br>Denver, CO 80203 |
| Connecticut | William Tong, Attorney General<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT  06106 |
| District of Columbia | Karl Racine<br>District of Columbia Attorney General<br>441 4th Street, N.W., Suite 1100 South<br>Washington, D.C. 20001 |

| JURISDICTION | ADDRESS |
|---|---|
| Attorney General of the United States United States Department of Justice | William Barr U.S. Attorney General U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C.  20530-0001 |
| Delaware | Kathy Jennings, Attorney General Delaware Department of Justice Carvel State Office Building 820 N. French Street Wilmington, DE 19801 |
| Florida | Ashley Moody, Attorney General Office of the Attorney General State of Florida PL-01 The Capitol Tallahassee, FL 32399-1050 |
| Georgia | Chris Carr, Attorney General Office of the Georgia Attorney General 40 Capitol Square, S.W. Atlanta, GA  30334-1300 |
| Hawaii | Clare Connors, Attorney General Department of the Attorney General 425 Queen Street Honolulu, HI  96813 |
| Iowa | Tom Miller, Attorney General Office of the Attorney General of Iowa Hoover State Office Building 1305 E. Walnut Street Des Moines, IA 50319 |
| Idaho | Lawrence Wasden, Attorney General Office of the Attorney General State of Idaho 700 W. Jefferson Street, Suite 210 P.O. Box 83720 Boise, ID  83720-0010 |
| Illinois | Kwame Raoul Illinois Attorney General James R. Thompson Ctr., 100 W. Randolph Street Chicago, IL 60601 |

| JURISDICTION | ADDRESS |
|---|---|
| Indiana | Curtis Hill, Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN  46204 |
| Kansas | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, KS  66612-1597 |
| Kentucky | Daniel Cameron, Attorney General<br>Office of the Kentucky Attorney General 700<br>Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |
| Louisiana | Jeff Landry, Attorney General<br>Office of the Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA  70804-4095 |
| Massachusetts | Maura Healey, Attorney General<br>Office of Massachusetts Attorney General<br>Attn: CAFA Coordinator/General Counsel<br>One Ashburton Place, 20th Floor<br>Boston, MA  02108-1698 |
| Maryland | Brian Frosh, Attorney General<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD  21202-2202 |
| Maine | Aaron Frey, Attorney General<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| Michigan | Dana Nessel, Attorney General<br>Michigan Dep't of Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909 |

| JURISDICTION | ADDRESS |
|---|---|
| Minnesota | Keith Ellison, Attorney General<br>Office of Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN  55101-2131 |
| Missouri | Eric Schmitt, Attorney General<br>Missouri Attorney General's Office Supreme Court Building<br>207 W. High Street<br>P.O. Box 899<br>Jefferson City, MO  65102 |
| Mississippi | Lynn Fitch<br>State of Mississippi Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS  39201 |
| Montana | Timothy Fox, Attorney General<br>Office of the Montana Attorney General<br>Justice Building, Third Floor<br>215 N. Sanders Street<br>Helena, MT  59601 |
| North Carolina | Josh Stein, Attorney General<br>Office of the Attorney General<br>State of North Carolina<br>Department of Justice<br>114 West Edenton Street<br>Raleigh, NC  27603 |
| North Dakota | Wayne Stenehjem, Attorney General<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND  58505-0040 |
| Nebraska | Douglas Peterson, Attorney General<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE  68509-8920 |
| New Hampshire | Gordon J. MacDonald, Attorney General<br>State of New Hampshire<br>NH Department of Justice<br>33 Capitol Street<br>Concord, NH 03301-6397 |

| JURISDICTION | ADDRESS |
|---|---|
| New Jersey | Gurbir Grewal, Attorney General<br>Office of the New Jersey Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080 |
| New Mexico | Hector Balderas, Attorney General<br>Office of the New Mexico Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM  87501 |
| Nevada | Aaron Ford, Attorney General<br>Office of the Attorney General<br>State of Nevada<br>Old Supreme Court Building<br>100 North Carson Street |
| New York | Letitia James, Attorney General<br>Office of the Attorney General<br>State of New York<br>The Capitol, 2nd Floor<br>Albany, NY  12224-0341 |
| Ohio | Dave Yost, Attorney General<br>Office of the Attorney General<br>State of Ohio<br>30 E. Broad Street, 14th Floor<br>Columbus, OH  43215 |
| Oklahoma | Mike Hunter, Attorney General<br>Office of the Attorney General<br>State of Oklahoma<br>313 N.E. 21st Street<br>Oklahoma City, OK  73105 |
| Oregon | Ellen Rosenblum, Attorney General<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street N.E.<br>Salem, OR  97301-4096 |
| Pennsylvania | Josh Shapiro, Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120 |

| JURISDICTION | ADDRESS |
|---|---|
| Rhode Island | Peter F. Neronha, Attorney General<br>Office of the Attorney General<br>State of Rhode Island<br>150 S. Main Street<br>Providence, RI  02903 |
| South Carolina | Alan Wilson,<br>Attorney General of the State of South Carolina<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211-1549 |
| South Dakota | Jason Ravnsborg<br>Attorney General of the State of South Dakota<br>Office of the Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD  57501-8501 |
| Tennessee | Herbert Slatery, III<br>Attorney General of the State of Tennessee<br>Office of Tennessee Attorney General<br>  and Reporter<br>P.O. Box 20207<br>Nashville, TN  37202-0207 |
| Texas | Ken Paxton, Attorney General<br>Texas Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah | Sean Reyes, Attorney General<br>Office of the Attorney General<br>Utah State Capitol Complex<br>P.O. Box 142320<br>Salt Lake City, UT  84114-2320 |
| Virginia | Mark Herring, Attorney General<br>Office of the Virginia Attorney General<br>Commonwealth of Virginia<br>202 N. 9th Street<br>Richmond, VA  23219 |
| Vermont | T.J. Donovan, Attorney General<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT  05609-1001 |

| JURISDICTION | ADDRESS |
|---|---|
| Washington | Bob Ferguson, Attorney General<br>Office of the Attorney General<br>State of Washington<br>1125 Washington Street S.E.<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
| Wisconsin | Josh Kaul, Attorney General<br>Wisconsin Department of Justice<br>Office of the Attorney General<br>P.O. Box 7857<br>Madison, WI  53707-7857 |
| West Virginia | Patrick Morrisey, Attorney General<br>West Virginia Attorney General's Office<br>State Capitol Complex, Bldg. 1, Room E-26<br>Charleston, WV  25305 |
| Wyoming | Bridget Hill<br>Office of the Wyoming Attorney General<br>Kendrick Building<br>2320 Capital Avenue<br>Cheyenne, WY  82002 |
| American Samoa | Mitzie Jessop Taase<br>American Samoa Attorney General<br>Executive Office Building, Floor 3<br>Utulei, Territory of American Samoa<br>Pago Pago, American Samoa  96799 |
| Guam | Leevin Taitano Camacho, Attorney General<br>Office of the Attorney General Guam<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| Northern Mariana Islands | Edward Manibusan<br>Northern Mariana Islands Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950-8907 |
| Puerto Rico | Dennise Longo Quinones<br>Puerto Rico Secretary of Justice<br>P.O. Box 902192<br>San Juan, Puerto Rico  00902-0192 |

| JURISDICTION | ADDRESS |
|---|---|
| Virgin Islands | Denise George, Attorney General<br>Department of Justice<br>Virgin Islands Office of Attorney General<br>3438 Kronprindsens Gade<br>GERS Bldg, 2nd Floor<br>St. Thomas, U.S.V.I.  00802 |