**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>Defendants. | Case No. 2:19-cv-09074-ES-MAH<br>Honorable Michael A. Hammer |

### ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND AN AWARD TO PLAINTIFF

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action (the "Action");

WHEREAS, Lead Counsel has petitioned the Court for the award of attorneys' fees as compensation for the services provided to Lead Plaintiff and the Class along with reimbursement of expenses incurred in connection with the prosecution of this Action, and an Award to Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein shall have the meanings defined

1

in the Stipulation and Agreement of Settlement (the "Stipulation") filed with the Court (ECF No. 50-3); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing on January 12, 2021, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel is awarded 30 % of the Settlement Fund, or $1,732,500.00, as attorneys' fees in this Action.

2. Lead Counsel shall be reimbursed out of the Settlement Fund in the amount of $53,755.80 for their expenses and costs that were incurred.

3. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, the reaction of the Class, awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

4. The attorneys' fees and reimbursement of expenses shall be paid to Lead Counsel Abraham, Fruchter & Twersky, LLP and allocated in conformity with the manner and procedure provided for in the Stipulation and in particular ¶8.2 thereof.

5. The Court approves an Award to Lead Plaintiff City of Hialeah Employees' Retirement System in the amount of $ 7,500.00 to be paid from the Settlement Fund. This amount is reasonable given the time and effort Lead Plaintiff devoted to this Action in serving as Lead Plaintiff.

Dated: January 12, 2021                SO ORDERED:

 

_____
s/ Michael A. Hammer
HON. MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE