**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**
135 Chestnut Ridge Road
Montvale, NJ 07645
Telephone: (201) 391-7000

**Liaison Counsel for the Class**


**ABRAHAM, FRUCHTER & TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone: (212) 279-5050

**Counsel for Lead Plaintiff City of Hialeah
Employees' Retirement System and
Lead Counsel for the Class**


# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>Defendants. | Case No. 2:19-cv-09074-ES-MAH<br>Honorable Michael A. Hammer<br><br>**NOTICE OF MOTION FOR DISTRIBUTION OF THE NET SETTLEMENT FUND**<br><br>**Motion Day: March 2, 2026** |

PLEASE TAKE NOTICE that on March 2, 2026, Lead Plaintiff City of Hialeah Employees' Retirement System ("Lead Plaintiff"), on behalf of the Settlement Class[1] (together, "Plaintiffs"), will, and hereby does, apply to the Honorable Michael A. Hammer, United States Magistrate Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, Courtroom MLK 2C, 50 Walnut Street, Newark, NJ 07101, for entry of the [Proposed] Order Authorizing Distribution of the Net Settlement Fund ("Class Distribution Order"), which is attached hereto as Exhibit A.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law, the Declaration of Lawrence D. Levit in Support of Lead Plaintiff's Motion for Distribution of the Net Settlement Fund and the exhibits thereto.

Lead Counsel has conferred with Defendants' counsel by email and is informed that Defendants take no position on this Motion. Lead Plaintiff respectfully

---

[1] Unless otherwise indicated, all capitalized terms used herein shall have the meaning defined in the Stipulation and Agreement of Settlement and attached exhibits filed with the Court on June 25, 2020 (the "Stipulation") (ECF No. 50-3), the Order Granting Lead Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") (ECF No. 56), or the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") (ECF No. 58-4, Exhibit A).

requests that the Court decide the Motion on the papers and enter the Class Distribution Order.

Dated: February 5, 2026                           Respectfully submitted,


                                                  By: /s/ Lawrence D. Levit
                                                  Lawrence D. Levit
                                                  **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                                                  Mitchell M.Z. Twersky (admitted *pro hac vice*)
                                                  Atara Hirsch (admitted *pro hac vice*)
                                                  Lawrence D. Levit
                                                  450 Seventh Avenue, 38th Floor
                                                  New York, New York 10123
                                                  Tel: (212) 279-5050
                                                  Fax: (212) 279-3655
                                                  MTwersky@aftlaw.com
                                                  AHirsch@aftlaw.com
                                                  Llevit@aftlaw.com


                                                  *Counsel for Lead Plaintiff City of Hialeah*
                                                  *Employees' Retirement System and Lead Counsel*
                                                  *for the Class*


                                                  **KANTROWITZ, GOLDHAMER &**
                                                  **GRAIFMAN, P.C.**
                                                  Gary S. Graifman
                                                  135 Chestnut Ridge Road
                                                  Montvale, NJ 07645
                                                  Tel: (201) 391-7000
                                                  Fax: (201) 307-1088
                                                  GGraifman@kgglaw.com

                                                  *Liaison Counsel for the Class*


2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2026 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Lawrence D. Levit*

Lawrence D. Levit

3