# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALI VANDEVAR, Individually and on Behalf of all Others Similarly Situated,<br><br>                       Plaintiff,<br><br>        v.<br><br>AMERICAN RENAL ASSOCIATES HOLDINGS, INC., JOSEPH A. CARLUCCI, JASON M. BOUCHER, and JONATHAN L. WILCOX,<br><br>                    Defendants. | Case No. 2:19-cv-09074-ES-MAH |

**DECLARATION OF DAWN M. CODY OF ANGEION GROUP**
**IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF**
**THE NET SETTLEMENT FUND**

I, DAWN M. CODY, hereby declare under penalty of perjury as follows, pursuant to 28 U.S.C. § 1746:

1.     I am a Project Manager at Angeion Group ("Angeion"). Angeion's primary business address is located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 and not a party to the above-captioned action (the "Action"). I am familiar with the facts set forth herein based on personal knowledge, as well as information provided to me by my colleagues in the ordinary course of business at Angeion.

2.     Unless otherwise defined, the capitalized terms used herein shall have the meaning defined in the Stipulation and Agreement of Settlement (the "Stipulation"), dated June 25, 2020 (ECF No. 50-3), Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, entered on September 3, 2020 (ECF No. 56) (the "Preliminary Approval Order"), and the Notice of Pendency and Proposed Settlement of Class Action (the "Notice", attached as *Exhibit A-1* to the Preliminary Approval Order). The terms "Recognized Loss" and "Authorized Claimant" shall have

1

the same meaning as specified in the Plan of Allocation previously approved by the Court. *See* Notice Pgs. 13-16.

3.     Pursuant to ¶9 of the Preliminary Approval Order, the Court appointed and approved of Angeion as the Claims Administrator to supervise and administer the notice procedure as well as the processing of Claims in connection with the proposed Settlement in the Action. On January 12, 2021, the Court entered an Order and Final Judgement (ECF No. 63, the "Final Approval Order"), granting final approval of the Settlement and approving the proposed Plan of Allocation.

4.     Pursuant to the Preliminary Approval Order, Angeion has (a) received and processed Claim Forms submitted in connection with the Settlement; (b) reviewed submitted Claim Forms for accuracy and completeness and to ensure that they were supported by sufficient documentary evidence; (c) provided notice to Claimants whose Claim Forms were deficient or rejected; (d) worked with Claimants to help fix their Claims; and (e) calculated Claimants' Recognized Loss, both on an individual and a Settlement Class-wide basis, pursuant to the Plan of Allocation.

5.     Angeion has completed the processing of the Proofs of Claim in accordance with the terms of the Settlement and the Plan of Allocation and hereby submits its administrative determinations accepting and rejecting the Proofs of Claim in preparation for a distribution of the Net Settlement Fund to Authorized Claimants. Angeion also presents this Declaration in support of Lead Plaintiff's Motion to Distribute the Net Settlement Fund.

6.     The duration for this administration has been longer than is typical. The COVID-19 pandemic introduced unprecedented challenges to Angeion with a combination of workforce disruptions, infrastructure limitations, and regulatory changes. Angeion implemented remote work, addressed reduction of workforce availability, recalibrated our forecasting and resolved technology and infrastructure challenges concurrently while completing the claims processing.

7.    Angeion has addressed all of these challenges and as claims processing calculations have been completed, Angeion stands prepared to carry out the distribution of Settlement payments without further delay following authorization from the Court.

## CLASS MEMBER COMMUNICATIONS

8.    Throughout the Claims process, Angeion has received Settlement Class Member inquiries by telephone, electronic mail, and postal mail. Angeion maintains a case specific toll-free telephone number, 1-844-559-0203, established on September 3, 2020, with an interactive voice response system ("IVR"). The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. If callers need further assistance, the IVR provides a case-specific email address, info@AmericanRenalSecuritiesLitigation.com, where they can direct questions or ask for assistance in completing their Claim Form.

9.    Angeion maintains a website dedicated to the Settlement (the "Settlement Website"), www.AmericanRenalSecuritiesLitigation.com. Established on September 3, 2020, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and Claim filing deadlines, as well as the date and time of the Court's Settlement Hearing. The Settlement Website also contains copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and Final Order, as well as Frequently Asked Questions and their answers.

## PROCEDURES FOLLOWED IN PROCESSING CLAIMS

10.    Under the terms of the Preliminary Approval Order and as set forth in the Notice, each Settlement Class Member who wished to be eligible to receive a distribution from the Net Settlement Fund was required to complete and submit to Angeion a properly executed Claim Form postmarked no later than January 4, 2021, together with adequate supporting documentation for the transactions and holdings reported in the Claim.

11.    Through July 30, 2025, Angeion has received and fully processed 2,965 Claims from potential members of the Settlement Class.

12.    In preparation for receiving and processing Claims, Angeion: (a) conferred with Lead Counsel to define the guidelines for processing Claims; (b) created a unique

database to store Claim details, Claim images, and supporting documentation; (c) trained staff on Settlement specifics so that Claims would be processed properly; (d) formulated a system so that telephone and email inquiries would be properly responded to; (e) developed various computer programs and screens for entry of Settlement Class Members' identifying and transactional information; and (f) developed a proprietary "calculation module" that would calculate Recognized Loss amounts pursuant to the Plan of Allocation.

13. Settlement Class Members seeking to share in the Net Settlement Fund were directed via the Notice to submit their Claims to Angeion's office address at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Notice and the Proof of Claim Form (together, the "Notice Packets") returned by the United States Postal Service as undeliverable were reviewed for updated addresses and, where available, updated addresses were entered in the database and Notice Packets were mailed to the updated addresses. Any correspondence received, including emails to info@AmericanRenalSecuritiesLitigation.com requesting Claim Forms and actually providing Claim Forms, was reviewed and, when necessary, appropriate responses were provided to the senders.

<strong><u>PROCESSING CLAIMS</u></strong>

**A.    Paper Claims**

14. Of the 2,965 Claims submitted, Angeion received and processed 173 hard-copy paper Claim Forms. Once received, Angeion used the following procedure to process all paper Claims and related correspondence and inquiries sent by email, paper or otherwise:

    a. Envelopes received from the United States Post Office were opened, and then sorted into correspondence, such as requests for Claim Forms, and actual Claim Forms;

    b. All email correspondence in connection with a paper Claim Form that was received by info@AmericanRenalSecuritiesLitigation.com was sorted and kept together with the paper Claim Form;

4

c. All correspondence, including email correspondence, received, such as requests for Claim Forms, was reviewed and responded to accordingly;

d. All documentation submitted with a Claim Form was grouped with that Claim Form, and each Claim Form was assigned a unique claim number. Each Claim Form was imaged, and the original documents were stored in an area on-site designated secure;

e. The information from each Claim Form, including the name, address, account number, holdings, as well as purchase and sale transactions listed on the Claim, were entered into data files housed on Angeion's secure network; the documentation provided in support of each Claim by the Claimant was reviewed to ascertain whether the Claimant had, in fact, purchased or acquired shares of American Renal Associates Holdings, Inc. ("ARA" or "American Renal") common stock between August 10, 2016 and March 27, 2019, inclusive (the "Class Period"); and

f. Claims were then reviewed to confirm they had not been submitted by or on behalf of excluded persons, i.e.: (i) Defendants and their respective successors and assigns; (ii) past and current officers and directors of ARA; (iii) Immediate Family Members of any Individual Defendant; (iv) the legal representatives, heirs, successors or assigns of the Individual Defendants; (v) Centerbridge Capital Partners L.P. and its subsidiaries and affiliated entities; (vi) any entity in which any of the above excluded Persons have or have had a majority ownership interest; and (vii) Opt-Outs (collectively, "Excluded Parties").

**B.     Electronic Claims**

15.     Of the 2,965 Claims received and fully processed, 2,792 were submitted electronically made through a claim filing template provided by Angeion.  Electronically filed claims ("EFCs") are typically submitted by institutional investors with multiple claimants that may have hundreds or thousands of transactions during the Class Period. The EFCs were required to be filed in accordance with the electronic filing instructions

located on the Settlement website. EFCs were submitted on 150 distinct data files in the form of CDs, and spreadsheets, email or secured file transfer protocols from Claimants, including third-party filers, brokers, banks, nominees, or other representatives (collectively, "Electronic Filers") who filed on behalf of themselves or their Settlement Class Member customers. These EFCs were accompanied by a Claim Form, signature guaranties, and other documentation.[1]

16.     Angeion used the following procedure to process the EFCs:

a. The Angeion team coordinated and supervised the receipt and handling of all Electronic Claims. Each EFC submitted was recorded in a Master EFC Log where summary information such as filing entity, total number of Claims, total number of transactions, and contact information was saved;

b. Each EFC was reviewed and analyzed to ensure it was formatted in accordance with Angeion's required format and to identify any potential data issues or inconsistencies within the file. If any issues or inconsistencies arose, Angeion notified the sender. If the electronic file was deemed to be in an acceptable format, it was then uploaded to the claims database;

c. The review process also included flagging any EFC that was not accompanied by a signed Proof of Claim, which serves as a "Master Proof of Claim" for all accounts referenced on the electronic file submitted. Where appropriate, Angeion contacted the Electronic Filers whose submissions were missing information. This process ensured that only fully completed Proofs of Claim, submitted by properly authorized representatives of the Claimants, were considered eligible for payment from the Net Settlement Fund;

---

[1] EFCs contain transactional information needed to process those Claimants' Claims and calculate a Recognized Loss. Each EFC data file was accompanied by at least one hard copy Claim Form signed by the filing entity.

d. Once the data was loaded into the claims database, the EFCs were flagged to indicate any deficient or ineligible conditions that existed within them; and

e. Claims were then reviewed to confirm they had not been submitted by or on behalf of any Excluded Persons.

## THE DEFICIENCY PROCESS

**A.    Paper Claims**

17.    In connection with the Claims approval process, Angeion determined that certain Claims were missing pertinent information and/or documentation, in whole or in part, necessary to calculate a Recognized Loss. Angeion sent 48 Deficient or Denied Claim Notices ("Ineligible Notices") to certain Claimants who filed paper Claims that were either:

a. Intrinsically ineligible because they did not purchase or acquire publicly traded American Renal common stock during the Class Period; or

b. Were missing pertinent documentation or information necessary to calculate the Claimant's Recognized Loss.

18.    Sample Ineligible Notices are attached hereto as **Exhibit A**.

**B.    Electronic Claims**

19.    Using the following process, Angeion provided a cover letter, Deficiency and Denial Code Legend, and Transaction Report to each of the 150 distinct data files that were filed by individual Electronic Filers. The Transaction Report listed the data contained in their submission and annotated which portions of the information were incorrect or incomplete. The Transaction Reports:

a. Were sent to the person at the institution who submitted the data to Angeion, or the "senior level" person who signed the Claim Form;

b. Contained transactions that were included in the original data files submitted by the Electronic Filer, allowing the Electronic Filer to review the transactions submitted and subsequently captured by Angeion;

c.  Identified individual transactions and entire Claims that were found to be deficient or ineligible, so that the Electronic Filer had the opportunity to correct the deficient condition or contest the determination of ineligibility;

d.  Stated that any deficient Claims that remain uncured, as well as any Claims identified as being ineligible on the Transaction Report were rejected; and

e.  Provided Angeion's e-mail address so that the Electronic Filer could contact Angeion if they had any questions or required assistance.

20.  A sample Transaction Report is attached hereto as **Exhibit B.**

21.  Of the 2,792 EFCs received, 800 were incomplete or deficient and were filed by a total of 59 unique Electronic Filers.

22.  The Ineligible Notices and Transaction Reports advised Claimants who filed paper Claims and Electronic Filers:

a.  They had had fourteen (14) days from the date of the letter or report to submit a response or correct their Claim(s);

b.  Stated that unless a Claim was corrected within these fourteen (14) days, it would be rejected or denied; and

c.  Provided contact information for any disputes or questions regarding the deficiency in or rejection of their claim, including the toll-free number, email address, and mailing address dedicated to this Settlement.

23.  Pursuant to sending Ineligible Notices and Transaction Reports, Angeion received and processed responses to documentation and information requests, as well as other correspondence relating to Claims. Such correspondence included: responses to Ineligible Notices that cured deficient Claims, in whole or in part; responses to Ineligible Notices that provided additional information or documentation that affected a Claim's eligibility status; responses to Transaction Reports that cured deficient conditions and affected a Claim's eligibility status; and general correspondence to provide an address update or other information pertinent to a Claim.

## DISPUTED CLAIMS

24.    As noted above, Claimants were advised they had the right to contest Angeion's administrative determinations of deficiencies or ineligibility within fourteen (14) days from the date of notification and they could request the dispute be submitted to the Court for review. More specifically, Claimants were directed if they disputed Angeion's determinations, that they had to provide a statement indicating the grounds for contesting the determination, along with supporting documentation, and if the dispute concerning the Claim could not be resolved, Lead Counsel would present the request for review to the Court for a final determination. To date, no disputed claims have been received.

## QUALITY ASSURANCE

25.    An integral part of the Claims administration process is the quality assurance review. Therefore, after all Claims were processed, Ineligible Notices and Transaction Reports were sent, and Claimants' responses to the Ineligible Notices and Transaction Reports were reviewed and processed, Angeion performed quality assurance reviews. The review procedures ensured the accuracy and completeness of all Claims processed prior to preparing this Declaration and all of Angeion's final documents in support of distribution of the Net Settlement Fund. Under those review procedures, Angeion:

    a. Verified that Claims withdrawn by Claimants were identified, verified, and rejected. Claims were typically withdrawn by third-party filers because the Claimant was no longer a client and there was no longer authority to file a Claim;

    b. Performed a final quality assurance audit of Claims and all supporting documentation to ensure completeness of Claims;

    c. Determined that all Claimants with rejected Claims were notified of the rejection;

    d. Performed an audit of deficient Claims;

    e. Audited Claims that were invalid;

    f. Audited Claims with a Recognized Loss equal to zero;

9

g. Performed other auditing based on the Claims completion requirements and the approved calculation specifications included in the Plan of Allocation; and

h. Tested the accuracy of the Recognized Loss calculation.

## CLAIMS RECOMMENDED FOR APPROVAL AND/OR REJECTION

26. As noted above, Angeion has received a total of 2,965 Claims.

**Timely Filed Valid Claims**

27. A total of 2,886 Claims were received with a postmark or a submission date on or before the Court-approved Claims filing deadline of January 4, 2021. After deficiencies were processed and/or cured, a total of 1,075 Claims received with a postmark or submission date on or before the Court-approved Claims filing deadline were determined to be valid. The total Recognized Loss amount for these timely filed and valid Claims is $68,942,635.21.

**Untimely Filed, but Otherwise Valid Claims**

28. An additional 79 Claims were received after the January 4, 2021 submission deadline, but by July 30, 2025. After deficiencies were processed and/or cured, 10 of these 79 Claims were determined to be otherwise valid. The total Recognized Loss amount for these untimely filed, but otherwise valid Claims is $679,645.12. The Preliminary Approval Order provides Lead Counsel with discretion to accept late filed claims where the processing of those claims would not result in a material delay to the distribution of the Net Settlement Fund. EFC No. 56, ¶19.

29. No Claim was rejected solely because it was postmarked and received after the Court-approved Claims filing deadline of January 4, 2021. It is Angeion's opinion that no delay has resulted from the provisional acceptance of these Claims, which were processed while the other timely Claims were also being processed. Angeion submits that when the equities are balanced, it would be unfair to prevent otherwise valid Claims from participating in the Settlement distribution solely because they initially were submitted after the Court-approved Claims filing deadline, but while the timely Claims were still being processed. Accordingly, Angeion respectfully requests that this Court approve

10

Angeion's administrative determination approved by Lead Counsel to accept these untimely filed, but otherwise valid Claims. However, there must be a final cut-off date after which no more Claims may be accepted so that there may be a proportional distribution of the Net Settlement Fund. Acceptance of any Claim received after July 30, 2025 would necessarily require a delay in the distribution. Accordingly, it is also respectfully requested that this Court order that no claim received or adjusted after July 30, 2025, be entitled to share in any distributions of the Net Settlement Fund. Angeion has not received any additional claims after July 30, 2025.

30.    Pursuant to the Plan of Allocation, the total Recognized Loss amount for all valid, non-deficient Claims including timely and untimely Claims is $69,622,280.33.

**Rejected Claims**

31.    A total of 832 Claims are being recommended for rejection, in whole or in part, for the following reasons:

   a. 749 Claims did not involve eligible common stock purchases during the Class Period;

   b. 62 Claims were duplicative or were withdrawn by the Claimant; and

   c. 21 Claims had uncured deficiencies.

32.    Angeion notified all rejected Claimants, described above, of the disposition of their Claims with an Ineligible Notice for paper Claims, or a Transaction Report for EFCs.

33.    Additionally, 1,048 Claims had a Recognized Loss of zero ("No Loss") as calculated under the Plan of Allocation. Angeion has sent a No Loss Notice to these 1,048 Claimants, including Electronic Filers. A sample No Loss Notice is attached hereto as **Exhibit C**.

**List of All Claims**

34.    Attached as **Exhibit D** is a listing of all Claims filed.

   a. Part One lists all valid and timely filed Claims, including the Recognized Loss for each;

11

b.   Part Two lists all Claims that were valid but submitted after the Court-approved Claims filing deadline of January 4, 2021, but by July 30, 2025, including the Recognized Loss for each;

c.   Part Three lists the rejected Claims and the rejection reasons; and

d.   Part Four lists Claims with No Loss.

## DISTRIBUTION OF THE NET SETTLEMENT FUND
## AMONG AUTHORIZED CLAIMANTS

35.    All procedures performed by Angeion with respect to the distribution of the Net Settlement Fund, including procedures to determine the validity of Claims, are subject to the supervision and direction of Lead Counsel and the Court. To carry out such orders as the Court may issue with respect to the allocation and distribution of the Net Settlement Fund to Authorized Claimants, Angeion will first coordinate with Lead Counsel to determine the remaining balance in the Net Settlement Fund. Second, assuming the Court approves the proposed Distribution of the Net Settlement Fund, Angeion will calculate the *pro rata* distribution amounts for each Authorized Claimant based upon the Plan of Allocation.

36.    In connection with the initial distribution (the "Initial Distribution") of the available balance of the Net Settlement Fund, Lead Plaintiff and Angeion will request that the Court approve the deduction of payments from the Net Settlement Fund prior to its distribution, including the payment of any estimated taxes, the costs of preparing appropriate tax returns, and escrow fees. Lead Plaintiff and Angeion will also request that the Court approve of Angeion maintaining a 10% reserve of the amount remaining in the Net Settlement Fund (the "Reserve") to address any claims administration-related contingencies that may arise. After accounting for these deductions, if approved by the Court, the available balance of the Net Settlement Fund will be distributed in the Initial Distribution.

37.    In the Initial Distribution, Angeion will calculate award amounts to all Authorized Claimants as if the entire Net Settlement Fund were to be distributed now. Pursuant to the terms of the Plan of Allocation, Angeion will eliminate any Authorized

12

Claimant whose award amount calculates to less than $10.00. Such Claimants will not receive any distribution from the Net Settlement Fund.

38.    After eliminating Claimants who would have received less than $10.00 and deducting the Reserve, Angeion will recalculate the *pro rata* distribution payments for Authorized Claimants who would have received $10.00 or more ("Distribution Amount"). Angeion will then prepare checks for the distribution and registers of such distributions and send the payments by prepaid first class mail. To encourage Claimants to promptly cash their distribution checks, and to avoid or reduce future expenses relating to a further distribution of any available remaining funds, distribution checks will bear the notation "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION IF NOT CASHED WITHIN SIX (6) MONTHS FROM THE ISSUE DATE".

39.    Angeion will issue replacement payments for the Distribution Amount upon request by the payee and will respond to inquiries about Distribution Amounts and loss calculations. Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement, and the funds allocated to such stale-dated checks will be subject to re-distribution.

40.    If any balance is remaining in the Net Settlement Fund at least six months from the date of the Initial Distribution, after deducting Angeion's fees and expenses for the estimated costs of an additional distribution, and after the payment of any estimated taxes, the cost of preparing appropriate tax returns, and any escrow fees, and it is economically feasible and cost-effective, the remaining funds, including those funds remaining in the Reserve, will be distributed to all Authorized Claimants in the Initial Distribution who: (1) cashed their Distribution Amount, and (2) are entitled to at least $20.00 from the re-distribution based on their *pro rata* share of the remaining funds. *See* ECF No. 50-3, ¶7.15 (Stipulation); ECF No. 58-4 at 7 (Notice).

41.    Additional re-distribution, after deduction of costs and expenses as described above, and subject to the same conditions, may occur thereafter in at least six month intervals until Lead Counsel, in consultation with Angeion, determines that a further re-distribution is not economically feasible or cost-effective.

13

42.     If any funds remain in the Net Settlement Fund at least six months after re-distribution, they shall be donated to an appropriate non-profit 501(c)(3) organization chosen by Lead Counsel, with the approval of the Court, such as the *Institute for Investor Protection, Loyola University Chicago School of Law* or another next-best organization. *See* ECF No. 50-3, ¶7.15 (Stipulation); ECF No. 58-4 at 7 (Notice).

## FEES AND DISBURSEMENTS

43.     Angeion's total fees and expenses for this matter through the date of this declaration are $170,677.97. Angeion anticipates its fees and expenses for the work performed in conjunction with the Initial Distribution of the Net Settlement Fund to be $13,020.64. To date, Angeion has been reimbursed in the amount of $31,404.66.

44.     Angeion respectfully requests payment of $152,293.95, which includes the estimate for completing the Initial Distribution and outstanding balance.

## RECORD RETENTION AND DESTRUCTION

45.     Unless otherwise ordered by the Court, one (1) year after the final distribution of the Net Settlement Fund, Angeion will destroy the paper copies of the Claim Forms and all supporting documentation. Unless otherwise ordered by the Court, three (3) years after final distribution of the Net Settlement Fund, Angeion will destroy the electronic copies of the Claim Forms and all supporting documentation.

## CONCLUSION

46.     For the foregoing reasons, it is respectfully requested that this Court enter an Order:

a.  Approving Angeion's administrative determinations accepting and rejecting Claims as set forth herein;

b.  Authorizing the *pro rata* distribution of the Net Settlement Fund, after deducting all payments approved by the Court while maintaining a 10% Reserve, to the accepted Claimants listed on **Exhibit D**, Parts One and Two;

c.  Approving Angeion's requests for the payments of its fees and expenses that were incurred or are expected to be incurred in the amount of $152,293.95 and

14

d.  Authorizing destruction of paper copies of Claim Forms and Claim records one year after final distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of Claim Forms and Claim records three years after final distribution of the Net Settlement Fund.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of December 2025 in Milwaukee County, Wisconsin.

_____

Dawn M. Cody
ANGEION GROUP

15

# Exhibit A

**CLAIM LEVEL DEFICIENCY**

<u>**American Renal Securities Litigation Settlement**</u>

**DENIED CLAIM NOTICE – NO PURCHASE DURING THE CLASS PERIOD**

**Date of this Notice**: [DATE]

**Claim #:   «Claim_Number_00_ID»**
**Confirmation #: «Confirmation Number»**
«Beneficial_Owner_Name»       «Co_Owner_Name»
«Addr1»
«City», «State»  «Zip»

We have received your Claim in the <u>American Renal Securities Litigation Settlement</u>.  However, your Claim is DENIED because it does not contain any purchases of American Renal common stock between August 10, 2016, and March 27, 2019 (the "Class Period").

If you, in fact, did not have any purchases of the American Renal common stock during the Class Period, your claim is denied, and you are not required to do anything further.

If you had purchases of American Renal common stock during the Class Period that were not included with your original claim, please provide documentation to evidence those purchases.

<u>**Please Provide Documentation to support the Following**</u>:

- (B) Beginning Holdings – The number of shares held in your account at the close of trading on 8/9/2016
- (P) Purchases/Acquisitions – Document each individual Purchase made between 8/10/2016 – 3/27/2019 (inclusive)
- (I) Transfers In – Document any shares Transferred **<u>in</u>** to your account between 8/10/2016 – 3/27/2019 (inclusive)
- (PZ) Purchases/Acquisitions <u>After the Class Period</u> – Document each individual Purchase made between 3/28/2019 – 1/4/2014 (inclusive)
- (S) Sales – Document each individual Sale transaction made between 8/10/2016 – 1/4/2021 (inclusive)
- (O) Transfers Out – Document any shares Transferred **<u>out</u>** of your account between 8/10/2016 – 1/4/2021 (inclusive)
- (U) Unsold Shares – Document the number of shares held in your account as of the close of trading on 1/4/2021.

Sufficient documentation may include **monthly brokerage statements, trade confirmations, computer printouts with your name and trades included**, and similar documents.  PLEASE INCLUDE A COPY OR IMAGE OF THIS NOTICE WITH YOUR RESPONSE.

Responses can be emailed to info@AmericanRenalSecuritiesLitigation.com or mailed to:
**American Renal Securities Litigation Settlement**
c/o Claims Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103.

**ALL RESPONSES REGARDLESS OF DELIVERY METHOD MUST BE <u>RECEIVED</u> BY THE CLAIMS ADMINISTRATOR <u>WITHIN 14 DAYS</u> OF THE DATE OF THIS NOTICE.**

If you do not provide us with documentation sufficient to cure your Claim **within 14 days of the date of this letter**, your claim will be **DENIED** and, therefore, may reduce or eliminate your participation in the distribution of the Net Settlement Fund.

If you are unable to properly and timely resolve your claim, your claim is REJECTED.  If any claimant whose claim has been rejected desires to contest such rejection, you must request a review by the Court and **provide a notice and statement of reasons indicating the grounds for contesting the rejection along with any supporting documentation**, so that it is received by the Administrator at the above email address or mailing address **<u>within 14 days </u>after the date of this Notice**. If a dispute cannot be otherwise resolved, Lead Counsel will present the request for review to the Court.

Sincerely,
Claims Administrator

Please retain a copy of this Notice for your records.

## American Renal Securities Litigation Settlement

## DEFICIENCY/DENIAL CODES LEGEND – CLAIM LEVEL MESSAGE CODES

| | Claim Level Message Codes | |
|---|---|---|
| **Code** | **Description** | **Remedy** <br> **(What you can do to cure this condition, if anything)** |
| **SIGN** | **Deficient** – Invalid Signature | Provide a claim form that is properly signed by an authorized person. |
| **AUTH** | **Deficient** – No proof of Authority to file on behalf of the beneficial owners listed on the file was provided. | Provide proof of Authority to file on behalf of your clients (e.g. a copy of the agreement with your clients, a cover letter stating that you have obtained the authority to file on behalf of all clients listed in the file, etc.) |
| **DATA** | **Deficient** – You did not disclose the source of your data. | Provide a statement that discloses the source of your data (e.g. "The trading data contained in the file(s) we submitted is from our/our clients' proprietary database.") |
| **UBAL** | **Deficient** – Your claim does not balance | Correct your data (or provide missing transactions) so that Beginning Position (Shares Held at the close of trading on 8/9/2016) plus purchases (including any transfers into your account) from 8/10/2016 through 3/27/2019) equal Sales (including transfers out of your account) plus your ending position (Shares Held at the close of trading on 1/04/2021). If you do not provide us with information sufficient for us to be able to balance your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **CNDC** | **Deficient** – No documentation provided for the entire claim. | Provide us monthly statements or trade confirmations to support all purchases, sales, and holding positions. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **CIDC** | **Deficient** – Documentation you provided for the entire claim is not sufficient. | Provide us monthly statements or trade confirmations to support all purchases, sales, and holding positions. DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **BENE** | **Deficient** – You did not disclose the names of the underlying Beneficial Owner | Provide us the name of the underlying beneficial owner. |
| **NOPE** | **Denied** – Your claim did not include any eligible purchases during the Class Period. | If you erroneously omitted purchases made during the Class Period, please provide them. Please be sure that your claim balances. If you agree that you had no purchases during the Class Period, your claim is denied, and you need do nothing further. |

**TRANSACTIONAL DEFICIENCY**

## American Renal Securities Litigation Settlement

### DEFICIENT CLAIM NOTICE – YOUR CLAIM DOES NOT BALANCE

**Date of this Notice**: [DATE]

**Claim #:**  «Claim_Number_00_ID»
**Confirmation #:** «Confirmation Number»
«Beneficial_Owner_Name»      «Co_Owner_Name»
«Addr1»
«City», «State»  «Zip»

We have received your Claim in the American Renal Securities Litigation Settlement. However, your Claim is Deficient because according to the descriptions below, your claimed transactions do not balance.

You may view your transactions by visiting www.ClassActionDeficiencies.com, and entering the claim and confirmation numbers provided above. Please provide sufficient documentation for each transaction listed in your claim.

A balanced claim should be equal on both the purchase and sale sides. Using the transactions codes below, the following formula is used to determine if a claim is properly balanced:

### B + P + I + PZ minus S + O should equal U

- (B) Beginning Holdings – The number of shares held in your account at the close of trading on 8/9/2016
- (P) Purchases/Acquisitions – Document each individual Purchase made between 8/10/2016 – 3/27/2019 (inclusive)
- (I) Transfers In – Document any shares Transferred **in** to your account between 8/10/2016 – 3/27/2019 (inclusive)
- (PZ) Purchases/Acquisitions After the Class Period – Document each individual Purchase made between 3/28/2019 – 1/4/2014 (inclusive)
- (S) Sales – Document each individual Sale transaction made between 8/10/2016 – 1/4/2021 (inclusive)
- (O) Transfers Out – Document any shares Transferred **out** of your account between 8/10/2016 – 1/4/2021 (inclusive)
- (U) Unsold Shares – Document the number of shares held in your account as of the close of trading on 1/4/2021.

Sufficient documentation may include **monthly brokerage statements, trade confirmations, computer printouts with your name and trades included**, and similar documents.  PLEASE INCLUDE A COPY OR IMAGE OF THIS NOTICE WITH YOUR RESPONSE.

Responses can be emailed to info@AmericanRenalSecuritiesLitigation.com or mailed to:
**American Renal Securities Litigation Settlement**
c/o Claims Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103.

### ALL RESPONSES REGARDLESS OF DELIVERY METHOD MUST BE RECEIVED BY THE CLAIMS ADMINISTRATOR WITHIN 14 DAYS OF THE DATE OF THIS NOTICE.

If you do not provide us with documentation sufficient to cure your Claim **within 14 days of the date of this letter**, your claim will be **DENIED** and, therefore, may reduce or eliminate your participation in the distribution of the Net Settlement Fund.

If you are unable to properly and timely resolve your claim, your claim is REJECTED.  If any claimant whose claim has been rejected desires to contest such rejection, you must request a review by the Court and **provide a notice and statement of reasons indicating the grounds for contesting the rejection along with any supporting documentation**, so that it is received by the Administrator at the above email address or mailing address **within 14 days after the date of this Notice**. If a dispute cannot be otherwise resolved, Lead Counsel will present the request for review to the Court.

Sincerely,
Claims Administrator

Please retain a copy of this Notice for your records.

## American Renal Group Securities Litigation Settlement

## DEFICIENCY/DENIAL CODES LEGEND – TRANSACTION LEVEL MESSAGE CODES

| Transaction Level  Message Codes | | |
|---|---|---|
| **Code** | **Description** | **Remedy** <br> **(What you can do to cure this condition, if anything)** |
| **PRNG** | **Deficient** – Price Per Share out of Range | The price per share you provided was not within the acceptable range for the date.  Please provide documentation to support the price you provided, advise us if this was the result of an option, or correct the price you provided. |
| **DATE** | **Denied** – The trade date provided is not within the Class Period | If the date provided is correct, you need do nothing further.  If you have provided an incorrect date, please provide the correct date. |
| **PXQN** | **Deficient** – Number of shares times Price Per Share does not equal the total amount paid or received. | Please correct either the number of shares, price per share, or total amount paid/received. |
| **INTX** | **Denied** – Invalid Transaction (not a Purchase, Sale, Transfer in or out, or Beginning/Unsold position). | If this was intended to be a Purchase, Sale, Transfer In or Out, or a Beginning/Unsold position, please provide us with the correct transaction code: (B)eginning Holdings, (P)urchase, (I)Transfer In, (S)ale, (O) Transfer Out; or (U)nsold Holdings. |
| **NDOC** | **Deficient** – No documentation provided for this transaction. | Provide us a monthly statement or trade confirm to support this transaction.  If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **INEL** | **Denied** – The CUSIP provided is ineligible to participate in this Settlement. | The CUSIP you provided for this transaction is not part of this settlement. If you have provided an incorrect CUSIP by mistake, please provide the correct transaction and the proper supporting documentation. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **IDOC** | **Deficient** – the documentation you provided for this transaction is not sufficient. | Provide us a monthly statement or trade confirmations to support this transaction.  DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |

# Exhibit B

**Email Subject Line:** Master Claim [xx] American Renal Securities Litigation Transaction Report

**Transaction Report Email Text:**

<u>American Renal Securities Litigation Settlement</u>

**TRANSACTION REPORT FOR ELECTRONIC CLAIM SUBMISSION**

Master Claim ID:                                                      Count of Claims:
Name of Filing Entity:

We have received your Electronic Claim Submission in the <u>American Renal Securities Litigation Settlement</u>. The attached Transaction Report contains the claims and transactions included in your submission. Please carefully review these transactions for accuracy and completeness. You must notify us of any corrections or omissions ***within 14 days*** of this notice.

The Transaction Report attachment contains the following:
1.  List of the Claims included in your filing.
2.  List of Transactions included in your filing.

Claim and transaction codes listed in the attached file identify those claims and transactions that are deficient or denied (i.e. rejected). Claim level deficiency and denial codes appear on the "List of Claims" section labeled "Claim Message Codes", to the right of the name and address block for each claim. The Claim Message Code **PSLR** is an internal code and NOT a deficient condition.

Transactional deficiency and denial codes appear on the "Transactions" section labeled "Transaction Msg Codes" to the right of the transaction that is deficient or denied (i.e. rejected).

For both Claim and Transaction Codes, please refer to the "Deficiency/Denial Codes Legend" (the "Legend") for an explanation of the code and what response or action, if any, is required.

Please Note: The "Transaction Type" column on the "Transactions" tab of this file has Letters that denote one of the following: (**B**) Beginning Holdings, (**P**) Purchases, (**I**) Transfers In, **(PZ)** Look-back Period Purchases, (**S**) Sales, (**O**) Transfers Out, and (**U**) Unsold shares

If you are responding, ***please do not modify the attached file and re-send it to us***.  You may either copy and paste individual claim rows or transaction rows that are deficient into the body of an email, or into a NEW spreadsheet that contains ONLY the items you are responding to.  In either case, please explain your corrections in an email to us (or in a letter if you are mailing in your response).  Alternatively, if there are a number of deficiencies on your file and you prefer to submit a new file, please attach an entire new file and it will replace your existing file.  Be sure to resolve the deficient conditions if you submit an entirely new file, as you will not have another opportunity to resolve any deficiencies on the new file.

**ALL RESPONSES REGARDLESS OF DELIVERY METHOD MUST BE RECEIVED BY THE SETTLEMENT ADMINISTRATOR WITHIN 14 DAYS OF THIS NOTICE.**

Your claim is rejected, in whole or in part, if it contains a Denial Code as specified on the Legend. Also, your claim is rejected, in whole or in part, if it contains a Deficiency Code **and you do not properly and timely resolve the Deficient condition.**

Responses can be emailed to <u>Info@AmericanRenalSecuritiesLitigation.com</u> or mailed to:

**American Renal Securities Litigation Settlement**
c/o Settlement Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103

Thank you,
Claims Administrator

**American Renal Securities Litigation Settlement**

## DEFICIENCY/DENIAL CODES LEGEND – CLAIM LEVEL MESSAGE CODES

| | Claim Level Message Codes | |
|---|---|---|
| **Code** | **Description** | **Remedy** <br> **(What you can do to cure this condition, if anything)** |
| **SIGN** | **Deficient** – Invalid Signature | Provide a claim form that is properly signed by an authorized person. |
| **AUTH** | **Deficient** – No proof of Authority to file on behalf of the beneficial owners listed on the file was provided. | Provide proof of Authority to file on behalf of your clients (e.g. a copy of the agreement with your clients, a cover letter stating that you have obtained the authority to file on behalf of all clients listed in the file, etc.) |
| **DATA** | **Deficient** – You did not disclose the source of your data. | Provide a statement that discloses the source of your data (e.g. "The trading data contained in the file(s) we submitted is from our/our clients' proprietary database.") |
| **UBAL** | **Deficient** – Your claim does not balance | Correct your data (or provide missing transactions) so that Beginning Position (Shares Held at the close of trading on 8/9/2016) plus purchases (including any transfers into your account) from 8/10/2016 through 3/27/2019) equal Sales (including transfers out of your account) plus your ending position (Shares Held at the close of trading on 1/04/2021). If you do not provide us with information sufficient for us to be able to balance your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **CNDC** | **Deficient** – No documentation provided for the entire claim. | Provide us monthly statements or trade confirmations to support all purchases, sales, and holding positions. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **CIDC** | **Deficient** – Documentation you provided for the entire claim is not sufficient. | Provide us monthly statements or trade confirmations to support all purchases, sales, and holding positions.  DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **BENE** | **Deficient** – You did not disclose the names of the underlying Beneficial Owner | Provide us the name of the underlying beneficial owner. |
| **NOPE** | **Denied –** Your claim did not include any eligible purchases during the Class Period. | If you erroneously omitted purchases made during the Class Period, please provide them. Please be sure that your claim balances. If you agree that you had no purchases during the Class Period, your claim is denied, and you need do nothing further. |

## American Renal Group Securities Litigation Settlement

## DEFICIENCY/DENIAL CODES LEGEND – TRANSACTION LEVEL MESSAGE CODES

| Transaction Level Message Codes | | |
|---|---|---|
| **Code** | **Description** | **Remedy** <br> **(What you can do to cure this condition, if anything)** |
| **PRNG** | **Deficient** – Price Per Share out of Range | The price per share you provided was not within the acceptable range for the date. Please provide documentation to support the price you provided, advise us if this was the result of an option, or correct the price you provided. |
| **DATE** | **Denied** – The trade date provided is not within the Class Period | If the date provided is correct, you need do nothing further. If you have provided an incorrect date, please provide the correct date. |
| **PXQN** | **Deficient** – Number of shares times Price Per Share does not equal the total amount paid or received. | Please correct either the number of shares, price per share, or total amount paid/received. |
| **INTX** | **Denied** – Invalid Transaction (not a Purchase, Sale, Transfer in or out, or Beginning/Unsold position). | If this was intended to be a Purchase, Sale, Transfer In or Out, or a Beginning/Unsold position, please provide us with the correct transaction code: (B)eginning Holdings, (P)urchase, (I)Transfer In, (S)ale, (O) Transfer Out; or (U)nsold Holdings. |
| **NDOC** | **Deficient** – No documentation provided for this transaction. | Provide us a monthly statement or trade confirm to support this transaction. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **INEL** | **Denied** – The CUSIP provided is ineligible to participate in this Settlement. | The CUSIP you provided for this transaction is not part of this settlement. If you have provided an incorrect CUSIP by mistake, please provide the correct transaction and the proper supporting documentation. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |
| **IDOC** | **Deficient** – the documentation you provided for this transaction is not sufficient. | Provide us a monthly statement or trade confirmations to support this transaction. DO NOT provide the same documentation you originally submitted with your claim, as it was deemed to be unacceptable. If you do not provide us with information sufficient to document your Claim, your Claim will remain Deficient and, therefore, is not eligible to participate in any distribution of the Net Settlement Fund. |

# Exhibit C

**INDIVIDUAL NO LOSS**

<u>**American Renal Securities Litigation Settlement**</u>

**DENIED CLAIM NOTICE – CLAIM CALCULATED TO NO RECOGNIZED LOSS**

**Date of this Notice**: [DATE]

**Claim #:  «New Claim Number»  - NL**
«Beneficial_Owner_Name»
«Co_Owner_Name»
«Representative»
«Addr1»
«Addr2»
«City», «State» «Zip»
«Country»

We have received your Claim in the <u>American Renal Securities Litigation Settlement.</u> However, your Claim calculated to No Recognized Loss in accordance with the Court-approved Plan of Allocation and therefore is not eligible to participate in any distribution of the Net Settlement Fund.  The Plan of Allocation is detailed on pages 5 through 7 of the Notice which you can view by visiting <u>www.AmericanRenalSecuritiesLitigation.com</u>.  Please note that the calculation of your Claim as defined in the Plan of Allocation is not necessarily the same as your actual market loss.

The most common reasons a Claim might have calculated to No Recognized Loss in accordance with the Plan of Allocation are:

- If the Authorized Claimant had a market gain from the total of all shares of ARA common stock purchased or otherwise acquired during the Class Period, the value of the Recognized Loss will be zero.

- If the Authorized Claimant did not hold any of their shares that were purchased during the Class Period across at least one of the three Event Dates (November 12, 2018, March 8, 2019, or March 28, 2019), they will have zero Recognized Loss.

These are only two examples of what might have resulted in No Recognized Loss.  Please read the Plan of Allocation (available here <u>www.americanrenalsecuritieslitigation.com/important-documents</u>) for a detailed explanation of all reasons a claim could result in No Recognized Loss.

If any claimant whose claim has been rejected desires to contest such rejection, you must request a review by the Court and **provide a notice and statement of reasons indicating the grounds for contesting the rejection along with any supporting documentation**, so that it is received by the Administrator at the email address or mailing address below **within 14 days** after the date of this Notice.  If a dispute cannot otherwise be resolved, Class Counsel will present the request for review to the Court.

**American Renal Securities Litigation Settlement**
c/o Claims Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103
<u>info@AmericanRenalSecuritiesLitigation.com</u>

**IF YOU ARE CONTESTING THE REJECTION OF YOUR CLAIM, PLEASE RETURN A COPY OF THIS NOTICE ALONG WITH YOUR RESPONSE AND DOCUMENTATION.**

Sincerely,

Claims Administrator

**BANKS, BROKERS, AND INSTITUTIONS NO LOSS**

**Email Subject Line:** Master Claim [xx] American Renal Securities Litigation No Loss

**Email Text:**

### American Renal Securities Litigation Settlement

**DENIED CLAIM NOTICE – CLAIM CALCULATED TO NO RECOGNIZED LOSS**

**Master Claim #:  - NL**
**Filing Entity:**

We have received your Claim in the <u>American Renal Securities Litigation Settlement.</u> However, one or more Claims submitted calculated to No Recognized Loss in accordance with the Court-approved Plan of Allocation and therefore is not eligible to participate in any distribution of the Net Settlement Fund.  The Plan of Allocation is detailed on pages 5 through 7 of the Notice which you can view by visiting www.AmericanRenalSecuritiesLitigation.com.  Please note that the calculation of your Claim as defined in the Plan of Allocation is not necessarily the same as your actual market loss.

**A list of claims that calculated to No Recognized Loss is attached here for your review.**

The most common reasons a Claim might have calculated to No Recognized Loss in accordance with the Plan of Allocation are:

- If the Authorized Claimant had a market gain from the total of all shares of ARA common stock purchased or otherwise acquired during the Class Period, the value of the Recognized Loss will be zero.

- If the Authorized Claimant did not hold any of their shares that were purchased during the Class Period across at least one of the three Event Dates (November 12, 2018, March 8, 2019, or March 28, 2019), they will have zero Recognized Loss.

These are only two examples of what might have resulted in No Recognized Loss.  Please read the Plan of Allocation (available here www.americanrenalsecuritieslitigation.com/important-documents) for a detailed explanation of all reasons a claim could result in No Recognized Loss.

If any claimant whose claim has been rejected desires to contest such rejection, you must request a review by the Court and **provide a notice and statement of reasons indicating the grounds for contesting the rejection along with any supporting documentation**, so that it is received by the Administrator at the email address or mailing address below **within 14 days** after the date of this Notice.  If a dispute cannot otherwise be resolved, Class Counsel will present the request for review to the Court.

**American Renal Securities Litigation Settlement**
c/o Claims Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103
info@AmericanRenalSecuritiesLitigation.com

**IF YOU ARE CONTESTING THE REJECTION OF YOUR CLAIM, PLEASE RETURN A COPY OF THIS NOTICE ALONG WITH YOUR RESPONSE AND DOCUMENTATION.**

Sincerely,

Claims Administrator

# Exhibit D
# Part One

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0085-000001 | $ 8,348,698.54 | TIMELY ELIGIBLE |
| AMR-0094-000027 | $ 4,790,620.32 | TIMELY ELIGIBLE |
| AMR-0002-000001 | $ 3,120,969.56 | TIMELY ELIGIBLE |
| AMR-0137-000002 | $ 2,977,628.62 | TIMELY ELIGIBLE |
| AMR-0073-000040 | $ 2,927,647.02 | TIMELY ELIGIBLE |
| AMR-0134-000002 | $ 2,256,984.52 | TIMELY ELIGIBLE |
| AMR-0023-000076 | $ 1,994,046.98 | TIMELY ELIGIBLE |
| AMR-0046-000010 | $ 1,765,738.67 | TIMELY ELIGIBLE |
| AMR-0073-000143 | $ 1,472,904.00 | TIMELY ELIGIBLE |
| AMR-0023-000077 | $ 1,348,138.98 | TIMELY ELIGIBLE |
| AMR-0129-000062 | $ 1,146,964.34 | TIMELY ELIGIBLE |
| AMR-0073-000256 | $ 914,800.28 | TIMELY ELIGIBLE |
| AMR-0024-000131 | $ 910,103.55 | TIMELY ELIGIBLE |
| AMR-0007-000001 | $ 905,784.48 | TIMELY ELIGIBLE |
| AMR-0025-000016 | $ 866,646.00 | TIMELY ELIGIBLE |
| AMR-0094-000034 | $ 825,580.42 | TIMELY ELIGIBLE |
| AMR-0094-000041 | $ 804,249.77 | TIMELY ELIGIBLE |
| AMR-0094-000038 | $ 796,687.17 | TIMELY ELIGIBLE |
| AMR-0024-000129 | $ 783,671.48 | TIMELY ELIGIBLE |
| AMR-0023-000063 | $ 759,924.00 | TIMELY ELIGIBLE |
| AMR-0073-000001 | $ 676,568.58 | TIMELY ELIGIBLE |
| AMR-0024-000111 | $ 665,664.48 | TIMELY ELIGIBLE |
| AMR-0046-000009 | $ 652,311.83 | TIMELY ELIGIBLE |
| AMR-0129-000124 | $ 634,554.00 | TIMELY ELIGIBLE |
| AMR-0042-000001 | $ 586,072.00 | TIMELY ELIGIBLE |
| AMR-0073-000257 | $ 543,996.50 | TIMELY ELIGIBLE |
| AMR-0046-000068 | $ 535,248.00 | TIMELY ELIGIBLE |
| AMR-0046-000036 | $ 529,892.00 | TIMELY ELIGIBLE |
| AMR-0129-000075 | $ 482,164.07 | TIMELY ELIGIBLE |
| AMR00163 | $ 426,962.00 | TIMELY ELIGIBLE |
| AMR-0023-000021 | $ 419,918.43 | TIMELY ELIGIBLE |
| AMR-0024-000125 | $ 400,397.64 | TIMELY ELIGIBLE |
| AMR-0129-000120 | $ 372,660.26 | TIMELY ELIGIBLE |
| AMR-0073-000255 | $ 346,519.94 | TIMELY ELIGIBLE |
| AMR-0094-000047 | $ 331,340.44 | TIMELY ELIGIBLE |
| AMR-0137-000001 | $ 326,772.04 | TIMELY ELIGIBLE |
| AMR-0073-000005 | $ 320,597.82 | TIMELY ELIGIBLE |
| AMR-0046-000016 | $ 318,176.68 | TIMELY ELIGIBLE |
| AMR-0067-000001 | $ 310,161.28 | TIMELY ELIGIBLE |
| AMR-0024-000019 | $ 303,912.00 | TIMELY ELIGIBLE |
| AMR-0023-000081 | $ 295,928.64 | TIMELY ELIGIBLE |
| AMR-0073-000035 | $ 295,400.64 | TIMELY ELIGIBLE |
| AMR-0023-000075 | $ 289,490.08 | TIMELY ELIGIBLE |
| AMR-0129-000061 | $ 255,318.48 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0072-000006 | $ 250,367.26 | TIMELY ELIGIBLE |
| AMR-0073-000141 | $ 248,204.00 | TIMELY ELIGIBLE |
| AMR-0064-000033 | $ 243,000.00 | TIMELY ELIGIBLE |
| AMR-0129-000030 | $ 238,655.08 | TIMELY ELIGIBLE |
| AMR-0046-000029 | $ 232,632.00 | TIMELY ELIGIBLE |
| AMR-0129-000130 | $ 230,652.71 | TIMELY ELIGIBLE |
| AMR-0073-000135 | $ 226,366.69 | TIMELY ELIGIBLE |
| AMR-0021-000004 | $ 212,766.68 | TIMELY ELIGIBLE |
| AMR-0023-000059 | $ 212,743.00 | TIMELY ELIGIBLE |
| AMR-0129-000034 | $ 210,819.90 | TIMELY ELIGIBLE |
| AMR-0075-000253 | $ 209,970.78 | TIMELY ELIGIBLE |
| AMR-0046-000064 | $ 206,931.98 | TIMELY ELIGIBLE |
| AMR-0024-000070 | $ 204,120.00 | TIMELY ELIGIBLE |
| AMR-0046-000006 | $ 203,739.47 | TIMELY ELIGIBLE |
| AMR-0129-000129 | $ 199,584.00 | TIMELY ELIGIBLE |
| AMR-0046-000063 | $ 199,271.36 | TIMELY ELIGIBLE |
| AMR-0018-000005 | $ 195,902.00 | TIMELY ELIGIBLE |
| AMR-0129-000065 | $ 189,216.00 | TIMELY ELIGIBLE |
| AMR-0129-000002 | $ 181,974.72 | TIMELY ELIGIBLE |
| AMR-0024-000106 | $ 177,519.60 | TIMELY ELIGIBLE |
| AMR-0129-000107 | $ 171,000.72 | TIMELY ELIGIBLE |
| AMR-0129-000076 | $ 170,922.36 | TIMELY ELIGIBLE |
| AMR-0024-000067 | $ 170,321.28 | TIMELY ELIGIBLE |
| AMR-0045-000031 | $ 169,472.56 | TIMELY ELIGIBLE |
| AMR-0024-000044 | $ 164,708.64 | TIMELY ELIGIBLE |
| AMR-0129-000106 | $ 159,003.24 | TIMELY ELIGIBLE |
| AMR-0024-000013 | $ 153,233.68 | TIMELY ELIGIBLE |
| AMR-0073-000033 | $ 151,332.90 | TIMELY ELIGIBLE |
| AMR-0129-000085 | $ 148,844.25 | TIMELY ELIGIBLE |
| AMR-0073-000304 | $ 148,392.00 | TIMELY ELIGIBLE |
| AMR-0129-000063 | $ 142,819.66 | TIMELY ELIGIBLE |
| AMR-0046-000042 | $ 137,204.02 | TIMELY ELIGIBLE |
| AMR-0023-000020 | $ 137,103.52 | TIMELY ELIGIBLE |
| AMR-0004-000019 | $ 136,359.84 | TIMELY ELIGIBLE |
| AMR-0023-000078 | $ 133,883.28 | TIMELY ELIGIBLE |
| AMR-0047-000001 | $ 132,647.78 | TIMELY ELIGIBLE |
| AMR-0023-000080 | $ 126,198.00 | TIMELY ELIGIBLE |
| AMR-0023-000003 | $ 124,064.00 | TIMELY ELIGIBLE |
| AMR-0074-000308 | $ 123,120.00 | TIMELY ELIGIBLE |
| AMR-0079-000013 | $ 122,199.84 | TIMELY ELIGIBLE |
| AMR-0046-000056 | $ 120,560.40 | TIMELY ELIGIBLE |
| AMR-0021-000002 | $ 118,978.06 | TIMELY ELIGIBLE |
| AMR-0023-000074 | $ 118,260.00 | TIMELY ELIGIBLE |
| AMR-0046-000049 | $ 114,858.19 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0023-000044 | $ 113,587.92 | TIMELY ELIGIBLE |
| AMR-0094-000044 | $ 113,040.88 | TIMELY ELIGIBLE |
| AMR-0073-000142 | $ 112,364.00 | TIMELY ELIGIBLE |
| AMR-0046-000052 | $ 111,585.60 | TIMELY ELIGIBLE |
| AMR-0024-000027 | $ 110,160.00 | TIMELY ELIGIBLE |
| AMR-0046-000074 | $ 109,512.00 | TIMELY ELIGIBLE |
| AMR-0023-000099 | $ 109,234.00 | TIMELY ELIGIBLE |
| AMR-0073-000055 | $ 108,345.60 | TIMELY ELIGIBLE |
| AMR-0129-000122 | $ 108,216.00 | TIMELY ELIGIBLE |
| AMR-0064-000005 | $ 107,518.88 | TIMELY ELIGIBLE |
| AMR-0021-000001 | $ 101,172.66 | TIMELY ELIGIBLE |
| AMR-0046-000003 | $ 96,354.00 | TIMELY ELIGIBLE |
| AMR-0129-000017 | $ 95,962.32 | TIMELY ELIGIBLE |
| AMR-0005-000001 | $ 95,743.42 | TIMELY ELIGIBLE |
| AMR-0008-000001 | $ 95,027.95 | TIMELY ELIGIBLE |
| AMR-0023-000079 | $ 93,700.80 | TIMELY ELIGIBLE |
| AMR-0073-000089 | $ 93,644.25 | TIMELY ELIGIBLE |
| AMR-0074-000337 | $ 91,516.75 | TIMELY ELIGIBLE |
| AMR-0018-000001 | $ 88,792.00 | TIMELY ELIGIBLE |
| AMR-0067-000003 | $ 88,729.60 | TIMELY ELIGIBLE |
| AMR-0129-000038 | $ 87,677.56 | TIMELY ELIGIBLE |
| AMR-0024-000058 | $ 86,729.54 | TIMELY ELIGIBLE |
| AMR-0024-000014 | $ 85,536.00 | TIMELY ELIGIBLE |
| AMR-0094-000046 | $ 85,374.00 | TIMELY ELIGIBLE |
| AMR-0094-000035 | $ 84,382.13 | TIMELY ELIGIBLE |
| AMR-0046-000070 | $ 84,240.00 | TIMELY ELIGIBLE |
| AMR-0046-000019 | $ 83,306.24 | TIMELY ELIGIBLE |
| AMR-0025-000017 | $ 82,475.96 | TIMELY ELIGIBLE |
| AMR-0001-000002 | $ 82,041.00 | TIMELY ELIGIBLE |
| AMR-0072-000003 | $ 81,471.00 | TIMELY ELIGIBLE |
| AMR-0129-000133 | $ 78,647.76 | TIMELY ELIGIBLE |
| AMR-0094-000067 | $ 77,384.16 | TIMELY ELIGIBLE |
| AMR-0046-000014 | $ 77,112.00 | TIMELY ELIGIBLE |
| AMR-0023-000055 | $ 76,703.76 | TIMELY ELIGIBLE |
| AMR-0024-000017 | $ 76,538.00 | TIMELY ELIGIBLE |
| AMR-0046-000008 | $ 76,060.00 | TIMELY ELIGIBLE |
| AMR-0059-000002 | $ 75,952.08 | TIMELY ELIGIBLE |
| AMR-0073-000025 | $ 74,824.56 | TIMELY ELIGIBLE |
| AMR-0094-000048 | $ 74,345.04 | TIMELY ELIGIBLE |
| AMR-0024-000092 | $ 74,280.24 | TIMELY ELIGIBLE |
| AMR-0025-000058 | $ 74,184.04 | TIMELY ELIGIBLE |
| AMR-0094-000003 | $ 73,329.54 | TIMELY ELIGIBLE |
| AMR-0024-000130 | $ 73,113.84 | TIMELY ELIGIBLE |
| AMR-0064-000004 | $ 73,078.00 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000039 | $ 72,258.48 | TIMELY ELIGIBLE |
| AMR-0021-000003 | $ 71,463.48 | TIMELY ELIGIBLE |
| AMR-0004-000006 | $ 70,311.02 | TIMELY ELIGIBLE |
| AMR-0024-000108 | $ 69,692.40 | TIMELY ELIGIBLE |
| AMR-0073-000036 | $ 69,167.52 | TIMELY ELIGIBLE |
| AMR-0024-000012 | $ 67,757.26 | TIMELY ELIGIBLE |
| AMR-0025-000049 | $ 67,132.80 | TIMELY ELIGIBLE |
| AMR-0073-000090 | $ 66,201.25 | TIMELY ELIGIBLE |
| AMR-0073-000029 | $ 66,132.46 | TIMELY ELIGIBLE |
| AMR-0074-000338 | $ 65,165.25 | TIMELY ELIGIBLE |
| AMR-0006-000037 | $ 64,800.00 | TIMELY ELIGIBLE |
| AMR-0041-000007 | $ 64,325.98 | TIMELY ELIGIBLE |
| AMR-0064-000034 | $ 62,561.65 | TIMELY ELIGIBLE |
| AMR-0073-000117 | $ 61,767.36 | TIMELY ELIGIBLE |
| AMR-0073-000034 | $ 59,439.60 | TIMELY ELIGIBLE |
| AMR-0129-000092 | $ 58,610.22 | TIMELY ELIGIBLE |
| AMR-0074-000309 | $ 57,024.00 | TIMELY ELIGIBLE |
| AMR-0053-000003 | $ 56,946.24 | TIMELY ELIGIBLE |
| AMR-0073-000129 | $ 55,546.56 | TIMELY ELIGIBLE |
| AMR-0129-000027 | $ 55,501.20 | TIMELY ELIGIBLE |
| AMR-0073-000249 | $ 54,475.74 | TIMELY ELIGIBLE |
| AMR00123 | $ 53,901.30 | TIMELY ELIGIBLE |
| AMR-0025-000047 | $ 53,778.99 | TIMELY ELIGIBLE |
| AMR-0064-000009 | $ 53,478.00 | TIMELY ELIGIBLE |
| AMR-0034-000001 | $ 50,647.68 | TIMELY ELIGIBLE |
| AMR-0045-000007 | $ 49,391.65 | TIMELY ELIGIBLE |
| AMR-0035-000001 | $ 49,248.00 | TIMELY ELIGIBLE |
| AMR-0023-000035 | $ 48,801.60 | TIMELY ELIGIBLE |
| AMR-0064-000001 | $ 48,068.64 | TIMELY ELIGIBLE |
| AMR-0024-000101 | $ 47,692.80 | TIMELY ELIGIBLE |
| AMR-0064-000012 | $ 47,556.72 | TIMELY ELIGIBLE |
| AMR-0129-000060 | $ 47,286.00 | TIMELY ELIGIBLE |
| AMR-0094-000009 | $ 44,802.72 | TIMELY ELIGIBLE |
| AMR-0029-000003 | $ 44,712.00 | TIMELY ELIGIBLE |
| AMR-0075-000189 | $ 44,712.00 | TIMELY ELIGIBLE |
| AMR-0024-000076 | $ 43,660.00 | TIMELY ELIGIBLE |
| AMR-0046-000028 | $ 43,416.00 | TIMELY ELIGIBLE |
| AMR-0075-000084 | $ 43,014.24 | TIMELY ELIGIBLE |
| AMR-0129-000088 | $ 42,521.76 | TIMELY ELIGIBLE |
| AMR-0075-000055 | $ 42,058.29 | TIMELY ELIGIBLE |
| AMR-0073-000115 | $ 41,990.40 | TIMELY ELIGIBLE |
| AMR-0129-000081 | $ 41,472.00 | TIMELY ELIGIBLE |
| AMR-0073-000070 | $ 41,250.00 | TIMELY ELIGIBLE |
| AMR00073 | $ 40,739.42 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000163 | $ 40,672.66 | TIMELY ELIGIBLE |
| AMR-0064-000016 | $ 39,528.00 | TIMELY ELIGIBLE |
| AMR-0073-000144 | $ 39,528.00 | TIMELY ELIGIBLE |
| AMR-0046-000048 | $ 38,888.50 | TIMELY ELIGIBLE |
| AMR-0073-000013 | $ 38,435.04 | TIMELY ELIGIBLE |
| AMR-0129-000121 | $ 38,232.00 | TIMELY ELIGIBLE |
| AMR-0075-000005 | $ 38,175.56 | TIMELY ELIGIBLE |
| AMR-0023-000002 | $ 37,629.36 | TIMELY ELIGIBLE |
| AMR-0073-000273 | $ 37,593.69 | TIMELY ELIGIBLE |
| AMR-0046-000039 | $ 37,575.00 | TIMELY ELIGIBLE |
| AMR-0046-000001 | $ 37,536.50 | TIMELY ELIGIBLE |
| AMR-0073-000112 | $ 36,514.80 | TIMELY ELIGIBLE |
| AMR-0023-000082 | $ 36,113.04 | TIMELY ELIGIBLE |
| AMR-0025-000063 | $ 35,786.68 | TIMELY ELIGIBLE |
| AMR-0094-000040 | $ 35,640.00 | TIMELY ELIGIBLE |
| AMR-0044-000030 | $ 34,680.86 | TIMELY ELIGIBLE |
| AMR-0023-000083 | $ 34,201.44 | TIMELY ELIGIBLE |
| AMR-0023-000150 | $ 33,855.28 | TIMELY ELIGIBLE |
| AMR-0010-000013 | $ 33,702.48 | TIMELY ELIGIBLE |
| AMR-0055-000001 | $ 33,696.00 | TIMELY ELIGIBLE |
| AMR-0075-000021 | $ 32,499.18 | TIMELY ELIGIBLE |
| AMR-0073-000072 | $ 32,225.94 | TIMELY ELIGIBLE |
| AMR-0064-000037 | $ 32,114.88 | TIMELY ELIGIBLE |
| AMR-0045-000022 | $ 31,989.48 | TIMELY ELIGIBLE |
| AMR-0001-000003 | $ 31,456.55 | TIMELY ELIGIBLE |
| AMR-0046-000005 | $ 31,404.36 | TIMELY ELIGIBLE |
| AMR-0079-000007 | $ 31,384.00 | TIMELY ELIGIBLE |
| AMR-0023-000136 | $ 31,196.00 | TIMELY ELIGIBLE |
| AMR-0075-000233 | $ 31,083.00 | TIMELY ELIGIBLE |
| AMR-0129-000046 | $ 30,147.46 | TIMELY ELIGIBLE |
| AMR-0025-000037 | $ 29,931.12 | TIMELY ELIGIBLE |
| AMR-0073-000296 | $ 29,808.00 | TIMELY ELIGIBLE |
| AMR-0046-000038 | $ 29,660.00 | TIMELY ELIGIBLE |
| AMR-0073-000108 | $ 29,503.44 | TIMELY ELIGIBLE |
| AMR-0029-000004 | $ 29,340.88 | TIMELY ELIGIBLE |
| AMR-0024-000051 | $ 29,135.34 | TIMELY ELIGIBLE |
| AMR-0023-000085 | $ 28,985.04 | TIMELY ELIGIBLE |
| AMR-0044-000012 | $ 28,832.56 | TIMELY ELIGIBLE |
| AMR-0014-000001 | $ 28,693.44 | TIMELY ELIGIBLE |
| AMR-0025-000062 | $ 28,570.32 | TIMELY ELIGIBLE |
| AMR-0029-000005 | $ 28,444.56 | TIMELY ELIGIBLE |
| AMR-0129-000109 | $ 28,252.00 | TIMELY ELIGIBLE |
| AMR-0040-000002 | $ 27,954.72 | TIMELY ELIGIBLE |
| AMR-0046-000040 | $ 27,308.00 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0094-000049 | $ 27,216.00 | TIMELY ELIGIBLE |
| AMR-0073-000125 | $ 26,788.32 | TIMELY ELIGIBLE |
| AMR-0073-000099 | $ 26,589.49 | TIMELY ELIGIBLE |
| AMR-0023-000034 | $ 26,388.34 | TIMELY ELIGIBLE |
| AMR-0023-000086 | $ 26,075.52 | TIMELY ELIGIBLE |
| AMR-0025-000036 | $ 25,322.42 | TIMELY ELIGIBLE |
| AMR-0067-000004 | $ 25,015.51 | TIMELY ELIGIBLE |
| AMR-0023-000040 | $ 24,889.68 | TIMELY ELIGIBLE |
| AMR-0129-000045 | $ 24,669.36 | TIMELY ELIGIBLE |
| AMR-0046-000030 | $ 24,624.00 | TIMELY ELIGIBLE |
| AMR-0024-000091 | $ 24,585.12 | TIMELY ELIGIBLE |
| AMR-0024-000122 | $ 24,364.80 | TIMELY ELIGIBLE |
| AMR-0023-000131 | $ 24,223.00 | TIMELY ELIGIBLE |
| AMR-0073-000288 | $ 24,145.70 | TIMELY ELIGIBLE |
| AMR-0073-000110 | $ 24,086.16 | TIMELY ELIGIBLE |
| AMR00095 | $ 23,940.00 | TIMELY ELIGIBLE |
| AMR-0129-000093 | $ 23,449.12 | TIMELY ELIGIBLE |
| AMR-0073-000037 | $ 22,738.32 | TIMELY ELIGIBLE |
| AMR-0024-000057 | $ 22,680.00 | TIMELY ELIGIBLE |
| AMR-0129-000011 | $ 22,545.30 | TIMELY ELIGIBLE |
| AMR-0046-000043 | $ 22,231.56 | TIMELY ELIGIBLE |
| AMR-0023-000084 | $ 22,181.04 | TIMELY ELIGIBLE |
| AMR-0073-000101 | $ 21,695.04 | TIMELY ELIGIBLE |
| AMR-0129-000131 | $ 21,587.44 | TIMELY ELIGIBLE |
| AMR-0025-000048 | $ 21,111.84 | TIMELY ELIGIBLE |
| AMR-0024-000107 | $ 21,009.06 | TIMELY ELIGIBLE |
| AMR-0046-000004 | $ 20,916.00 | TIMELY ELIGIBLE |
| AMR00141 | $ 20,856.00 | TIMELY ELIGIBLE |
| AMR-0075-000024 | $ 20,788.00 | TIMELY ELIGIBLE |
| AMR-0046-000018 | $ 20,736.00 | TIMELY ELIGIBLE |
| AMR-0073-000003 | $ 20,613.10 | TIMELY ELIGIBLE |
| AMR-0048-000001 | $ 20,521.58 | TIMELY ELIGIBLE |
| AMR-0075-000193 | $ 20,386.08 | TIMELY ELIGIBLE |
| AMR-0074-000021 | $ 20,379.60 | TIMELY ELIGIBLE |
| AMR-0129-000029 | $ 20,191.68 | TIMELY ELIGIBLE |
| AMR-0024-000075 | $ 20,088.00 | TIMELY ELIGIBLE |
| AMR-0074-000356 | $ 19,861.36 | TIMELY ELIGIBLE |
| AMR-0129-000023 | $ 19,788.80 | TIMELY ELIGIBLE |
| AMR-0064-000020 | $ 19,691.06 | TIMELY ELIGIBLE |
| AMR00043 | $ 19,440.00 | TIMELY ELIGIBLE |
| AMR00129 | $ 19,236.00 | TIMELY ELIGIBLE |
| AMR-0064-000014 | $ 19,200.00 | TIMELY ELIGIBLE |
| AMR-0046-000055 | $ 19,044.72 | TIMELY ELIGIBLE |
| AMR-0065-000001 | $ 18,967.08 | TIMELY ELIGIBLE |

**Exhibit D - Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0073-000303 | $ 18,851.32 | TIMELY ELIGIBLE |
| AMR-0024-000056 | $ 18,792.00 | TIMELY ELIGIBLE |
| AMR-0024-000052 | $ 18,636.48 | TIMELY ELIGIBLE |
| AMR-0072-000001 | $ 18,610.56 | TIMELY ELIGIBLE |
| AMR-0139-000001 | $ 18,403.90 | TIMELY ELIGIBLE |
| AMR-0067-000002 | $ 18,258.43 | TIMELY ELIGIBLE |
| AMR-0023-000024 | $ 18,144.00 | TIMELY ELIGIBLE |
| AMR-0025-000007 | $ 17,787.60 | TIMELY ELIGIBLE |
| AMR-0041-000003 | $ 17,748.72 | TIMELY ELIGIBLE |
| AMR-0073-000038 | $ 17,742.24 | TIMELY ELIGIBLE |
| AMR-0073-000295 | $ 17,694.58 | TIMELY ELIGIBLE |
| AMR-0046-000069 | $ 17,625.60 | TIMELY ELIGIBLE |
| AMR-0073-000048 | $ 17,457.12 | TIMELY ELIGIBLE |
| AMR-0064-000035 | $ 17,246.67 | TIMELY ELIGIBLE |
| AMR-0023-000014 | $ 17,227.20 | TIMELY ELIGIBLE |
| AMR-0075-000237 | $ 17,220.00 | TIMELY ELIGIBLE |
| AMR-0023-000053 | $ 17,098.95 | TIMELY ELIGIBLE |
| AMR-0129-000018 | $ 16,919.28 | TIMELY ELIGIBLE |
| AMR-0058-000004 | $ 16,910.06 | TIMELY ELIGIBLE |
| AMR-0046-000022 | $ 16,848.00 | TIMELY ELIGIBLE |
| AMR-0129-000096 | $ 16,744.32 | TIMELY ELIGIBLE |
| AMR-0129-000020 | $ 16,698.96 | TIMELY ELIGIBLE |
| AMR-0024-000050 | $ 16,609.29 | TIMELY ELIGIBLE |
| AMR-0072-000008 | $ 16,428.74 | TIMELY ELIGIBLE |
| AMR-0045-000033 | $ 16,407.36 | TIMELY ELIGIBLE |
| AMR00107 | $ 16,200.00 | TIMELY ELIGIBLE |
| AMR-0024-000088 | $ 16,200.00 | TIMELY ELIGIBLE |
| AMR-0094-000045 | $ 16,200.00 | TIMELY ELIGIBLE |
| AMR-0129-000110 | $ 16,200.00 | TIMELY ELIGIBLE |
| AMR-0064-000007 | $ 16,116.39 | TIMELY ELIGIBLE |
| AMR-0025-000057 | $ 15,811.12 | TIMELY ELIGIBLE |
| AMR-0076-000004 | $ 15,452.02 | TIMELY ELIGIBLE |
| AMR00084 | $ 15,450.00 | TIMELY ELIGIBLE |
| AMR-0023-000125 | $ 15,330.00 | TIMELY ELIGIBLE |
| AMR-0045-000030 | $ 14,904.00 | TIMELY ELIGIBLE |
| AMR-0075-000048 | $ 14,790.00 | TIMELY ELIGIBLE |
| AMR-0023-000106 | $ 14,422.00 | TIMELY ELIGIBLE |
| AMR-0024-000082 | $ 14,306.56 | TIMELY ELIGIBLE |
| AMR-0058-000012 | $ 14,187.53 | TIMELY ELIGIBLE |
| AMR-0041-000001 | $ 14,122.09 | TIMELY ELIGIBLE |
| AMR-0129-000119 | $ 13,822.02 | TIMELY ELIGIBLE |
| AMR-0045-000041 | $ 13,809.88 | TIMELY ELIGIBLE |
| AMR-0075-000088 | $ 13,794.00 | TIMELY ELIGIBLE |
| AMR-0029-000009 | $ 13,760.36 | TIMELY ELIGIBLE |

**Exhibit 13, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0034-000002 | $ 13,608.00 | TIMELY ELIGIBLE |
| AMR-0073-000120 | $ 13,543.20 | TIMELY ELIGIBLE |
| AMR-0023-000088 | $ 13,011.84 | TIMELY ELIGIBLE |
| AMR00044 | $ 12,960.00 | TIMELY ELIGIBLE |
| AMR-0019-000002 | $ 12,960.00 | TIMELY ELIGIBLE |
| AMR-0046-000058 | $ 12,798.00 | TIMELY ELIGIBLE |
| AMR-0029-000001 | $ 12,668.40 | TIMELY ELIGIBLE |
| AMR-0075-000275 | $ 12,555.00 | TIMELY ELIGIBLE |
| AMR-0129-000024 | $ 12,386.07 | TIMELY ELIGIBLE |
| AMR-0046-000051 | $ 12,337.92 | TIMELY ELIGIBLE |
| AMR-0023-000087 | $ 12,273.38 | TIMELY ELIGIBLE |
| AMR-0010-000006 | $ 12,272.95 | TIMELY ELIGIBLE |
| AMR-0029-000002 | $ 12,214.80 | TIMELY ELIGIBLE |
| AMR-0024-000045 | $ 12,104.64 | TIMELY ELIGIBLE |
| AMR-0040-000005 | $ 12,085.94 | TIMELY ELIGIBLE |
| AMR-0073-000102 | $ 11,958.80 | TIMELY ELIGIBLE |
| AMR00128 | $ 11,877.84 | TIMELY ELIGIBLE |
| AMR-0059-000001 | $ 11,838.96 | TIMELY ELIGIBLE |
| AMR00096 | $ 11,510.75 | TIMELY ELIGIBLE |
| AMR-0094-000075 | $ 11,333.52 | TIMELY ELIGIBLE |
| AMR-0046-000021 | $ 11,016.00 | TIMELY ELIGIBLE |
| AMR-0046-000035 | $ 10,954.44 | TIMELY ELIGIBLE |
| AMR-0075-000029 | $ 10,918.40 | TIMELY ELIGIBLE |
| AMR-0046-000067 | $ 10,730.88 | TIMELY ELIGIBLE |
| AMR-0045-000035 | $ 10,717.92 | TIMELY ELIGIBLE |
| AMR-0129-000013 | $ 10,698.48 | TIMELY ELIGIBLE |
| AMR-0076-000001 | $ 10,695.88 | TIMELY ELIGIBLE |
| AMR-0074-000019 | $ 10,689.55 | TIMELY ELIGIBLE |
| AMR-0046-000044 | $ 10,646.00 | TIMELY ELIGIBLE |
| AMR-0074-000320 | $ 10,641.55 | TIMELY ELIGIBLE |
| AMR-0073-000137 | $ 10,582.22 | TIMELY ELIGIBLE |
| AMR-0024-000031 | $ 10,418.10 | TIMELY ELIGIBLE |
| AMR-0045-000032 | $ 10,289.43 | TIMELY ELIGIBLE |
| AMR-0046-000046 | $ 10,206.00 | TIMELY ELIGIBLE |
| AMR-0075-000274 | $ 10,115.28 | TIMELY ELIGIBLE |
| AMR-0129-000025 | $ 9,872.28 | TIMELY ELIGIBLE |
| AMR-0046-000037 | $ 9,869.04 | TIMELY ELIGIBLE |
| AMR-0004-000010 | $ 9,720.00 | TIMELY ELIGIBLE |
| AMR-0075-000052 | $ 9,720.00 | TIMELY ELIGIBLE |
| AMR-0129-000048 | $ 9,642.24 | TIMELY ELIGIBLE |
| AMR-0073-000021 | $ 9,590.40 | TIMELY ELIGIBLE |
| AMR-0129-000043 | $ 9,365.06 | TIMELY ELIGIBLE |
| AMR-0046-000045 | $ 9,331.20 | TIMELY ELIGIBLE |
| AMR-0023-000064 | $ 9,181.00 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0090-000001 | $ 9,072.00 | TIMELY ELIGIBLE |
| AMR-0024-000115 | $ 8,929.44 | TIMELY ELIGIBLE |
| AMR-0073-000039 | $ 8,920.42 | TIMELY ELIGIBLE |
| AMR-0023-000096 | $ 8,903.52 | TIMELY ELIGIBLE |
| AMR-0045-000003 | $ 8,825.76 | TIMELY ELIGIBLE |
| AMR-0024-000109 | $ 8,733.76 | TIMELY ELIGIBLE |
| AMR-0075-000043 | $ 8,725.75 | TIMELY ELIGIBLE |
| AMR-0075-000114 | $ 8,566.56 | TIMELY ELIGIBLE |
| AMR-0064-000028 | $ 8,558.52 | TIMELY ELIGIBLE |
| AMR-0074-000333 | $ 8,424.00 | TIMELY ELIGIBLE |
| AMR-0129-000068 | $ 8,424.00 | TIMELY ELIGIBLE |
| AMR-0073-000116 | $ 8,365.68 | TIMELY ELIGIBLE |
| AMR-0023-000093 | $ 8,340.16 | TIMELY ELIGIBLE |
| AMR-0006-000016 | $ 8,281.34 | TIMELY ELIGIBLE |
| AMR-0073-000131 | $ 8,179.00 | TIMELY ELIGIBLE |
| AMR-0073-000032 | $ 8,176.36 | TIMELY ELIGIBLE |
| AMR-0023-000057 | $ 8,091.76 | TIMELY ELIGIBLE |
| AMR-0045-000018 | $ 8,067.60 | TIMELY ELIGIBLE |
| AMR-0075-000025 | $ 8,066.10 | TIMELY ELIGIBLE |
| AMR-0025-000059 | $ 8,054.64 | TIMELY ELIGIBLE |
| AMR-0075-000056 | $ 8,049.00 | TIMELY ELIGIBLE |
| AMR-0075-000248 | $ 8,048.16 | TIMELY ELIGIBLE |
| AMR-0075-000249 | $ 8,015.76 | TIMELY ELIGIBLE |
| AMR-0129-000021 | $ 8,002.80 | TIMELY ELIGIBLE |
| AMR-0075-000139 | $ 7,989.84 | TIMELY ELIGIBLE |
| AMR-0129-000012 | $ 7,964.08 | TIMELY ELIGIBLE |
| AMR-0073-000114 | $ 7,931.52 | TIMELY ELIGIBLE |
| AMR-0094-000066 | $ 7,918.56 | TIMELY ELIGIBLE |
| AMR-0072-000009 | $ 7,889.96 | TIMELY ELIGIBLE |
| AMR-0129-000032 | $ 7,743.60 | TIMELY ELIGIBLE |
| AMR-0073-000315 | $ 7,594.56 | TIMELY ELIGIBLE |
| AMR-0023-000037 | $ 7,568.78 | TIMELY ELIGIBLE |
| AMR-0046-000041 | $ 7,562.16 | TIMELY ELIGIBLE |
| AMR-0046-000073 | $ 7,525.14 | TIMELY ELIGIBLE |
| AMR-0129-000073 | $ 7,477.92 | TIMELY ELIGIBLE |
| AMR-0129-000125 | $ 7,452.00 | TIMELY ELIGIBLE |
| AMR-0024-000055 | $ 7,348.32 | TIMELY ELIGIBLE |
| AMR-0073-000100 | $ 7,325.74 | TIMELY ELIGIBLE |
| AMR-0129-000118 | $ 7,205.76 | TIMELY ELIGIBLE |
| AMR-0023-000047 | $ 7,134.48 | TIMELY ELIGIBLE |
| AMR-0046-000024 | $ 7,128.00 | TIMELY ELIGIBLE |
| AMR-0040-000004 | $ 7,028.05 | TIMELY ELIGIBLE |
| AMR-0076-000018 | $ 7,017.84 | TIMELY ELIGIBLE |
| AMR-0023-000041 | $ 6,978.96 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0129-000009 | $ 6,953.04 | TIMELY ELIGIBLE |
| AMR-0029-000008 | $ 6,933.60 | TIMELY ELIGIBLE |
| AMR-0046-000007 | $ 6,891.24 | TIMELY ELIGIBLE |
| AMR-0129-000035 | $ 6,880.52 | TIMELY ELIGIBLE |
| AMR-0074-000012 | $ 6,844.45 | TIMELY ELIGIBLE |
| AMR-0074-000353 | $ 6,818.20 | TIMELY ELIGIBLE |
| AMR-0076-000028 | $ 6,789.60 | TIMELY ELIGIBLE |
| AMR-0018-000002 | $ 6,554.00 | TIMELY ELIGIBLE |
| AMR-0023-000118 | $ 6,480.00 | TIMELY ELIGIBLE |
| AMR-0073-000052 | $ 6,480.00 | TIMELY ELIGIBLE |
| AMR-0075-000027 | $ 6,480.00 | TIMELY ELIGIBLE |
| AMR-0075-000117 | $ 6,480.00 | TIMELY ELIGIBLE |
| AMR-0094-000021 | $ 6,480.00 | TIMELY ELIGIBLE |
| AMR-0046-000053 | $ 6,369.84 | TIMELY ELIGIBLE |
| AMR-0034-000003 | $ 6,210.27 | TIMELY ELIGIBLE |
| AMR-0064-000013 | $ 6,175.44 | TIMELY ELIGIBLE |
| AMR-0075-000031 | $ 6,117.12 | TIMELY ELIGIBLE |
| AMR-0094-000056 | $ 5,863.00 | TIMELY ELIGIBLE |
| AMR-0024-000094 | $ 5,832.00 | TIMELY ELIGIBLE |
| AMR-0046-000025 | $ 5,832.00 | TIMELY ELIGIBLE |
| AMR-0074-000319 | $ 5,804.78 | TIMELY ELIGIBLE |
| AMR-0094-000050 | $ 5,804.50 | TIMELY ELIGIBLE |
| AMR00020 | $ 5,740.00 | TIMELY ELIGIBLE |
| AMR-0075-000238 | $ 5,740.00 | TIMELY ELIGIBLE |
| AMR-0024-000004 | $ 5,676.48 | TIMELY ELIGIBLE |
| AMR-0129-000111 | $ 5,624.64 | TIMELY ELIGIBLE |
| AMR-0073-000269 | $ 5,539.70 | TIMELY ELIGIBLE |
| AMR-0073-000111 | $ 5,533.92 | TIMELY ELIGIBLE |
| AMR-0075-000147 | $ 5,515.90 | TIMELY ELIGIBLE |
| AMR-0129-000052 | $ 5,452.32 | TIMELY ELIGIBLE |
| AMR-0023-000090 | $ 5,300.64 | TIMELY ELIGIBLE |
| AMR-0075-000042 | $ 5,276.15 | TIMELY ELIGIBLE |
| AMR-0025-000011 | $ 5,229.36 | TIMELY ELIGIBLE |
| AMR-0075-000250 | $ 5,206.23 | TIMELY ELIGIBLE |
| AMR-0046-000047 | $ 5,184.00 | TIMELY ELIGIBLE |
| AMR-0075-000256 | $ 5,181.70 | TIMELY ELIGIBLE |
| AMR-0075-000053 | $ 5,172.60 | TIMELY ELIGIBLE |
| AMR00127 | $ 5,152.10 | TIMELY ELIGIBLE |
| AMR-0073-000316 | $ 5,141.52 | TIMELY ELIGIBLE |
| AMR-0045-000013 | $ 5,125.32 | TIMELY ELIGIBLE |
| AMR-0042-000002 | $ 5,035.70 | TIMELY ELIGIBLE |
| AMR-0073-000124 | $ 5,034.96 | TIMELY ELIGIBLE |
| AMR-0046-000054 | $ 5,033.98 | TIMELY ELIGIBLE |
| AMR-0075-000226 | $ 5,007.70 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0073-000028 | $ 4,991.20 | TIMELY ELIGIBLE |
| AMR-0024-000132 | $ 4,985.30 | TIMELY ELIGIBLE |
| AMR-0024-000133 | $ 4,985.30 | TIMELY ELIGIBLE |
| AMR-0024-000093 | $ 4,872.96 | TIMELY ELIGIBLE |
| AMR-0024-000157 | $ 4,872.96 | TIMELY ELIGIBLE |
| AMR-0075-000026 | $ 4,860.00 | TIMELY ELIGIBLE |
| AMR-0075-000280 | $ 4,860.00 | TIMELY ELIGIBLE |
| AMR-0075-000181 | $ 4,851.04 | TIMELY ELIGIBLE |
| AMR-0023-000146 | $ 4,742.48 | TIMELY ELIGIBLE |
| AMR-0129-000064 | $ 4,665.60 | TIMELY ELIGIBLE |
| AMR-0064-000036 | $ 4,574.88 | TIMELY ELIGIBLE |
| AMR-0024-000156 | $ 4,555.20 | TIMELY ELIGIBLE |
| AMR-0046-000023 | $ 4,536.00 | TIMELY ELIGIBLE |
| AMR-0075-000049 | $ 4,536.00 | TIMELY ELIGIBLE |
| AMR-0064-000008 | $ 4,529.52 | TIMELY ELIGIBLE |
| AMR-0074-000008 | $ 4,508.19 | TIMELY ELIGIBLE |
| AMR-0076-000010 | $ 4,463.72 | TIMELY ELIGIBLE |
| AMR00058 | $ 4,408.00 | TIMELY ELIGIBLE |
| AMR-0073-000041 | $ 4,395.16 | TIMELY ELIGIBLE |
| AMR-0024-000002 | $ 4,374.00 | TIMELY ELIGIBLE |
| AMR-0044-000050 | $ 4,339.62 | TIMELY ELIGIBLE |
| AMR-0024-000105 | $ 4,253.34 | TIMELY ELIGIBLE |
| AMR-0024-000042 | $ 4,248.34 | TIMELY ELIGIBLE |
| AMR-0040-000007 | $ 4,225.70 | TIMELY ELIGIBLE |
| AMR-0058-000002 | $ 4,201.83 | TIMELY ELIGIBLE |
| AMR-0073-000030 | $ 4,115.28 | TIMELY ELIGIBLE |
| AMR-0073-000297 | $ 4,056.48 | TIMELY ELIGIBLE |
| AMR-0075-000054 | $ 4,018.00 | TIMELY ELIGIBLE |
| AMR-0075-000247 | $ 4,011.12 | TIMELY ELIGIBLE |
| AMR00093 | $ 4,004.00 | TIMELY ELIGIBLE |
| AMR-0129-000016 | $ 3,941.18 | TIMELY ELIGIBLE |
| AMR-0094-000054 | $ 3,894.48 | TIMELY ELIGIBLE |
| AMR-0129-000069 | $ 3,888.00 | TIMELY ELIGIBLE |
| AMR-0129-000123 | $ 3,888.00 | TIMELY ELIGIBLE |
| AMR-0075-000148 | $ 3,871.54 | TIMELY ELIGIBLE |
| AMR-0073-000020 | $ 3,849.12 | TIMELY ELIGIBLE |
| AMR-0046-000034 | $ 3,805.08 | TIMELY ELIGIBLE |
| AMR-0074-000011 | $ 3,788.25 | TIMELY ELIGIBLE |
| AMR-0074-000336 | $ 3,787.17 | TIMELY ELIGIBLE |
| AMR-0024-000047 | $ 3,748.64 | TIMELY ELIGIBLE |
| AMR-0024-000103 | $ 3,726.00 | TIMELY ELIGIBLE |
| AMR-0023-000097 | $ 3,700.08 | TIMELY ELIGIBLE |
| AMR-0075-000158 | $ 3,677.66 | TIMELY ELIGIBLE |
| AMR-0075-000278 | $ 3,673.60 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0074-000321 | $ 3,640.95 | TIMELY ELIGIBLE |
| AMR00034 | $ 3,609.36 | TIMELY ELIGIBLE |
| AMR-0073-000026 | $ 3,570.48 | TIMELY ELIGIBLE |
| AMR-0073-000123 | $ 3,551.04 | TIMELY ELIGIBLE |
| AMR-0004-000002 | $ 3,510.06 | TIMELY ELIGIBLE |
| AMR00105 | $ 3,499.20 | TIMELY ELIGIBLE |
| AMR00110 | $ 3,486.24 | TIMELY ELIGIBLE |
| AMR-0073-000031 | $ 3,452.61 | TIMELY ELIGIBLE |
| AMR-0075-000023 | $ 3,407.70 | TIMELY ELIGIBLE |
| AMR-0024-000064 | $ 3,383.73 | TIMELY ELIGIBLE |
| AMR-0046-000015 | $ 3,271.54 | TIMELY ELIGIBLE |
| AMR-0076-000012 | $ 3,245.82 | TIMELY ELIGIBLE |
| AMR-0075-000178 | $ 3,240.04 | TIMELY ELIGIBLE |
| AMR-0023-000036 | $ 3,240.00 | TIMELY ELIGIBLE |
| AMR-0075-000085 | $ 3,240.00 | TIMELY ELIGIBLE |
| AMR-0075-000219 | $ 3,240.00 | TIMELY ELIGIBLE |
| AMR-0075-000244 | $ 3,240.00 | TIMELY ELIGIBLE |
| AMR-0094-000069 | $ 3,240.00 | TIMELY ELIGIBLE |
| AMR-0074-000005 | $ 3,207.60 | TIMELY ELIGIBLE |
| AMR00101 | $ 3,149.28 | TIMELY ELIGIBLE |
| AMR00085 | $ 3,133.00 | TIMELY ELIGIBLE |
| AMR-0094-000019 | $ 3,116.88 | TIMELY ELIGIBLE |
| AMR-0023-000092 | $ 3,097.44 | TIMELY ELIGIBLE |
| AMR-0074-000327 | $ 3,097.14 | TIMELY ELIGIBLE |
| AMR-0129-000113 | $ 3,065.14 | TIMELY ELIGIBLE |
| AMR-0023-000108 | $ 3,034.00 | TIMELY ELIGIBLE |
| AMR00098 | $ 3,030.82 | TIMELY ELIGIBLE |
| AMR00055 | $ 3,015.00 | TIMELY ELIGIBLE |
| AMR-0023-000103 | $ 2,971.68 | TIMELY ELIGIBLE |
| AMR-0044-000060 | $ 2,955.49 | TIMELY ELIGIBLE |
| AMR-0023-000124 | $ 2,887.50 | TIMELY ELIGIBLE |
| AMR00169 | $ 2,877.21 | TIMELY ELIGIBLE |
| AMR-0075-000116 | $ 2,870.00 | TIMELY ELIGIBLE |
| AMR-0094-000055 | $ 2,847.19 | TIMELY ELIGIBLE |
| AMR-0073-000067 | $ 2,825.28 | TIMELY ELIGIBLE |
| AMR-0023-000126 | $ 2,814.50 | TIMELY ELIGIBLE |
| AMR-0129-000026 | $ 2,799.36 | TIMELY ELIGIBLE |
| AMR-0065-000002 | $ 2,791.73 | TIMELY ELIGIBLE |
| AMR00071 | $ 2,710.00 | TIMELY ELIGIBLE |
| AMR00039 | $ 2,701.26 | TIMELY ELIGIBLE |
| AMR-0023-000128 | $ 2,676.00 | TIMELY ELIGIBLE |
| AMR-0073-000113 | $ 2,669.76 | TIMELY ELIGIBLE |
| AMR-0073-000027 | $ 2,617.92 | TIMELY ELIGIBLE |
| AMR00082 | $ 2,600.00 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0070-000001 | $ 2,592.30 | TIMELY ELIGIBLE |
| AMR-0023-000140 | $ 2,592.00 | TIMELY ELIGIBLE |
| AMR-0074-000020 | $ 2,592.00 | TIMELY ELIGIBLE |
| AMR-0075-000022 | $ 2,592.00 | TIMELY ELIGIBLE |
| AMR-0075-000234 | $ 2,592.00 | TIMELY ELIGIBLE |
| AMR-0075-000151 | $ 2,570.84 | TIMELY ELIGIBLE |
| AMR-0075-000245 | $ 2,524.95 | TIMELY ELIGIBLE |
| AMR00024 | $ 2,514.49 | TIMELY ELIGIBLE |
| AMR-0075-000220 | $ 2,496.15 | TIMELY ELIGIBLE |
| AMR00103 | $ 2,458.22 | TIMELY ELIGIBLE |
| AMR-0023-000001 | $ 2,431.78 | TIMELY ELIGIBLE |
| AMR-0066-000001 | $ 2,418.20 | TIMELY ELIGIBLE |
| AMR-0024-000069 | $ 2,413.72 | TIMELY ELIGIBLE |
| AMR-0089-000170 | $ 2,398.50 | TIMELY ELIGIBLE |
| AMR-0129-000031 | $ 2,397.60 | TIMELY ELIGIBLE |
| AMR-0046-000062 | $ 2,395.38 | TIMELY ELIGIBLE |
| AMR-0040-000003 | $ 2,378.16 | TIMELY ELIGIBLE |
| AMR-0073-000118 | $ 2,378.16 | TIMELY ELIGIBLE |
| AMR-0046-000027 | $ 2,371.68 | TIMELY ELIGIBLE |
| AMR-0073-000126 | $ 2,326.32 | TIMELY ELIGIBLE |
| AMR-0073-000122 | $ 2,261.52 | TIMELY ELIGIBLE |
| AMR-0023-000066 | $ 2,227.40 | TIMELY ELIGIBLE |
| AMR-0064-000017 | $ 2,203.20 | TIMELY ELIGIBLE |
| AMR-0074-000004 | $ 2,203.20 | TIMELY ELIGIBLE |
| AMR-0075-000149 | $ 2,194.24 | TIMELY ELIGIBLE |
| AMR-0046-000011 | $ 2,185.16 | TIMELY ELIGIBLE |
| AMR-0023-000045 | $ 2,178.00 | TIMELY ELIGIBLE |
| AMR-0129-000051 | $ 2,177.28 | TIMELY ELIGIBLE |
| AMR-0073-000322 | $ 2,138.20 | TIMELY ELIGIBLE |
| AMR-0075-000105 | $ 2,008.80 | TIMELY ELIGIBLE |
| AMR-0073-000047 | $ 1,976.40 | TIMELY ELIGIBLE |
| AMR-0073-000318 | $ 1,967.66 | TIMELY ELIGIBLE |
| AMR-0075-000086 | $ 1,950.00 | TIMELY ELIGIBLE |
| AMR00147 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0025-000041 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0025-000042 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0073-000098 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0075-000015 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0075-000137 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0075-000277 | $ 1,944.00 | TIMELY ELIGIBLE |
| AMR-0023-000095 | $ 1,937.52 | TIMELY ELIGIBLE |
| AMR-0024-000046 | $ 1,936.89 | TIMELY ELIGIBLE |
| AMR-0074-000326 | $ 1,925.74 | TIMELY ELIGIBLE |
| AMR-0094-000073 | $ 1,918.08 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0073-000106 | $ 1,898.64 | TIMELY ELIGIBLE |
| AMR-0075-000192 | $ 1,879.20 | TIMELY ELIGIBLE |
| AMR00151 | $ 1,853.48 | TIMELY ELIGIBLE |
| AMR-0075-000164 | $ 1,850.00 | TIMELY ELIGIBLE |
| AMR-0073-000285 | $ 1,840.32 | TIMELY ELIGIBLE |
| AMR-0024-000086 | $ 1,827.36 | TIMELY ELIGIBLE |
| AMR-0129-000005 | $ 1,813.67 | TIMELY ELIGIBLE |
| AMR00053 | $ 1,790.88 | TIMELY ELIGIBLE |
| AMR00150 | $ 1,787.94 | TIMELY ELIGIBLE |
| AMR-0075-000106 | $ 1,782.00 | TIMELY ELIGIBLE |
| AMR-0024-000049 | $ 1,743.12 | TIMELY ELIGIBLE |
| AMR-0076-000017 | $ 1,734.39 | TIMELY ELIGIBLE |
| AMR-0073-000004 | $ 1,684.98 | TIMELY ELIGIBLE |
| AMR-0129-000028 | $ 1,684.98 | TIMELY ELIGIBLE |
| AMR-0075-000251 | $ 1,678.32 | TIMELY ELIGIBLE |
| AMR-0074-000352 | $ 1,663.48 | TIMELY ELIGIBLE |
| AMR-0046-000061 | $ 1,639.44 | TIMELY ELIGIBLE |
| AMR-0045-000012 | $ 1,620.00 | TIMELY ELIGIBLE |
| AMR-0023-000144 | $ 1,613.52 | TIMELY ELIGIBLE |
| AMR-0129-000100 | $ 1,602.28 | TIMELY ELIGIBLE |
| AMR-0089-000100 | $ 1,550.52 | TIMELY ELIGIBLE |
| AMR-0064-000015 | $ 1,535.76 | TIMELY ELIGIBLE |
| AMR-0024-000007 | $ 1,531.06 | TIMELY ELIGIBLE |
| AMR-0045-000004 | $ 1,529.28 | TIMELY ELIGIBLE |
| AMR-0073-000133 | $ 1,503.36 | TIMELY ELIGIBLE |
| AMR-0075-000070 | $ 1,490.40 | TIMELY ELIGIBLE |
| AMR-0075-000208 | $ 1,490.40 | TIMELY ELIGIBLE |
| AMR-0129-000101 | $ 1,458.00 | TIMELY ELIGIBLE |
| AMR-0139-000002 | $ 1,448.38 | TIMELY ELIGIBLE |
| AMR-0046-000020 | $ 1,445.04 | TIMELY ELIGIBLE |
| AMR-0073-000323 | $ 1,440.40 | TIMELY ELIGIBLE |
| AMR-0046-000017 | $ 1,427.40 | TIMELY ELIGIBLE |
| AMR-0029-000010 | $ 1,425.60 | TIMELY ELIGIBLE |
| AMR-0064-000006 | $ 1,425.60 | TIMELY ELIGIBLE |
| AMR-0068-000002 | $ 1,364.48 | TIMELY ELIGIBLE |
| AMR-0075-000032 | $ 1,351.35 | TIMELY ELIGIBLE |
| AMR-0023-000112 | $ 1,332.00 | TIMELY ELIGIBLE |
| AMR-0075-000174 | $ 1,328.40 | TIMELY ELIGIBLE |
| AMR-0023-000065 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0046-000033 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000019 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000095 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000124 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000125 | $ 1,296.00 | TIMELY ELIGIBLE |

**Exhibit 13-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000236 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000276 | $ 1,296.00 | TIMELY ELIGIBLE |
| AMR-0075-000235 | $ 1,291.50 | TIMELY ELIGIBLE |
| AMR-0129-000066 | $ 1,286.80 | TIMELY ELIGIBLE |
| AMR-0024-000053 | $ 1,283.04 | TIMELY ELIGIBLE |
| AMR-0023-000147 | $ 1,244.52 | TIMELY ELIGIBLE |
| AMR-0058-000011 | $ 1,230.82 | TIMELY ELIGIBLE |
| AMR00112 | $ 1,211.76 | TIMELY ELIGIBLE |
| AMR00091 | $ 1,198.80 | TIMELY ELIGIBLE |
| AMR-0076-000011 | $ 1,181.24 | TIMELY ELIGIBLE |
| AMR-0075-000102 | $ 1,166.40 | TIMELY ELIGIBLE |
| AMR00145 | $ 1,159.92 | TIMELY ELIGIBLE |
| AMR-0075-000207 | $ 1,134.00 | TIMELY ELIGIBLE |
| AMR-0044-000059 | $ 1,130.78 | TIMELY ELIGIBLE |
| AMR00159 | $ 1,127.52 | TIMELY ELIGIBLE |
| AMR-0073-000298 | $ 1,127.52 | TIMELY ELIGIBLE |
| AMR-0089-000238 | $ 1,119.30 | TIMELY ELIGIBLE |
| AMR-0025-000052 | $ 1,108.08 | TIMELY ELIGIBLE |
| AMR-0041-000002 | $ 1,106.92 | TIMELY ELIGIBLE |
| AMR-0024-000117 | $ 1,101.60 | TIMELY ELIGIBLE |
| AMR-0075-000101 | $ 1,101.60 | TIMELY ELIGIBLE |
| AMR-0064-000011 | $ 1,095.12 | TIMELY ELIGIBLE |
| AMR-0089-000242 | $ 1,076.04 | TIMELY ELIGIBLE |
| AMR00045 | $ 1,075.68 | TIMELY ELIGIBLE |
| AMR-0006-000002 | $ 1,063.38 | TIMELY ELIGIBLE |
| AMR00172 | $ 1,049.76 | TIMELY ELIGIBLE |
| AMR-0075-000167 | $ 1,049.76 | TIMELY ELIGIBLE |
| AMR00092 | $ 1,047.00 | TIMELY ELIGIBLE |
| AMR-0094-000058 | $ 1,043.80 | TIMELY ELIGIBLE |
| AMR00017 | $ 1,036.80 | TIMELY ELIGIBLE |
| AMR-0129-000091 | $ 1,036.80 | TIMELY ELIGIBLE |
| AMR-0045-000039 | $ 1,033.36 | TIMELY ELIGIBLE |
| AMR-0025-000051 | $ 1,018.16 | TIMELY ELIGIBLE |
| AMR00102 | $ 1,012.74 | TIMELY ELIGIBLE |
| AMR-0082-000001 | $ 980.91 | TIMELY ELIGIBLE |
| AMR00030 | $ 978.48 | TIMELY ELIGIBLE |
| AMR-0023-000141 | $ 972.00 | TIMELY ELIGIBLE |
| AMR-0075-000107 | $ 972.00 | TIMELY ELIGIBLE |
| AMR-0075-000242 | $ 972.00 | TIMELY ELIGIBLE |
| AMR-0075-000150 | $ 930.02 | TIMELY ELIGIBLE |
| AMR-0075-000144 | $ 925.00 | TIMELY ELIGIBLE |
| AMR-0037-000002 | $ 913.88 | TIMELY ELIGIBLE |
| AMR-0075-000240 | $ 907.86 | TIMELY ELIGIBLE |
| AMR-0074-000344 | $ 907.20 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0023-000111 | $ 888.00 | TIMELY ELIGIBLE |
| AMR-0076-000005 | $ 881.28 | TIMELY ELIGIBLE |
| AMR-0075-000206 | $ 874.80 | TIMELY ELIGIBLE |
| AMR-0129-000042 | $ 868.32 | TIMELY ELIGIBLE |
| AMR-0075-000257 | $ 813.56 | TIMELY ELIGIBLE |
| AMR-0069-000001 | $ 810.00 | TIMELY ELIGIBLE |
| AMR-0045-000024 | $ 805.86 | TIMELY ELIGIBLE |
| AMR-0041-000010 | $ 803.60 | TIMELY ELIGIBLE |
| AMR-0075-000012 | $ 790.56 | TIMELY ELIGIBLE |
| AMR00124 | $ 776.26 | TIMELY ELIGIBLE |
| AMR-0129-000057 | $ 771.08 | TIMELY ELIGIBLE |
| AMR-0129-000055 | $ 765.16 | TIMELY ELIGIBLE |
| AMR-0089-000186 | $ 746.20 | TIMELY ELIGIBLE |
| AMR-0060-000001 | $ 745.20 | TIMELY ELIGIBLE |
| AMR-0129-000128 | $ 740.40 | TIMELY ELIGIBLE |
| AMR-0075-000153 | $ 740.00 | TIMELY ELIGIBLE |
| AMR00068 | $ 736.32 | TIMELY ELIGIBLE |
| AMR-0024-000123 | $ 719.28 | TIMELY ELIGIBLE |
| AMR-0046-000077 | $ 703.16 | TIMELY ELIGIBLE |
| AMR-0129-000094 | $ 698.56 | TIMELY ELIGIBLE |
| AMR00162 | $ 671.59 | TIMELY ELIGIBLE |
| AMR00119 | $ 666.34 | TIMELY ELIGIBLE |
| AMR-0075-000183 | $ 664.70 | TIMELY ELIGIBLE |
| AMR-0024-000143 | $ 660.96 | TIMELY ELIGIBLE |
| AMR00028 | $ 654.48 | TIMELY ELIGIBLE |
| AMR-0089-000157 | $ 649.90 | TIMELY ELIGIBLE |
| AMR-0089-000169 | $ 649.90 | TIMELY ELIGIBLE |
| AMR00015 | $ 648.00 | TIMELY ELIGIBLE |
| AMR00021 | $ 648.00 | TIMELY ELIGIBLE |
| AMR00025 | $ 648.00 | TIMELY ELIGIBLE |
| AMR00097 | $ 648.00 | TIMELY ELIGIBLE |
| AMR00115 | $ 648.00 | TIMELY ELIGIBLE |
| AMR00168 | $ 648.00 | TIMELY ELIGIBLE |
| AMR-0023-000109 | $ 648.00 | TIMELY ELIGIBLE |
| AMR-0075-000079 | $ 648.00 | TIMELY ELIGIBLE |
| AMR-0075-000279 | $ 648.00 | TIMELY ELIGIBLE |
| AMR-0094-000032 | $ 648.00 | TIMELY ELIGIBLE |
| AMR-0075-000255 | $ 637.48 | TIMELY ELIGIBLE |
| AMR00069 | $ 635.04 | TIMELY ELIGIBLE |
| AMR00109 | $ 634.30 | TIMELY ELIGIBLE |
| AMR-0024-000134 | $ 628.56 | TIMELY ELIGIBLE |
| AMR-0064-000003 | $ 617.00 | TIMELY ELIGIBLE |
| AMR-0024-000116 | $ 612.65 | TIMELY ELIGIBLE |
| AMR00094 | $ 605.42 | TIMELY ELIGIBLE |

**Exhibit D-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000195 | $ 602.64 | TIMELY ELIGIBLE |
| AMR00040 | $ 597.52 | TIMELY ELIGIBLE |
| AMR00022 | $ 583.80 | TIMELY ELIGIBLE |
| AMR-0075-000077 | $ 583.20 | TIMELY ELIGIBLE |
| AMR00049 | $ 554.87 | TIMELY ELIGIBLE |
| AMR-0089-000194 | $ 545.03 | TIMELY ELIGIBLE |
| AMR-0075-000218 | $ 533.82 | TIMELY ELIGIBLE |
| AMR00041 | $ 518.40 | TIMELY ELIGIBLE |
| AMR-0024-000118 | $ 518.40 | TIMELY ELIGIBLE |
| AMR-0024-000005 | $ 518.00 | TIMELY ELIGIBLE |
| AMR-0073-000104 | $ 509.86 | TIMELY ELIGIBLE |
| AMR00135 | $ 505.64 | TIMELY ELIGIBLE |
| AMR-0075-000044 | $ 499.50 | TIMELY ELIGIBLE |
| AMR-0044-000055 | $ 498.96 | TIMELY ELIGIBLE |
| AMR00118 | $ 488.45 | TIMELY ELIGIBLE |
| AMR-0044-000066 | $ 486.00 | TIMELY ELIGIBLE |
| AMR-0075-000212 | $ 486.00 | TIMELY ELIGIBLE |
| AMR00134 | $ 466.56 | TIMELY ELIGIBLE |
| AMR-0075-000104 | $ 432.52 | TIMELY ELIGIBLE |
| AMR-0075-000146 | $ 427.90 | TIMELY ELIGIBLE |
| AMR-0075-000284 | $ 427.68 | TIMELY ELIGIBLE |
| AMR-0089-000151 | $ 423.89 | TIMELY ELIGIBLE |
| AMR00031 | $ 416.76 | TIMELY ELIGIBLE |
| AMR00046 | $ 414.72 | TIMELY ELIGIBLE |
| AMR-0089-000136 | $ 413.85 | TIMELY ELIGIBLE |
| AMR-0074-000037 | $ 411.84 | TIMELY ELIGIBLE |
| AMR-0079-000003 | $ 411.73 | TIMELY ELIGIBLE |
| AMR-0045-000023 | $ 408.48 | TIMELY ELIGIBLE |
| AMR-0045-000002 | $ 408.24 | TIMELY ELIGIBLE |
| AMR00154 | $ 402.50 | TIMELY ELIGIBLE |
| AMR-0089-000184 | $ 401.80 | TIMELY ELIGIBLE |
| AMR-0073-000109 | $ 401.76 | TIMELY ELIGIBLE |
| AMR00155 | $ 397.50 | TIMELY ELIGIBLE |
| AMR00062 | $ 395.28 | TIMELY ELIGIBLE |
| AMR-0072-000007 | $ 395.28 | TIMELY ELIGIBLE |
| AMR00035 | $ 393.80 | TIMELY ELIGIBLE |
| AMR00167 | $ 390.46 | TIMELY ELIGIBLE |
| AMR-0073-000127 | $ 388.80 | TIMELY ELIGIBLE |
| AMR-0089-000074 | $ 388.80 | TIMELY ELIGIBLE |
| AMR-0075-000067 | $ 387.90 | TIMELY ELIGIBLE |
| AMR-0024-000128 | $ 382.32 | TIMELY ELIGIBLE |
| AMR-0089-000030 | $ 381.70 | TIMELY ELIGIBLE |
| AMR-0073-000299 | $ 373.70 | TIMELY ELIGIBLE |
| AMR-0089-000138 | $ 372.70 | TIMELY ELIGIBLE |

**Exhibit 13-7 Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | | Claim Status |
|---|---|---|---|
| AMR-0025-000027 | $ | 370.00 | TIMELY ELIGIBLE |
| AMR-0073-000213 | $ | 370.00 | TIMELY ELIGIBLE |
| AMR-0089-000134 | $ | 369.00 | TIMELY ELIGIBLE |
| AMR-0075-000072 | $ | 362.88 | TIMELY ELIGIBLE |
| AMR00130 | $ | 361.22 | TIMELY ELIGIBLE |
| AMR-0075-000071 | $ | 356.40 | TIMELY ELIGIBLE |
| AMR-0075-000121 | $ | 356.40 | TIMELY ELIGIBLE |
| AMR-0075-000228 | $ | 356.40 | TIMELY ELIGIBLE |
| AMR-0075-000296 | $ | 356.40 | TIMELY ELIGIBLE |
| AMR-0024-000068 | $ | 343.44 | TIMELY ELIGIBLE |
| AMR-0024-000145 | $ | 343.44 | TIMELY ELIGIBLE |
| AMR00100 | $ | 331.47 | TIMELY ELIGIBLE |
| AMR00132 | $ | 327.59 | TIMELY ELIGIBLE |
| AMR-0074-000032 | $ | 327.32 | TIMELY ELIGIBLE |
| AMR-0023-000138 | $ | 324.00 | TIMELY ELIGIBLE |
| AMR-0075-000068 | $ | 324.00 | TIMELY ELIGIBLE |
| AMR-0075-000288 | $ | 324.00 | TIMELY ELIGIBLE |
| AMR-0089-000017 | $ | 315.70 | TIMELY ELIGIBLE |
| AMR00032 | $ | 314.38 | TIMELY ELIGIBLE |
| AMR00117 | $ | 311.04 | TIMELY ELIGIBLE |
| AMR-0074-000007 | $ | 311.04 | TIMELY ELIGIBLE |
| AMR-0075-000204 | $ | 303.84 | TIMELY ELIGIBLE |
| AMR-0075-000165 | $ | 291.60 | TIMELY ELIGIBLE |
| AMR-0075-000145 | $ | 290.88 | TIMELY ELIGIBLE |
| AMR-0129-000078 | $ | 281.20 | TIMELY ELIGIBLE |
| AMR00121 | $ | 271.77 | TIMELY ELIGIBLE |
| AMR-0074-000325 | $ | 268.55 | TIMELY ELIGIBLE |
| AMR00033 | $ | 265.66 | TIMELY ELIGIBLE |
| AMR-0075-000081 | $ | 259.20 | TIMELY ELIGIBLE |
| AMR-0075-000194 | $ | 259.20 | TIMELY ELIGIBLE |
| AMR-0075-000292 | $ | 259.20 | TIMELY ELIGIBLE |
| AMR-0075-000293 | $ | 259.20 | TIMELY ELIGIBLE |
| AMR-0046-000071 | $ | 252.72 | TIMELY ELIGIBLE |
| AMR-0075-000064 | $ | 249.02 | TIMELY ELIGIBLE |
| AMR00086 | $ | 248.31 | TIMELY ELIGIBLE |
| AMR-0075-000113 | $ | 241.98 | TIMELY ELIGIBLE |
| AMR00122 | $ | 241.70 | TIMELY ELIGIBLE |
| AMR-0089-000096 | $ | 237.97 | TIMELY ELIGIBLE |
| AMR-0010-000015 | $ | 235.34 | TIMELY ELIGIBLE |
| AMR-0075-000269 | $ | 233.66 | TIMELY ELIGIBLE |
| AMR-0076-000008 | $ | 228.84 | TIMELY ELIGIBLE |
| AMR-0075-000205 | $ | 226.80 | TIMELY ELIGIBLE |
| AMR-0075-000266 | $ | 226.80 | TIMELY ELIGIBLE |
| AMR-0075-000287 | $ | 226.80 | TIMELY ELIGIBLE |

**Exhibit 13-Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000264 | $ 223.48 | TIMELY ELIGIBLE |
| AMR-0023-000129 | $ 222.00 | TIMELY ELIGIBLE |
| AMR-0075-000260 | $ 216.26 | TIMELY ELIGIBLE |
| AMR-0045-000038 | $ 214.66 | TIMELY ELIGIBLE |
| AMR-0075-000263 | $ 214.04 | TIMELY ELIGIBLE |
| AMR-0129-000003 | $ 213.20 | TIMELY ELIGIBLE |
| AMR-0089-000129 | $ 212.40 | TIMELY ELIGIBLE |
| AMR-0089-000077 | $ 206.70 | TIMELY ELIGIBLE |
| AMR-0024-000147 | $ 205.38 | TIMELY ELIGIBLE |
| AMR-0023-000121 | $ 205.00 | TIMELY ELIGIBLE |
| AMR-0075-000063 | $ 199.78 | TIMELY ELIGIBLE |
| AMR-0075-000200 | $ 194.40 | TIMELY ELIGIBLE |
| AMR-0016-000001 | $ 190.92 | TIMELY ELIGIBLE |
| AMR-0075-000198 | $ 187.92 | TIMELY ELIGIBLE |
| AMR00056 | $ 187.57 | TIMELY ELIGIBLE |
| AMR-0023-000043 | $ 183.52 | TIMELY ELIGIBLE |
| AMR-0089-000198 | $ 178.35 | TIMELY ELIGIBLE |
| AMR-0075-000297 | $ 173.12 | TIMELY ELIGIBLE |
| AMR-0075-000285 | $ 168.86 | TIMELY ELIGIBLE |
| AMR-0053-000001 | $ 166.50 | TIMELY ELIGIBLE |
| AMR-0089-000076 | $ 166.05 | TIMELY ELIGIBLE |
| AMR00054 | $ 162.00 | TIMELY ELIGIBLE |
| AMR00080 | $ 162.00 | TIMELY ELIGIBLE |
| AMR-0024-000126 | $ 162.00 | TIMELY ELIGIBLE |
| AMR-0075-000100 | $ 162.00 | TIMELY ELIGIBLE |
| AMR-0089-000112 | $ 156.95 | TIMELY ELIGIBLE |
| AMR-0074-000006 | $ 155.52 | TIMELY ELIGIBLE |
| AMR-0024-000073 | $ 150.66 | TIMELY ELIGIBLE |
| AMR-0089-000224 | $ 149.42 | TIMELY ELIGIBLE |
| AMR00019 | $ 149.04 | TIMELY ELIGIBLE |
| AMR-0075-000154 | $ 148.00 | TIMELY ELIGIBLE |
| AMR-0089-000118 | $ 147.60 | TIMELY ELIGIBLE |
| AMR-0073-000121 | $ 142.56 | TIMELY ELIGIBLE |
| AMR00120 | $ 137.45 | TIMELY ELIGIBLE |
| AMR00090 | $ 136.08 | TIMELY ELIGIBLE |
| AMR-0139-000004 | $ 135.46 | TIMELY ELIGIBLE |
| AMR-0074-000001 | $ 133.25 | TIMELY ELIGIBLE |
| AMR-0024-000127 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000076 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000168 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000169 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000188 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000267 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0075-000290 | $ 129.60 | TIMELY ELIGIBLE |

**Exhibit 13-Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000294 | $ 129.60 | TIMELY ELIGIBLE |
| AMR-0089-000114 | $ 129.15 | TIMELY ELIGIBLE |
| AMR-0075-000230 | $ 126.46 | TIMELY ELIGIBLE |
| AMR00116 | $ 120.16 | TIMELY ELIGIBLE |
| AMR-0089-000209 | $ 118.50 | TIMELY ELIGIBLE |
| AMR-0129-000095 | $ 117.76 | TIMELY ELIGIBLE |
| AMR-0129-000098 | $ 117.76 | TIMELY ELIGIBLE |
| AMR00146 | $ 116.64 | TIMELY ELIGIBLE |
| AMR00148 | $ 116.64 | TIMELY ELIGIBLE |
| AMR-0075-000073 | $ 116.64 | TIMELY ELIGIBLE |
| AMR-0089-000469 | $ 114.80 | TIMELY ELIGIBLE |
| AMR-0024-000154 | $ 111.74 | TIMELY ELIGIBLE |
| AMR-0129-000112 | $ 111.00 | TIMELY ELIGIBLE |
| AMR-0089-000471 | $ 110.86 | TIMELY ELIGIBLE |
| AMR00166 | $ 110.16 | TIMELY ELIGIBLE |
| AMR-0044-000024 | $ 108.78 | TIMELY ELIGIBLE |
| AMR-0089-000230 | $ 108.30 | TIMELY ELIGIBLE |
| AMR-0089-000216 | $ 106.03 | TIMELY ELIGIBLE |
| AMR-0089-000239 | $ 104.60 | TIMELY ELIGIBLE |
| AMR-0075-000215 | $ 97.76 | TIMELY ELIGIBLE |
| AMR-0139-000003 | $ 97.58 | TIMELY ELIGIBLE |
| AMR-0069-000002 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000057 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000080 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000082 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000196 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000202 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000211 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000265 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000283 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0089-000106 | $ 97.20 | TIMELY ELIGIBLE |
| AMR-0075-000160 | $ 88.80 | TIMELY ELIGIBLE |
| AMR-0139-000005 | $ 88.57 | TIMELY ELIGIBLE |
| AMR-0129-000019 | $ 88.15 | TIMELY ELIGIBLE |
| AMR-0073-000308 | $ 87.69 | TIMELY ELIGIBLE |
| AMR-0089-000014 | $ 86.10 | TIMELY ELIGIBLE |
| AMR-0089-000137 | $ 86.10 | TIMELY ELIGIBLE |
| AMR-0089-000222 | $ 86.10 | TIMELY ELIGIBLE |
| AMR-0089-000229 | $ 86.10 | TIMELY ELIGIBLE |
| AMR-0089-000247 | $ 86.10 | TIMELY ELIGIBLE |
| AMR-0089-000115 | $ 84.13 | TIMELY ELIGIBLE |
| AMR-0045-000025 | $ 77.76 | TIMELY ELIGIBLE |
| AMR-0073-000119 | $ 77.76 | TIMELY ELIGIBLE |
| AMR-0075-000161 | $ 77.76 | TIMELY ELIGIBLE |

**Exhibit D – Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000098 | $ 76.96 | TIMELY ELIGIBLE |
| AMR00027 | $ 74.00 | TIMELY ELIGIBLE |
| AMR-0023-000113 | $ 74.00 | TIMELY ELIGIBLE |
| AMR-0023-000120 | $ 74.00 | TIMELY ELIGIBLE |
| AMR-0129-000037 | $ 74.00 | TIMELY ELIGIBLE |
| AMR-0089-000093 | $ 73.80 | TIMELY ELIGIBLE |
| AMR-0089-000005 | $ 72.00 | TIMELY ELIGIBLE |
| AMR-0075-000075 | $ 71.28 | TIMELY ELIGIBLE |
| AMR-0075-000268 | $ 71.28 | TIMELY ELIGIBLE |
| AMR-0089-000215 | $ 70.60 | TIMELY ELIGIBLE |
| AMR-0075-000190 | $ 70.30 | TIMELY ELIGIBLE |
| AMR-0089-000034 | $ 68.55 | TIMELY ELIGIBLE |
| AMR-0075-000197 | $ 68.32 | TIMELY ELIGIBLE |
| AMR-0089-000207 | $ 65.20 | TIMELY ELIGIBLE |
| AMR00052 | $ 64.80 | TIMELY ELIGIBLE |
| AMR00149 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0037-000001 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000078 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000199 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000203 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000210 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000241 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0075-000291 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0089-000051 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0089-000089 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0089-000090 | $ 64.80 | TIMELY ELIGIBLE |
| AMR-0129-000102 | $ 64.06 | TIMELY ELIGIBLE |
| AMR-0089-000010 | $ 62.75 | TIMELY ELIGIBLE |
| AMR-0089-000221 | $ 62.00 | TIMELY ELIGIBLE |
| AMR-0089-000121 | $ 61.10 | TIMELY ELIGIBLE |
| AMR-0089-000201 | $ 61.10 | TIMELY ELIGIBLE |
| AMR-0089-000027 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000031 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000046 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000059 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000086 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000088 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000143 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000200 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000232 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000473 | $ 57.40 | TIMELY ELIGIBLE |
| AMR-0089-000161 | $ 56.20 | TIMELY ELIGIBLE |
| AMR-0089-000015 | $ 56.10 | TIMELY ELIGIBLE |
| AMR-0075-000261 | $ 55.50 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000262 | $ 55.50 | TIMELY ELIGIBLE |
| AMR-0089-000156 | $ 55.35 | TIMELY ELIGIBLE |
| AMR-0046-000075 | $ 54.13 | TIMELY ELIGIBLE |
| AMR00079 | $ 54.06 | TIMELY ELIGIBLE |
| AMR-0089-000243 | $ 53.90 | TIMELY ELIGIBLE |
| AMR-0089-000182 | $ 52.35 | TIMELY ELIGIBLE |
| AMR-0075-000295 | $ 51.84 | TIMELY ELIGIBLE |
| AMR-0094-000026 | $ 51.66 | TIMELY ELIGIBLE |
| AMR-0089-000047 | $ 50.29 | TIMELY ELIGIBLE |
| AMR-0089-000120 | $ 48.14 | TIMELY ELIGIBLE |
| AMR-0073-000128 | $ 45.36 | TIMELY ELIGIBLE |
| AMR-0075-000065 | $ 45.36 | TIMELY ELIGIBLE |
| AMR-0045-000037 | $ 43.50 | TIMELY ELIGIBLE |
| AMR-0089-000122 | $ 42.76 | TIMELY ELIGIBLE |
| AMR-0024-000033 | $ 42.53 | TIMELY ELIGIBLE |
| AMR-0004-000018 | $ 42.18 | TIMELY ELIGIBLE |
| AMR-0089-000474 | $ 41.00 | TIMELY ELIGIBLE |
| AMR-0075-000159 | $ 40.70 | TIMELY ELIGIBLE |
| AMR-0075-000061 | $ 39.96 | TIMELY ELIGIBLE |
| AMR-0089-000019 | $ 38.88 | TIMELY ELIGIBLE |
| AMR-0044-000079 | $ 38.08 | TIMELY ELIGIBLE |
| AMR-0075-000166 | $ 37.00 | TIMELY ELIGIBLE |
| AMR-0089-000075 | $ 36.90 | TIMELY ELIGIBLE |
| AMR-0089-000101 | $ 36.90 | TIMELY ELIGIBLE |
| AMR-0089-000102 | $ 36.90 | TIMELY ELIGIBLE |
| AMR-0089-000155 | $ 36.90 | TIMELY ELIGIBLE |
| AMR-0089-000250 | $ 36.90 | TIMELY ELIGIBLE |
| AMR-0045-000021 | $ 34.78 | TIMELY ELIGIBLE |
| AMR-0089-000111 | $ 34.44 | TIMELY ELIGIBLE |
| AMR-0089-000231 | $ 33.25 | TIMELY ELIGIBLE |
| AMR-0024-000144 | $ 32.56 | TIMELY ELIGIBLE |
| AMR-0074-000009 | $ 32.40 | TIMELY ELIGIBLE |
| AMR-0075-000066 | $ 32.40 | TIMELY ELIGIBLE |
| AMR-0075-000069 | $ 32.40 | TIMELY ELIGIBLE |
| AMR-0089-000140 | $ 31.60 | TIMELY ELIGIBLE |
| AMR-0089-000237 | $ 31.30 | TIMELY ELIGIBLE |
| AMR-0089-000073 | $ 30.75 | TIMELY ELIGIBLE |
| AMR-0074-000031 | $ 30.34 | TIMELY ELIGIBLE |
| AMR-0075-000118 | $ 29.60 | TIMELY ELIGIBLE |
| AMR-0089-000213 | $ 29.55 | TIMELY ELIGIBLE |
| AMR-0089-000098 | $ 29.07 | TIMELY ELIGIBLE |
| AMR-0089-000028 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000070 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000154 | $ 28.70 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0089-000159 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000205 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000218 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000226 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000234 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000475 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000476 | $ 28.70 | TIMELY ELIGIBLE |
| AMR-0089-000149 | $ 28.67 | TIMELY ELIGIBLE |
| AMR-0089-000183 | $ 28.67 | TIMELY ELIGIBLE |
| AMR-0089-000018 | $ 28.34 | TIMELY ELIGIBLE |
| AMR-0089-000087 | $ 27.90 | TIMELY ELIGIBLE |
| AMR-0044-000067 | $ 27.38 | TIMELY ELIGIBLE |
| AMR00106 | $ 25.92 | TIMELY ELIGIBLE |
| AMR-0075-000074 | $ 25.92 | TIMELY ELIGIBLE |
| AMR-0075-000099 | $ 25.92 | TIMELY ELIGIBLE |
| AMR-0075-000270 | $ 25.92 | TIMELY ELIGIBLE |
| AMR-0024-000095 | $ 25.90 | TIMELY ELIGIBLE |
| AMR-0089-000173 | $ 25.90 | TIMELY ELIGIBLE |
| AMR-0075-000254 | $ 23.68 | TIMELY ELIGIBLE |
| AMR-0075-000051 | $ 22.20 | TIMELY ELIGIBLE |
| AMR-0075-000058 | $ 22.20 | TIMELY ELIGIBLE |
| AMR-0089-000053 | $ 22.05 | TIMELY ELIGIBLE |
| AMR-0058-000005 | $ 21.84 | TIMELY ELIGIBLE |
| AMR-0074-000343 | $ 21.46 | TIMELY ELIGIBLE |
| AMR-0024-000119 | $ 20.72 | TIMELY ELIGIBLE |
| AMR-0075-000060 | $ 20.72 | TIMELY ELIGIBLE |
| AMR-0089-000214 | $ 20.50 | TIMELY ELIGIBLE |
| AMR-0089-000217 | $ 20.50 | TIMELY ELIGIBLE |
| AMR-0089-000246 | $ 20.50 | TIMELY ELIGIBLE |
| AMR-0075-000289 | $ 20.40 | TIMELY ELIGIBLE |
| AMR-0089-000097 | $ 20.10 | TIMELY ELIGIBLE |
| AMR-0044-000076 | $ 19.44 | TIMELY ELIGIBLE |
| AMR-0074-000334 | $ 19.44 | TIMELY ELIGIBLE |
| AMR-0089-000039 | $ 18.50 | TIMELY ELIGIBLE |
| AMR-0089-000187 | $ 18.45 | TIMELY ELIGIBLE |
| AMR-0074-000342 | $ 17.76 | TIMELY ELIGIBLE |
| AMR-0089-000163 | $ 17.22 | TIMELY ELIGIBLE |
| AMR-0089-000164 | $ 17.22 | TIMELY ELIGIBLE |
| AMR-0089-000192 | $ 17.22 | TIMELY ELIGIBLE |
| AMR-0089-000223 | $ 17.22 | TIMELY ELIGIBLE |
| AMR-0089-000245 | $ 16.98 | TIMELY ELIGIBLE |
| AMR-0089-000210 | $ 16.82 | TIMELY ELIGIBLE |
| AMR00037 | $ 14.80 | TIMELY ELIGIBLE |
| AMR-0075-000059 | $ 14.80 | TIMELY ELIGIBLE |

**Exhibit D, Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0075-000062 | $ 14.80 | TIMELY ELIGIBLE |
| AMR-0058-000003 | $ 14.44 | TIMELY ELIGIBLE |
| AMR-0089-000225 | $ 13.95 | TIMELY ELIGIBLE |
| AMR-0075-000286 | $ 13.32 | TIMELY ELIGIBLE |
| AMR-0006-000034 | $ 12.96 | TIMELY ELIGIBLE |
| AMR-0089-000142 | $ 11.48 | TIMELY ELIGIBLE |
| AMR-0075-000209 | $ 11.10 | TIMELY ELIGIBLE |
| AMR-0089-000032 | $ 11.10 | TIMELY ELIGIBLE |
| AMR-0089-000107 | $ 11.10 | TIMELY ELIGIBLE |
| AMR-0089-000249 | $ 11.07 | TIMELY ELIGIBLE |
| AMR-0089-000043 | $ 10.88 | TIMELY ELIGIBLE |
| AMR-0089-000208 | $ 10.25 | TIMELY ELIGIBLE |
| AMR-0089-000233 | $ 10.25 | TIMELY ELIGIBLE |
| AMR-0089-000477 | $ 10.25 | TIMELY ELIGIBLE |
| AMR-0089-000174 | $ 9.35 | TIMELY ELIGIBLE |
| AMR-0089-000145 | $ 9.15 | TIMELY ELIGIBLE |
| AMR-0089-000177 | $ 8.37 | TIMELY ELIGIBLE |
| AMR-0089-000054 | $ 8.20 | TIMELY ELIGIBLE |
| AMR-0089-000236 | $ 8.10 | TIMELY ELIGIBLE |
| AMR-0089-000024 | $ 7.40 | TIMELY ELIGIBLE |
| AMR-0089-000026 | $ 7.40 | TIMELY ELIGIBLE |
| AMR-0089-000110 | $ 7.40 | TIMELY ELIGIBLE |
| AMR-0089-000104 | $ 7.38 | TIMELY ELIGIBLE |
| AMR-0089-000116 | $ 7.38 | TIMELY ELIGIBLE |
| AMR-0089-000199 | $ 7.38 | TIMELY ELIGIBLE |
| AMR-0089-000150 | $ 7.24 | TIMELY ELIGIBLE |
| AMR-0089-000152 | $ 7.00 | TIMELY ELIGIBLE |
| AMR00126 | $ 6.48 | TIMELY ELIGIBLE |
| AMR-0064-000027 | $ 6.48 | TIMELY ELIGIBLE |
| AMR-0089-000212 | $ 6.15 | TIMELY ELIGIBLE |
| AMR-0089-000235 | $ 6.15 | TIMELY ELIGIBLE |
| AMR-0075-000243 | $ 5.92 | TIMELY ELIGIBLE |
| AMR-0089-000211 | $ 5.76 | TIMELY ELIGIBLE |
| AMR-0089-000196 | $ 5.74 | TIMELY ELIGIBLE |
| AMR-0089-000283 | $ 5.74 | TIMELY ELIGIBLE |
| AMR-0089-000133 | $ 5.73 | TIMELY ELIGIBLE |
| AMR-0089-000006 | $ 5.51 | TIMELY ELIGIBLE |
| AMR-0044-000062 | $ 5.39 | TIMELY ELIGIBLE |
| AMR-0089-000057 | $ 4.44 | TIMELY ELIGIBLE |
| AMR-0089-000036 | $ 4.10 | TIMELY ELIGIBLE |
| AMR-0075-000162 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0075-000201 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000066 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000069 | $ 3.70 | TIMELY ELIGIBLE |

**Exhibit D – Part One**
**Timely and Eligible Proofs of Claim**
**Total Number of Claims: 1,075; Total Recognized Claim Amount: $68,942,635.21**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0089-000071 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000081 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000092 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000095 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000103 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000191 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000289 | $ 3.70 | TIMELY ELIGIBLE |
| AMR-0089-000160 | $ 3.67 | TIMELY ELIGIBLE |
| AMR-0089-000255 | $ 2.75 | TIMELY ELIGIBLE |
| AMR-0045-000040 | $ 2.22 | TIMELY ELIGIBLE |
| AMR-0089-000023 | $ 2.22 | TIMELY ELIGIBLE |
| AMR-0089-000139 | $ 2.22 | TIMELY ELIGIBLE |
| AMR-0089-000148 | $ 2.05 | TIMELY ELIGIBLE |
| AMR-0089-000204 | $ 2.05 | TIMELY ELIGIBLE |
| AMR-0089-000253 | $ 2.05 | TIMELY ELIGIBLE |
| AMR-0089-000147 | $ 1.80 | TIMELY ELIGIBLE |
| AMR-0089-000180 | $ 1.48 | TIMELY ELIGIBLE |
| AMR-0089-000228 | $ 1.48 | TIMELY ELIGIBLE |
| AMR-0080-000001 | $ 0.01 | TIMELY ELIGIBLE |

# Exhibit D
# Part Two

**Exhibit 23-B Part Two**
**Late But Otherwise Eligible Proofs of Claim**
**Total Number of Claims: 10; Total Recognized Claim Amount: $679,645.12**

| Claim Number | Recognized Claim Amount | Claim Status |
|---|---|---|
| AMR-0123-000003 | $ 453,726.08 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0149-000001 | $ 114,308.00 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0145-000001 | $ 75,812.02 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0098-000001 | $ 24,837.80 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0142-000001 | $ 9,331.20 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0122-000001 | $ 933.57 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0110-000001 | $ 573.61 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0127-000001 | $ 69.56 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0123-000002 | $ 42.18 | LATE BUT OTHERWISE ELIGIBLE |
| AMR-0124-000001 | $ 11.10 | LATE BUT OTHERWISE ELIGIBLE |

# Exhibit D
# Part Three

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0023-000042 | DENIED - DUPLICATE CLAIM |
| AMR-0023-000116 | DENIED - DUPLICATE CLAIM |
| AMR-0024-000120 | DENIED - DUPLICATE CLAIM |
| AMR-0024-000121 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000046 | DENIED - DUPLICATE CLAIM |
| AMR-0073-000087 | DENIED - DUPLICATE CLAIM |
| AMR-0129-000054 | DENIED - DUPLICATE CLAIM |
| AMR-0129-000079 | DENIED - DUPLICATE CLAIM |
| AMR-0132-000001 | DENIED - DUPLICATE CLAIM |
| AMR-0006-000018 | DENIED - DUPLICATE CLAIM |
| AMR-0006-000038 | DENIED - DUPLICATE CLAIM |
| AMR-0009-000001 | DENIED - DUPLICATE CLAIM |
| AMR-0009-000002 | DENIED - DUPLICATE CLAIM |
| AMR-0010-000014 | DENIED - DUPLICATE CLAIM |
| AMR-0010-000020 | DENIED - DUPLICATE CLAIM |
| AMR-0010-000026 | DENIED - DUPLICATE CLAIM |
| AMR-0010-000027 | DENIED - DUPLICATE CLAIM |
| AMR-0023-000011 | DENIED - DUPLICATE CLAIM |
| AMR-0023-000012 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000003 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000031 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000032 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000033 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000034 | DENIED - DUPLICATE CLAIM |
| AMR-0025-000035 | DENIED - DUPLICATE CLAIM |
| AMR-0026-000001 | DENIED - DUPLICATE CLAIM |
| AMR-0104-000001 | DENIED - DUPLICATE CLAIM |
| AMR-0104-000002 | DENIED - DUPLICATE CLAIM |
| AMR-0104-000003 | DENIED - DUPLICATE CLAIM |
| AMR-0104-000004 | DENIED - DUPLICATE CLAIM |
| AMR-0104-000005 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000001 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000002 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000003 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000004 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000005 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000006 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000007 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000008 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000009 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000010 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000011 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000012 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000013 | DENIED - DUPLICATE CLAIM |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0133-000014 | DENIED - DUPLICATE CLAIM |
| AMR-0133-000015 | DENIED - DUPLICATE CLAIM |
| AMR00002 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00003 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00004 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00005 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00006 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00007 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00008 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00009 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00010 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00011 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00012 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00013 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00014 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00036 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00038 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00047 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00063 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00064 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00065 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00066 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR00131 | DENIED - INSUFFICIENT DOCUMENTATION |
| AMR-0150-000002 | DENIED - NO PURCHASE |
| AMR-0150-000001 | DENIED - NO PURCHASE |
| AMR00001 | DENIED - NO PURCHASE |
| AMR00016 | DENIED - NO PURCHASE |
| AMR00029 | DENIED - NO PURCHASE |
| AMR-0004-000001 | DENIED - NO PURCHASE |
| AMR-0004-000003 | DENIED - NO PURCHASE |
| AMR-0004-000008 | DENIED - NO PURCHASE |
| AMR-0004-000009 | DENIED - NO PURCHASE |
| AMR-0004-000011 | DENIED - NO PURCHASE |
| AMR-0004-000012 | DENIED - NO PURCHASE |
| AMR-0004-000014 | DENIED - NO PURCHASE |
| AMR-0004-000015 | DENIED - NO PURCHASE |
| AMR-0004-000016 | DENIED - NO PURCHASE |
| AMR-0004-000017 | DENIED - NO PURCHASE |
| AMR-0004-000020 | DENIED - NO PURCHASE |
| AMR-0006-000001 | DENIED - NO PURCHASE |
| AMR-0006-000003 | DENIED - NO PURCHASE |
| AMR-0006-000009 | DENIED - NO PURCHASE |
| AMR-0006-000010 | DENIED - NO PURCHASE |
| AMR-0006-000011 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
| --- | --- |
| AMR-0006-000012 | DENIED - NO PURCHASE |
| AMR-0006-000013 | DENIED - NO PURCHASE |
| AMR-0006-000015 | DENIED - NO PURCHASE |
| AMR-0006-000022 | DENIED - NO PURCHASE |
| AMR-0006-000026 | DENIED - NO PURCHASE |
| AMR-0006-000029 | DENIED - NO PURCHASE |
| AMR00072 | DENIED - NO PURCHASE |
| AMR00078 | DENIED - NO PURCHASE |
| AMR00081 | DENIED - NO PURCHASE |
| AMR00083 | DENIED - NO PURCHASE |
| AMR-0010-000007 | DENIED - NO PURCHASE |
| AMR-0010-000008 | DENIED - NO PURCHASE |
| AMR-0010-000009 | DENIED - NO PURCHASE |
| AMR-0010-000010 | DENIED - NO PURCHASE |
| AMR-0010-000011 | DENIED - NO PURCHASE |
| AMR-0010-000025 | DENIED - NO PURCHASE |
| AMR-0013-000001 | DENIED - NO PURCHASE |
| AMR-0013-000002 | DENIED - NO PURCHASE |
| AMR-0013-000004 | DENIED - NO PURCHASE |
| AMR-0013-000005 | DENIED - NO PURCHASE |
| AMR-0013-000008 | DENIED - NO PURCHASE |
| AMR00140 | DENIED - NO PURCHASE |
| AMR00142 | DENIED - NO PURCHASE |
| AMR00143 | DENIED - NO PURCHASE |
| AMR00144 | DENIED - NO PURCHASE |
| AMR00173 | DENIED - NO PURCHASE |
| AMR-0018-000007 | DENIED - NO PURCHASE |
| AMR-0019-000003 | DENIED - NO PURCHASE |
| AMR-0019-000004 | DENIED - NO PURCHASE |
| AMR-0019-000005 | DENIED - NO PURCHASE |
| AMR-0019-000006 | DENIED - NO PURCHASE |
| AMR-0019-000007 | DENIED - NO PURCHASE |
| AMR-0022-000001 | DENIED - NO PURCHASE |
| AMR-0022-000002 | DENIED - NO PURCHASE |
| AMR-0022-000003 | DENIED - NO PURCHASE |
| AMR-0022-000004 | DENIED - NO PURCHASE |
| AMR-0023-000010 | DENIED - NO PURCHASE |
| AMR-0023-000016 | DENIED - NO PURCHASE |
| AMR-0023-000017 | DENIED - NO PURCHASE |
| AMR-0023-000023 | DENIED - NO PURCHASE |
| AMR-0023-000039 | DENIED - NO PURCHASE |
| AMR-0023-000046 | DENIED - NO PURCHASE |
| AMR-0023-000048 | DENIED - NO PURCHASE |
| AMR-0023-000049 | DENIED - NO PURCHASE |

**Exhibit D – Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0023-000050 | DENIED - NO PURCHASE |
| AMR-0023-000051 | DENIED - NO PURCHASE |
| AMR-0023-000052 | DENIED - NO PURCHASE |
| AMR-0023-000058 | DENIED - NO PURCHASE |
| AMR-0023-000060 | DENIED - NO PURCHASE |
| AMR-0023-000061 | DENIED - NO PURCHASE |
| AMR-0023-000062 | DENIED - NO PURCHASE |
| AMR-0023-000101 | DENIED - NO PURCHASE |
| AMR-0023-000102 | DENIED - NO PURCHASE |
| AMR-0023-000104 | DENIED - NO PURCHASE |
| AMR-0023-000105 | DENIED - NO PURCHASE |
| AMR-0023-000117 | DENIED - NO PURCHASE |
| AMR-0023-000132 | DENIED - NO PURCHASE |
| AMR-0023-000133 | DENIED - NO PURCHASE |
| AMR-0023-000137 | DENIED - NO PURCHASE |
| AMR-0023-000139 | DENIED - NO PURCHASE |
| AMR-0023-000142 | DENIED - NO PURCHASE |
| AMR-0023-000143 | DENIED - NO PURCHASE |
| AMR-0023-000148 | DENIED - NO PURCHASE |
| AMR-0023-000149 | DENIED - NO PURCHASE |
| AMR-0024-000003 | DENIED - NO PURCHASE |
| AMR-0024-000006 | DENIED - NO PURCHASE |
| AMR-0024-000009 | DENIED - NO PURCHASE |
| AMR-0024-000010 | DENIED - NO PURCHASE |
| AMR-0024-000015 | DENIED - NO PURCHASE |
| AMR-0024-000018 | DENIED - NO PURCHASE |
| AMR-0024-000020 | DENIED - NO PURCHASE |
| AMR-0024-000021 | DENIED - NO PURCHASE |
| AMR-0024-000023 | DENIED - NO PURCHASE |
| AMR-0024-000024 | DENIED - NO PURCHASE |
| AMR-0024-000025 | DENIED - NO PURCHASE |
| AMR-0024-000026 | DENIED - NO PURCHASE |
| AMR-0024-000028 | DENIED - NO PURCHASE |
| AMR-0024-000029 | DENIED - NO PURCHASE |
| AMR-0024-000032 | DENIED - NO PURCHASE |
| AMR-0024-000034 | DENIED - NO PURCHASE |
| AMR-0024-000036 | DENIED - NO PURCHASE |
| AMR-0024-000037 | DENIED - NO PURCHASE |
| AMR-0024-000038 | DENIED - NO PURCHASE |
| AMR-0024-000039 | DENIED - NO PURCHASE |
| AMR-0024-000040 | DENIED - NO PURCHASE |
| AMR-0024-000043 | DENIED - NO PURCHASE |
| AMR-0024-000048 | DENIED - NO PURCHASE |
| AMR-0024-000061 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
| --- | --- |
| AMR-0024-000063 | DENIED - NO PURCHASE |
| AMR-0024-000065 | DENIED - NO PURCHASE |
| AMR-0024-000066 | DENIED - NO PURCHASE |
| AMR-0024-000071 | DENIED - NO PURCHASE |
| AMR-0024-000077 | DENIED - NO PURCHASE |
| AMR-0024-000080 | DENIED - NO PURCHASE |
| AMR-0024-000083 | DENIED - NO PURCHASE |
| AMR-0024-000085 | DENIED - NO PURCHASE |
| AMR-0024-000087 | DENIED - NO PURCHASE |
| AMR-0024-000089 | DENIED - NO PURCHASE |
| AMR-0024-000090 | DENIED - NO PURCHASE |
| AMR-0024-000099 | DENIED - NO PURCHASE |
| AMR-0024-000100 | DENIED - NO PURCHASE |
| AMR-0024-000104 | DENIED - NO PURCHASE |
| AMR-0024-000110 | DENIED - NO PURCHASE |
| AMR-0024-000113 | DENIED - NO PURCHASE |
| AMR-0024-000114 | DENIED - NO PURCHASE |
| AMR-0024-000124 | DENIED - NO PURCHASE |
| AMR-0024-000135 | DENIED - NO PURCHASE |
| AMR-0024-000138 | DENIED - NO PURCHASE |
| AMR-0024-000139 | DENIED - NO PURCHASE |
| AMR-0024-000148 | DENIED - NO PURCHASE |
| AMR-0024-000151 | DENIED - NO PURCHASE |
| AMR-0024-000152 | DENIED - NO PURCHASE |
| AMR-0024-000159 | DENIED - NO PURCHASE |
| AMR-0024-000160 | DENIED - NO PURCHASE |
| AMR-0024-000161 | DENIED - NO PURCHASE |
| AMR-0024-000162 | DENIED - NO PURCHASE |
| AMR-0024-000163 | DENIED - NO PURCHASE |
| AMR-0024-000164 | DENIED - NO PURCHASE |
| AMR-0024-000165 | DENIED - NO PURCHASE |
| AMR-0024-000166 | DENIED - NO PURCHASE |
| AMR-0025-000002 | DENIED - NO PURCHASE |
| AMR-0025-000012 | DENIED - NO PURCHASE |
| AMR-0025-000013 | DENIED - NO PURCHASE |
| AMR-0025-000015 | DENIED - NO PURCHASE |
| AMR-0025-000021 | DENIED - NO PURCHASE |
| AMR-0025-000025 | DENIED - NO PURCHASE |
| AMR-0025-000029 | DENIED - NO PURCHASE |
| AMR-0025-000038 | DENIED - NO PURCHASE |
| AMR-0025-000043 | DENIED - NO PURCHASE |
| AMR-0025-000045 | DENIED - NO PURCHASE |
| AMR-0025-000055 | DENIED - NO PURCHASE |
| AMR-0025-000056 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0027-000001 | DENIED - NO PURCHASE |
| AMR-0031-000001 | DENIED - NO PURCHASE |
| AMR-0032-000001 | DENIED - NO PURCHASE |
| AMR-0032-000002 | DENIED - NO PURCHASE |
| AMR-0032-000003 | DENIED - NO PURCHASE |
| AMR-0032-000004 | DENIED - NO PURCHASE |
| AMR-0032-000005 | DENIED - NO PURCHASE |
| AMR-0032-000006 | DENIED - NO PURCHASE |
| AMR-0032-000007 | DENIED - NO PURCHASE |
| AMR-0032-000008 | DENIED - NO PURCHASE |
| AMR-0032-000009 | DENIED - NO PURCHASE |
| AMR-0032-000010 | DENIED - NO PURCHASE |
| AMR-0041-000004 | DENIED - NO PURCHASE |
| AMR-0045-000001 | DENIED - NO PURCHASE |
| AMR-0045-000005 | DENIED - NO PURCHASE |
| AMR-0045-000006 | DENIED - NO PURCHASE |
| AMR-0045-000011 | DENIED - NO PURCHASE |
| AMR-0045-000014 | DENIED - NO PURCHASE |
| AMR-0045-000016 | DENIED - NO PURCHASE |
| AMR-0045-000017 | DENIED - NO PURCHASE |
| AMR-0045-000019 | DENIED - NO PURCHASE |
| AMR-0045-000020 | DENIED - NO PURCHASE |
| AMR-0045-000027 | DENIED - NO PURCHASE |
| AMR-0045-000028 | DENIED - NO PURCHASE |
| AMR-0045-000029 | DENIED - NO PURCHASE |
| AMR-0045-000034 | DENIED - NO PURCHASE |
| AMR-0045-000042 | DENIED - NO PURCHASE |
| AMR-0045-000043 | DENIED - NO PURCHASE |
| AMR-0046-000002 | DENIED - NO PURCHASE |
| AMR-0046-000013 | DENIED - NO PURCHASE |
| AMR-0046-000026 | DENIED - NO PURCHASE |
| AMR-0046-000031 | DENIED - NO PURCHASE |
| AMR-0046-000032 | DENIED - NO PURCHASE |
| AMR-0046-000050 | DENIED - NO PURCHASE |
| AMR-0046-000057 | DENIED - NO PURCHASE |
| AMR-0046-000059 | DENIED - NO PURCHASE |
| AMR-0046-000060 | DENIED - NO PURCHASE |
| AMR-0046-000065 | DENIED - NO PURCHASE |
| AMR-0046-000066 | DENIED - NO PURCHASE |
| AMR-0046-000076 | DENIED - NO PURCHASE |
| AMR-0046-000081 | DENIED - NO PURCHASE |
| AMR-0051-000001 | DENIED - NO PURCHASE |
| AMR-0051-000002 | DENIED - NO PURCHASE |
| AMR-0052-000001 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0056-000001 | DENIED - NO PURCHASE |
| AMR-0056-000002 | DENIED - NO PURCHASE |
| AMR-0056-000003 | DENIED - NO PURCHASE |
| AMR-0056-000004 | DENIED - NO PURCHASE |
| AMR-0056-000005 | DENIED - NO PURCHASE |
| AMR-0058-000010 | DENIED - NO PURCHASE |
| AMR-0064-000018 | DENIED - NO PURCHASE |
| AMR-0064-000019 | DENIED - NO PURCHASE |
| AMR-0064-000021 | DENIED - NO PURCHASE |
| AMR-0064-000022 | DENIED - NO PURCHASE |
| AMR-0064-000023 | DENIED - NO PURCHASE |
| AMR-0064-000024 | DENIED - NO PURCHASE |
| AMR-0064-000025 | DENIED - NO PURCHASE |
| AMR-0064-000026 | DENIED - NO PURCHASE |
| AMR-0064-000029 | DENIED - NO PURCHASE |
| AMR-0064-000030 | DENIED - NO PURCHASE |
| AMR-0064-000031 | DENIED - NO PURCHASE |
| AMR-0064-000032 | DENIED - NO PURCHASE |
| AMR-0066-000002 | DENIED - NO PURCHASE |
| AMR-0066-000003 | DENIED - NO PURCHASE |
| AMR-0066-000004 | DENIED - NO PURCHASE |
| AMR-0069-000003 | DENIED - NO PURCHASE |
| AMR-0070-000002 | DENIED - NO PURCHASE |
| AMR-0071-000002 | DENIED - NO PURCHASE |
| AMR-0072-000002 | DENIED - NO PURCHASE |
| AMR-0072-000004 | DENIED - NO PURCHASE |
| AMR-0072-000005 | DENIED - NO PURCHASE |
| AMR-0073-000011 | DENIED - NO PURCHASE |
| AMR-0073-000015 | DENIED - NO PURCHASE |
| AMR-0073-000016 | DENIED - NO PURCHASE |
| AMR-0073-000017 | DENIED - NO PURCHASE |
| AMR-0073-000018 | DENIED - NO PURCHASE |
| AMR-0073-000019 | DENIED - NO PURCHASE |
| AMR-0073-000043 | DENIED - NO PURCHASE |
| AMR-0073-000049 | DENIED - NO PURCHASE |
| AMR-0073-000050 | DENIED - NO PURCHASE |
| AMR-0073-000054 | DENIED - NO PURCHASE |
| AMR-0073-000065 | DENIED - NO PURCHASE |
| AMR-0073-000066 | DENIED - NO PURCHASE |
| AMR-0073-000068 | DENIED - NO PURCHASE |
| AMR-0073-000069 | DENIED - NO PURCHASE |
| AMR-0073-000071 | DENIED - NO PURCHASE |
| AMR-0073-000073 | DENIED - NO PURCHASE |
| AMR-0073-000074 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0073-000075 | DENIED - NO PURCHASE |
| AMR-0073-000076 | DENIED - NO PURCHASE |
| AMR-0073-000077 | DENIED - NO PURCHASE |
| AMR-0073-000078 | DENIED - NO PURCHASE |
| AMR-0073-000079 | DENIED - NO PURCHASE |
| AMR-0073-000080 | DENIED - NO PURCHASE |
| AMR-0073-000081 | DENIED - NO PURCHASE |
| AMR-0073-000082 | DENIED - NO PURCHASE |
| AMR-0073-000083 | DENIED - NO PURCHASE |
| AMR-0073-000084 | DENIED - NO PURCHASE |
| AMR-0073-000085 | DENIED - NO PURCHASE |
| AMR-0073-000086 | DENIED - NO PURCHASE |
| AMR-0073-000088 | DENIED - NO PURCHASE |
| AMR-0073-000096 | DENIED - NO PURCHASE |
| AMR-0073-000097 | DENIED - NO PURCHASE |
| AMR-0073-000103 | DENIED - NO PURCHASE |
| AMR-0073-000107 | DENIED - NO PURCHASE |
| AMR-0073-000139 | DENIED - NO PURCHASE |
| AMR-0073-000148 | DENIED - NO PURCHASE |
| AMR-0073-000149 | DENIED - NO PURCHASE |
| AMR-0073-000159 | DENIED - NO PURCHASE |
| AMR-0073-000160 | DENIED - NO PURCHASE |
| AMR-0073-000161 | DENIED - NO PURCHASE |
| AMR-0073-000168 | DENIED - NO PURCHASE |
| AMR-0073-000169 | DENIED - NO PURCHASE |
| AMR-0073-000175 | DENIED - NO PURCHASE |
| AMR-0073-000183 | DENIED - NO PURCHASE |
| AMR-0073-000184 | DENIED - NO PURCHASE |
| AMR-0073-000185 | DENIED - NO PURCHASE |
| AMR-0073-000193 | DENIED - NO PURCHASE |
| AMR-0073-000205 | DENIED - NO PURCHASE |
| AMR-0073-000206 | DENIED - NO PURCHASE |
| AMR-0073-000210 | DENIED - NO PURCHASE |
| AMR-0073-000214 | DENIED - NO PURCHASE |
| AMR-0073-000220 | DENIED - NO PURCHASE |
| AMR-0073-000223 | DENIED - NO PURCHASE |
| AMR-0073-000224 | DENIED - NO PURCHASE |
| AMR-0073-000228 | DENIED - NO PURCHASE |
| AMR-0073-000229 | DENIED - NO PURCHASE |
| AMR-0073-000232 | DENIED - NO PURCHASE |
| AMR-0073-000233 | DENIED - NO PURCHASE |
| AMR-0073-000236 | DENIED - NO PURCHASE |
| AMR-0073-000237 | DENIED - NO PURCHASE |
| AMR-0073-000238 | DENIED - NO PURCHASE |

**Exhibit D – Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0073-000239 | DENIED - NO PURCHASE |
| AMR-0073-000240 | DENIED - NO PURCHASE |
| AMR-0073-000242 | DENIED - NO PURCHASE |
| AMR-0073-000244 | DENIED - NO PURCHASE |
| AMR-0073-000245 | DENIED - NO PURCHASE |
| AMR-0073-000248 | DENIED - NO PURCHASE |
| AMR-0073-000250 | DENIED - NO PURCHASE |
| AMR-0073-000262 | DENIED - NO PURCHASE |
| AMR-0073-000264 | DENIED - NO PURCHASE |
| AMR-0073-000266 | DENIED - NO PURCHASE |
| AMR-0073-000268 | DENIED - NO PURCHASE |
| AMR-0073-000270 | DENIED - NO PURCHASE |
| AMR-0073-000280 | DENIED - NO PURCHASE |
| AMR-0073-000281 | DENIED - NO PURCHASE |
| AMR-0073-000282 | DENIED - NO PURCHASE |
| AMR-0073-000283 | DENIED - NO PURCHASE |
| AMR-0073-000284 | DENIED - NO PURCHASE |
| AMR-0073-000307 | DENIED - NO PURCHASE |
| AMR-0073-000310 | DENIED - NO PURCHASE |
| AMR-0073-000311 | DENIED - NO PURCHASE |
| AMR-0073-000312 | DENIED - NO PURCHASE |
| AMR-0073-000313 | DENIED - NO PURCHASE |
| AMR-0073-000314 | DENIED - NO PURCHASE |
| AMR-0073-000321 | DENIED - NO PURCHASE |
| AMR-0074-000003 | DENIED - NO PURCHASE |
| AMR-0074-000022 | DENIED - NO PURCHASE |
| AMR-0074-000023 | DENIED - NO PURCHASE |
| AMR-0074-000024 | DENIED - NO PURCHASE |
| AMR-0074-000025 | DENIED - NO PURCHASE |
| AMR-0074-000040 | DENIED - NO PURCHASE |
| AMR-0074-000313 | DENIED - NO PURCHASE |
| AMR-0074-000316 | DENIED - NO PURCHASE |
| AMR-0074-000354 | DENIED - NO PURCHASE |
| AMR-0074-000357 | DENIED - NO PURCHASE |
| AMR-0075-000001 | DENIED - NO PURCHASE |
| AMR-0075-000003 | DENIED - NO PURCHASE |
| AMR-0075-000004 | DENIED - NO PURCHASE |
| AMR-0075-000006 | DENIED - NO PURCHASE |
| AMR-0075-000007 | DENIED - NO PURCHASE |
| AMR-0075-000008 | DENIED - NO PURCHASE |
| AMR-0075-000011 | DENIED - NO PURCHASE |
| AMR-0075-000018 | DENIED - NO PURCHASE |
| AMR-0075-000028 | DENIED - NO PURCHASE |
| AMR-0075-000030 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0075-000035 | DENIED - NO PURCHASE |
| AMR-0075-000041 | DENIED - NO PURCHASE |
| AMR-0075-000045 | DENIED - NO PURCHASE |
| AMR-0075-000092 | DENIED - NO PURCHASE |
| AMR-0075-000094 | DENIED - NO PURCHASE |
| AMR-0075-000112 | DENIED - NO PURCHASE |
| AMR-0075-000119 | DENIED - NO PURCHASE |
| AMR-0075-000122 | DENIED - NO PURCHASE |
| AMR-0075-000123 | DENIED - NO PURCHASE |
| AMR-0075-000126 | DENIED - NO PURCHASE |
| AMR-0075-000128 | DENIED - NO PURCHASE |
| AMR-0075-000129 | DENIED - NO PURCHASE |
| AMR-0075-000131 | DENIED - NO PURCHASE |
| AMR-0075-000134 | DENIED - NO PURCHASE |
| AMR-0075-000135 | DENIED - NO PURCHASE |
| AMR-0075-000136 | DENIED - NO PURCHASE |
| AMR-0075-000138 | DENIED - NO PURCHASE |
| AMR-0075-000140 | DENIED - NO PURCHASE |
| AMR-0075-000141 | DENIED - NO PURCHASE |
| AMR-0076-000003 | DENIED - NO PURCHASE |
| AMR-0076-000006 | DENIED - NO PURCHASE |
| AMR-0076-000015 | DENIED - NO PURCHASE |
| AMR-0076-000016 | DENIED - NO PURCHASE |
| AMR-0076-000020 | DENIED - NO PURCHASE |
| AMR-0076-000021 | DENIED - NO PURCHASE |
| AMR-0076-000022 | DENIED - NO PURCHASE |
| AMR-0076-000023 | DENIED - NO PURCHASE |
| AMR-0076-000025 | DENIED - NO PURCHASE |
| AMR-0076-000026 | DENIED - NO PURCHASE |
| AMR-0076-000027 | DENIED - NO PURCHASE |
| AMR-0077-000001 | DENIED - NO PURCHASE |
| AMR-0077-000002 | DENIED - NO PURCHASE |
| AMR-0077-000003 | DENIED - NO PURCHASE |
| AMR-0078-000001 | DENIED - NO PURCHASE |
| AMR-0078-000002 | DENIED - NO PURCHASE |
| AMR-0078-000003 | DENIED - NO PURCHASE |
| AMR-0079-000004 | DENIED - NO PURCHASE |
| AMR-0079-000006 | DENIED - NO PURCHASE |
| AMR-0079-000008 | DENIED - NO PURCHASE |
| AMR-0079-000009 | DENIED - NO PURCHASE |
| AMR-0079-000010 | DENIED - NO PURCHASE |
| AMR-0079-000011 | DENIED - NO PURCHASE |
| AMR-0079-000012 | DENIED - NO PURCHASE |
| AMR-0079-000016 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0088-000001 | DENIED - NO PURCHASE |
| AMR-0088-000002 | DENIED - NO PURCHASE |
| AMR-0088-000003 | DENIED - NO PURCHASE |
| AMR-0088-000004 | DENIED - NO PURCHASE |
| AMR-0089-000001 | DENIED - NO PURCHASE |
| AMR-0089-000002 | DENIED - NO PURCHASE |
| AMR-0089-000004 | DENIED - NO PURCHASE |
| AMR-0089-000013 | DENIED - NO PURCHASE |
| AMR-0089-000020 | DENIED - NO PURCHASE |
| AMR-0089-000033 | DENIED - NO PURCHASE |
| AMR-0089-000040 | DENIED - NO PURCHASE |
| AMR-0089-000041 | DENIED - NO PURCHASE |
| AMR-0089-000044 | DENIED - NO PURCHASE |
| AMR-0089-000048 | DENIED - NO PURCHASE |
| AMR-0089-000049 | DENIED - NO PURCHASE |
| AMR-0089-000050 | DENIED - NO PURCHASE |
| AMR-0089-000052 | DENIED - NO PURCHASE |
| AMR-0089-000055 | DENIED - NO PURCHASE |
| AMR-0089-000060 | DENIED - NO PURCHASE |
| AMR-0089-000061 | DENIED - NO PURCHASE |
| AMR-0089-000062 | DENIED - NO PURCHASE |
| AMR-0089-000063 | DENIED - NO PURCHASE |
| AMR-0089-000064 | DENIED - NO PURCHASE |
| AMR-0089-000065 | DENIED - NO PURCHASE |
| AMR-0089-000068 | DENIED - NO PURCHASE |
| AMR-0089-000072 | DENIED - NO PURCHASE |
| AMR-0089-000078 | DENIED - NO PURCHASE |
| AMR-0089-000079 | DENIED - NO PURCHASE |
| AMR-0089-000082 | DENIED - NO PURCHASE |
| AMR-0089-000091 | DENIED - NO PURCHASE |
| AMR-0089-000099 | DENIED - NO PURCHASE |
| AMR-0089-000117 | DENIED - NO PURCHASE |
| AMR-0089-000127 | DENIED - NO PURCHASE |
| AMR-0089-000128 | DENIED - NO PURCHASE |
| AMR-0089-000130 | DENIED - NO PURCHASE |
| AMR-0089-000131 | DENIED - NO PURCHASE |
| AMR-0089-000132 | DENIED - NO PURCHASE |
| AMR-0089-000135 | DENIED - NO PURCHASE |
| AMR-0089-000141 | DENIED - NO PURCHASE |
| AMR-0089-000144 | DENIED - NO PURCHASE |
| AMR-0089-000146 | DENIED - NO PURCHASE |
| AMR-0089-000153 | DENIED - NO PURCHASE |
| AMR-0089-000158 | DENIED - NO PURCHASE |
| AMR-0089-000162 | DENIED - NO PURCHASE |

**Exhibit D, Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000166 | DENIED - NO PURCHASE |
| AMR-0089-000167 | DENIED - NO PURCHASE |
| AMR-0089-000171 | DENIED - NO PURCHASE |
| AMR-0089-000172 | DENIED - NO PURCHASE |
| AMR-0089-000175 | DENIED - NO PURCHASE |
| AMR-0089-000176 | DENIED - NO PURCHASE |
| AMR-0089-000178 | DENIED - NO PURCHASE |
| AMR-0089-000188 | DENIED - NO PURCHASE |
| AMR-0089-000190 | DENIED - NO PURCHASE |
| AMR-0089-000193 | DENIED - NO PURCHASE |
| AMR-0089-000195 | DENIED - NO PURCHASE |
| AMR-0089-000197 | DENIED - NO PURCHASE |
| AMR-0089-000202 | DENIED - NO PURCHASE |
| AMR-0089-000203 | DENIED - NO PURCHASE |
| AMR-0089-000206 | DENIED - NO PURCHASE |
| AMR-0089-000220 | DENIED - NO PURCHASE |
| AMR-0089-000227 | DENIED - NO PURCHASE |
| AMR-0089-000240 | DENIED - NO PURCHASE |
| AMR-0089-000241 | DENIED - NO PURCHASE |
| AMR-0089-000248 | DENIED - NO PURCHASE |
| AMR-0089-000252 | DENIED - NO PURCHASE |
| AMR-0089-000254 | DENIED - NO PURCHASE |
| AMR-0089-000256 | DENIED - NO PURCHASE |
| AMR-0089-000257 | DENIED - NO PURCHASE |
| AMR-0089-000258 | DENIED - NO PURCHASE |
| AMR-0089-000259 | DENIED - NO PURCHASE |
| AMR-0089-000260 | DENIED - NO PURCHASE |
| AMR-0089-000261 | DENIED - NO PURCHASE |
| AMR-0089-000262 | DENIED - NO PURCHASE |
| AMR-0089-000263 | DENIED - NO PURCHASE |
| AMR-0089-000264 | DENIED - NO PURCHASE |
| AMR-0089-000265 | DENIED - NO PURCHASE |
| AMR-0089-000266 | DENIED - NO PURCHASE |
| AMR-0089-000267 | DENIED - NO PURCHASE |
| AMR-0089-000268 | DENIED - NO PURCHASE |
| AMR-0089-000269 | DENIED - NO PURCHASE |
| AMR-0089-000270 | DENIED - NO PURCHASE |
| AMR-0089-000271 | DENIED - NO PURCHASE |
| AMR-0089-000272 | DENIED - NO PURCHASE |
| AMR-0089-000273 | DENIED - NO PURCHASE |
| AMR-0089-000274 | DENIED - NO PURCHASE |
| AMR-0089-000275 | DENIED - NO PURCHASE |
| AMR-0089-000276 | DENIED - NO PURCHASE |
| AMR-0089-000277 | DENIED - NO PURCHASE |

**Exhibit D – Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000278 | DENIED - NO PURCHASE |
| AMR-0089-000279 | DENIED - NO PURCHASE |
| AMR-0089-000280 | DENIED - NO PURCHASE |
| AMR-0089-000281 | DENIED - NO PURCHASE |
| AMR-0089-000282 | DENIED - NO PURCHASE |
| AMR-0089-000284 | DENIED - NO PURCHASE |
| AMR-0089-000285 | DENIED - NO PURCHASE |
| AMR-0089-000286 | DENIED - NO PURCHASE |
| AMR-0089-000287 | DENIED - NO PURCHASE |
| AMR-0089-000288 | DENIED - NO PURCHASE |
| AMR-0089-000290 | DENIED - NO PURCHASE |
| AMR-0089-000291 | DENIED - NO PURCHASE |
| AMR-0089-000292 | DENIED - NO PURCHASE |
| AMR-0089-000293 | DENIED - NO PURCHASE |
| AMR-0089-000294 | DENIED - NO PURCHASE |
| AMR-0089-000295 | DENIED - NO PURCHASE |
| AMR-0089-000296 | DENIED - NO PURCHASE |
| AMR-0089-000297 | DENIED - NO PURCHASE |
| AMR-0089-000298 | DENIED - NO PURCHASE |
| AMR-0089-000299 | DENIED - NO PURCHASE |
| AMR-0089-000300 | DENIED - NO PURCHASE |
| AMR-0089-000301 | DENIED - NO PURCHASE |
| AMR-0089-000302 | DENIED - NO PURCHASE |
| AMR-0089-000303 | DENIED - NO PURCHASE |
| AMR-0089-000304 | DENIED - NO PURCHASE |
| AMR-0089-000305 | DENIED - NO PURCHASE |
| AMR-0089-000306 | DENIED - NO PURCHASE |
| AMR-0089-000307 | DENIED - NO PURCHASE |
| AMR-0089-000308 | DENIED - NO PURCHASE |
| AMR-0089-000309 | DENIED - NO PURCHASE |
| AMR-0089-000310 | DENIED - NO PURCHASE |
| AMR-0089-000311 | DENIED - NO PURCHASE |
| AMR-0089-000312 | DENIED - NO PURCHASE |
| AMR-0089-000313 | DENIED - NO PURCHASE |
| AMR-0089-000314 | DENIED - NO PURCHASE |
| AMR-0089-000315 | DENIED - NO PURCHASE |
| AMR-0089-000316 | DENIED - NO PURCHASE |
| AMR-0089-000317 | DENIED - NO PURCHASE |
| AMR-0089-000318 | DENIED - NO PURCHASE |
| AMR-0089-000319 | DENIED - NO PURCHASE |
| AMR-0089-000320 | DENIED - NO PURCHASE |
| AMR-0089-000321 | DENIED - NO PURCHASE |
| AMR-0089-000322 | DENIED - NO PURCHASE |
| AMR-0089-000323 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000324 | DENIED - NO PURCHASE |
| AMR-0089-000325 | DENIED - NO PURCHASE |
| AMR-0089-000326 | DENIED - NO PURCHASE |
| AMR-0089-000327 | DENIED - NO PURCHASE |
| AMR-0089-000328 | DENIED - NO PURCHASE |
| AMR-0089-000329 | DENIED - NO PURCHASE |
| AMR-0089-000330 | DENIED - NO PURCHASE |
| AMR-0089-000331 | DENIED - NO PURCHASE |
| AMR-0089-000332 | DENIED - NO PURCHASE |
| AMR-0089-000333 | DENIED - NO PURCHASE |
| AMR-0089-000334 | DENIED - NO PURCHASE |
| AMR-0089-000335 | DENIED - NO PURCHASE |
| AMR-0089-000336 | DENIED - NO PURCHASE |
| AMR-0089-000337 | DENIED - NO PURCHASE |
| AMR-0089-000338 | DENIED - NO PURCHASE |
| AMR-0089-000339 | DENIED - NO PURCHASE |
| AMR-0089-000340 | DENIED - NO PURCHASE |
| AMR-0089-000341 | DENIED - NO PURCHASE |
| AMR-0089-000342 | DENIED - NO PURCHASE |
| AMR-0089-000343 | DENIED - NO PURCHASE |
| AMR-0089-000344 | DENIED - NO PURCHASE |
| AMR-0089-000345 | DENIED - NO PURCHASE |
| AMR-0089-000346 | DENIED - NO PURCHASE |
| AMR-0089-000347 | DENIED - NO PURCHASE |
| AMR-0089-000348 | DENIED - NO PURCHASE |
| AMR-0089-000349 | DENIED - NO PURCHASE |
| AMR-0089-000350 | DENIED - NO PURCHASE |
| AMR-0089-000351 | DENIED - NO PURCHASE |
| AMR-0089-000352 | DENIED - NO PURCHASE |
| AMR-0089-000353 | DENIED - NO PURCHASE |
| AMR-0089-000354 | DENIED - NO PURCHASE |
| AMR-0089-000355 | DENIED - NO PURCHASE |
| AMR-0089-000356 | DENIED - NO PURCHASE |
| AMR-0089-000357 | DENIED - NO PURCHASE |
| AMR-0089-000358 | DENIED - NO PURCHASE |
| AMR-0089-000359 | DENIED - NO PURCHASE |
| AMR-0089-000360 | DENIED - NO PURCHASE |
| AMR-0089-000361 | DENIED - NO PURCHASE |
| AMR-0089-000362 | DENIED - NO PURCHASE |
| AMR-0089-000363 | DENIED - NO PURCHASE |
| AMR-0089-000364 | DENIED - NO PURCHASE |
| AMR-0089-000365 | DENIED - NO PURCHASE |
| AMR-0089-000366 | DENIED - NO PURCHASE |
| AMR-0089-000367 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000368 | DENIED - NO PURCHASE |
| AMR-0089-000369 | DENIED - NO PURCHASE |
| AMR-0089-000370 | DENIED - NO PURCHASE |
| AMR-0089-000371 | DENIED - NO PURCHASE |
| AMR-0089-000372 | DENIED - NO PURCHASE |
| AMR-0089-000373 | DENIED - NO PURCHASE |
| AMR-0089-000374 | DENIED - NO PURCHASE |
| AMR-0089-000375 | DENIED - NO PURCHASE |
| AMR-0089-000376 | DENIED - NO PURCHASE |
| AMR-0089-000377 | DENIED - NO PURCHASE |
| AMR-0089-000378 | DENIED - NO PURCHASE |
| AMR-0089-000379 | DENIED - NO PURCHASE |
| AMR-0089-000380 | DENIED - NO PURCHASE |
| AMR-0089-000381 | DENIED - NO PURCHASE |
| AMR-0089-000382 | DENIED - NO PURCHASE |
| AMR-0089-000383 | DENIED - NO PURCHASE |
| AMR-0089-000384 | DENIED - NO PURCHASE |
| AMR-0089-000385 | DENIED - NO PURCHASE |
| AMR-0089-000386 | DENIED - NO PURCHASE |
| AMR-0089-000387 | DENIED - NO PURCHASE |
| AMR-0089-000388 | DENIED - NO PURCHASE |
| AMR-0089-000389 | DENIED - NO PURCHASE |
| AMR-0089-000390 | DENIED - NO PURCHASE |
| AMR-0089-000391 | DENIED - NO PURCHASE |
| AMR-0089-000392 | DENIED - NO PURCHASE |
| AMR-0089-000393 | DENIED - NO PURCHASE |
| AMR-0089-000394 | DENIED - NO PURCHASE |
| AMR-0089-000395 | DENIED - NO PURCHASE |
| AMR-0089-000396 | DENIED - NO PURCHASE |
| AMR-0089-000397 | DENIED - NO PURCHASE |
| AMR-0089-000398 | DENIED - NO PURCHASE |
| AMR-0089-000399 | DENIED - NO PURCHASE |
| AMR-0089-000400 | DENIED - NO PURCHASE |
| AMR-0089-000401 | DENIED - NO PURCHASE |
| AMR-0089-000402 | DENIED - NO PURCHASE |
| AMR-0089-000403 | DENIED - NO PURCHASE |
| AMR-0089-000404 | DENIED - NO PURCHASE |
| AMR-0089-000405 | DENIED - NO PURCHASE |
| AMR-0089-000406 | DENIED - NO PURCHASE |
| AMR-0089-000407 | DENIED - NO PURCHASE |
| AMR-0089-000408 | DENIED - NO PURCHASE |
| AMR-0089-000409 | DENIED - NO PURCHASE |
| AMR-0089-000410 | DENIED - NO PURCHASE |
| AMR-0089-000411 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000412 | DENIED - NO PURCHASE |
| AMR-0089-000413 | DENIED - NO PURCHASE |
| AMR-0089-000414 | DENIED - NO PURCHASE |
| AMR-0089-000415 | DENIED - NO PURCHASE |
| AMR-0089-000416 | DENIED - NO PURCHASE |
| AMR-0089-000417 | DENIED - NO PURCHASE |
| AMR-0089-000418 | DENIED - NO PURCHASE |
| AMR-0089-000419 | DENIED - NO PURCHASE |
| AMR-0089-000420 | DENIED - NO PURCHASE |
| AMR-0089-000421 | DENIED - NO PURCHASE |
| AMR-0089-000422 | DENIED - NO PURCHASE |
| AMR-0089-000423 | DENIED - NO PURCHASE |
| AMR-0089-000424 | DENIED - NO PURCHASE |
| AMR-0089-000425 | DENIED - NO PURCHASE |
| AMR-0089-000426 | DENIED - NO PURCHASE |
| AMR-0089-000427 | DENIED - NO PURCHASE |
| AMR-0089-000428 | DENIED - NO PURCHASE |
| AMR-0089-000429 | DENIED - NO PURCHASE |
| AMR-0089-000430 | DENIED - NO PURCHASE |
| AMR-0089-000431 | DENIED - NO PURCHASE |
| AMR-0089-000432 | DENIED - NO PURCHASE |
| AMR-0089-000433 | DENIED - NO PURCHASE |
| AMR-0089-000434 | DENIED - NO PURCHASE |
| AMR-0089-000435 | DENIED - NO PURCHASE |
| AMR-0089-000436 | DENIED - NO PURCHASE |
| AMR-0089-000437 | DENIED - NO PURCHASE |
| AMR-0089-000438 | DENIED - NO PURCHASE |
| AMR-0089-000439 | DENIED - NO PURCHASE |
| AMR-0089-000440 | DENIED - NO PURCHASE |
| AMR-0089-000441 | DENIED - NO PURCHASE |
| AMR-0089-000442 | DENIED - NO PURCHASE |
| AMR-0089-000443 | DENIED - NO PURCHASE |
| AMR-0089-000444 | DENIED - NO PURCHASE |
| AMR-0089-000445 | DENIED - NO PURCHASE |
| AMR-0089-000446 | DENIED - NO PURCHASE |
| AMR-0089-000447 | DENIED - NO PURCHASE |
| AMR-0089-000448 | DENIED - NO PURCHASE |
| AMR-0089-000449 | DENIED - NO PURCHASE |
| AMR-0089-000450 | DENIED - NO PURCHASE |
| AMR-0089-000451 | DENIED - NO PURCHASE |
| AMR-0089-000452 | DENIED - NO PURCHASE |
| AMR-0089-000453 | DENIED - NO PURCHASE |
| AMR-0089-000454 | DENIED - NO PURCHASE |
| AMR-0089-000455 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0089-000456 | DENIED - NO PURCHASE |
| AMR-0089-000457 | DENIED - NO PURCHASE |
| AMR-0089-000458 | DENIED - NO PURCHASE |
| AMR-0089-000459 | DENIED - NO PURCHASE |
| AMR-0089-000460 | DENIED - NO PURCHASE |
| AMR-0089-000461 | DENIED - NO PURCHASE |
| AMR-0089-000462 | DENIED - NO PURCHASE |
| AMR-0089-000463 | DENIED - NO PURCHASE |
| AMR-0089-000464 | DENIED - NO PURCHASE |
| AMR-0089-000465 | DENIED - NO PURCHASE |
| AMR-0089-000466 | DENIED - NO PURCHASE |
| AMR-0089-000467 | DENIED - NO PURCHASE |
| AMR-0089-000468 | DENIED - NO PURCHASE |
| AMR-0089-000470 | DENIED - NO PURCHASE |
| AMR-0089-000472 | DENIED - NO PURCHASE |
| AMR-0089-000478 | DENIED - NO PURCHASE |
| AMR-0089-000479 | DENIED - NO PURCHASE |
| AMR-0089-000480 | DENIED - NO PURCHASE |
| AMR-0089-000481 | DENIED - NO PURCHASE |
| AMR-0089-000482 | DENIED - NO PURCHASE |
| AMR-0089-000483 | DENIED - NO PURCHASE |
| AMR-0089-000484 | DENIED - NO PURCHASE |
| AMR-0089-000485 | DENIED - NO PURCHASE |
| AMR-0089-000486 | DENIED - NO PURCHASE |
| AMR-0089-000487 | DENIED - NO PURCHASE |
| AMR-0089-000488 | DENIED - NO PURCHASE |
| AMR-0089-000489 | DENIED - NO PURCHASE |
| AMR-0089-000490 | DENIED - NO PURCHASE |
| AMR-0089-000491 | DENIED - NO PURCHASE |
| AMR-0089-000492 | DENIED - NO PURCHASE |
| AMR-0089-000493 | DENIED - NO PURCHASE |
| AMR-0091-000001 | DENIED - NO PURCHASE |
| AMR-0093-000001 | DENIED - NO PURCHASE |
| AMR-0094-000001 | DENIED - NO PURCHASE |
| AMR-0094-000006 | DENIED - NO PURCHASE |
| AMR-0094-000007 | DENIED - NO PURCHASE |
| AMR-0094-000010 | DENIED - NO PURCHASE |
| AMR-0094-000011 | DENIED - NO PURCHASE |
| AMR-0094-000012 | DENIED - NO PURCHASE |
| AMR-0094-000013 | DENIED - NO PURCHASE |
| AMR-0094-000014 | DENIED - NO PURCHASE |
| AMR-0094-000023 | DENIED - NO PURCHASE |
| AMR-0094-000024 | DENIED - NO PURCHASE |
| AMR-0094-000025 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0094-000031 | DENIED - NO PURCHASE |
| AMR-0094-000033 | DENIED - NO PURCHASE |
| AMR-0094-000037 | DENIED - NO PURCHASE |
| AMR-0094-000039 | DENIED - NO PURCHASE |
| AMR-0094-000057 | DENIED - NO PURCHASE |
| AMR-0094-000060 | DENIED - NO PURCHASE |
| AMR-0094-000061 | DENIED - NO PURCHASE |
| AMR-0094-000062 | DENIED - NO PURCHASE |
| AMR-0094-000063 | DENIED - NO PURCHASE |
| AMR-0094-000064 | DENIED - NO PURCHASE |
| AMR-0094-000065 | DENIED - NO PURCHASE |
| AMR-0094-000068 | DENIED - NO PURCHASE |
| AMR-0094-000070 | DENIED - NO PURCHASE |
| AMR-0094-000071 | DENIED - NO PURCHASE |
| AMR-0094-000072 | DENIED - NO PURCHASE |
| AMR-0094-000074 | DENIED - NO PURCHASE |
| AMR-0094-000076 | DENIED - NO PURCHASE |
| AMR-0094-000077 | DENIED - NO PURCHASE |
| AMR-0094-000078 | DENIED - NO PURCHASE |
| AMR-0094-000079 | DENIED - NO PURCHASE |
| AMR-0094-000080 | DENIED - NO PURCHASE |
| AMR-0094-000081 | DENIED - NO PURCHASE |
| AMR-0094-000082 | DENIED - NO PURCHASE |
| AMR-0095-000001 | DENIED - NO PURCHASE |
| AMR-0096-000001 | DENIED - NO PURCHASE |
| AMR-0096-000002 | DENIED - NO PURCHASE |
| AMR-0096-000003 | DENIED - NO PURCHASE |
| AMR-0099-000001 | DENIED - NO PURCHASE |
| AMR-0099-000002 | DENIED - NO PURCHASE |
| AMR-0105-000001 | DENIED - NO PURCHASE |
| AMR-0106-000001 | DENIED - NO PURCHASE |
| AMR-0113-000001 | DENIED - NO PURCHASE |
| AMR-0120-000001 | DENIED - NO PURCHASE |
| AMR-0123-000001 | DENIED - NO PURCHASE |
| AMR-0129-000001 | DENIED - NO PURCHASE |
| AMR-0129-000006 | DENIED - NO PURCHASE |
| AMR-0129-000008 | DENIED - NO PURCHASE |
| AMR-0129-000014 | DENIED - NO PURCHASE |
| AMR-0129-000049 | DENIED - NO PURCHASE |
| AMR-0129-000050 | DENIED - NO PURCHASE |
| AMR-0129-000056 | DENIED - NO PURCHASE |
| AMR-0129-000070 | DENIED - NO PURCHASE |
| AMR-0129-000071 | DENIED - NO PURCHASE |
| AMR-0129-000072 | DENIED - NO PURCHASE |

**Exhibit D - Part Three**
**Rejected Proofs of Claim**
**Total Number of Claims: 832**

| Claim Number | Claim Status |
|---|---|
| AMR-0129-000134 | DENIED - NO PURCHASE |
| AMR-0129-000135 | DENIED - NO PURCHASE |
| AMR-0129-000136 | DENIED - NO PURCHASE |
| AMR-0129-000137 | DENIED - NO PURCHASE |
| AMR-0129-000138 | DENIED - NO PURCHASE |
| AMR-0129-000139 | DENIED - NO PURCHASE |
| AMR-0129-000140 | DENIED - NO PURCHASE |
| AMR-0129-000141 | DENIED - NO PURCHASE |
| AMR-0129-000142 | DENIED - NO PURCHASE |
| AMR-0129-000143 | DENIED - NO PURCHASE |
| AMR-0129-000144 | DENIED - NO PURCHASE |
| AMR-0129-000145 | DENIED - NO PURCHASE |
| AMR-0129-000146 | DENIED - NO PURCHASE |
| AMR-0129-000147 | DENIED - NO PURCHASE |
| AMR-0129-000148 | DENIED - NO PURCHASE |
| AMR-0131-000001 | DENIED - NO PURCHASE |
| AMR-0136-000008 | DENIED - NO PURCHASE |
| AMR-0137-000003 | DENIED - NO PURCHASE |
| AMR-0140-000001 | DENIED - NO PURCHASE |
| AMR-0141-000001 | DENIED - NO PURCHASE |
| AMR-0141-000002 | DENIED - NO PURCHASE |
| AMR-0141-000003 | DENIED - NO PURCHASE |
| AMR-0141-000004 | DENIED - NO PURCHASE |
| AMR-0143-000001 | DENIED - NO PURCHASE |
| AMR-0010-000016 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0013-000003 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0013-000006 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000022 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000136 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000137 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000149 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000150 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000153 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000155 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0024-000158 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0073-000091 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0073-000140 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0073-000319 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0118-000001 | DENIED - WITHDRAWN BY CLAIMANT |
| AMR-0118-000004 | DENIED - WITHDRAWN BY CLAIMANT |

# Exhibit D
# Part Four

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0001-000001 | NO LOSS |
| AMR00018 | NO LOSS |
| AMR00023 | NO LOSS |
| AMR00026 | NO LOSS |
| AMR-0003-000001 | NO LOSS |
| AMR-0003-000002 | NO LOSS |
| AMR-0003-000003 | NO LOSS |
| AMR-0004-000004 | NO LOSS |
| AMR-0004-000005 | NO LOSS |
| AMR-0004-000007 | NO LOSS |
| AMR-0004-000013 | NO LOSS |
| AMR-0004-000021 | NO LOSS |
| AMR00042 | NO LOSS |
| AMR00048 | NO LOSS |
| AMR00050 | NO LOSS |
| AMR00051 | NO LOSS |
| AMR00057 | NO LOSS |
| AMR00059 | NO LOSS |
| AMR00060 | NO LOSS |
| AMR-0006-000004 | NO LOSS |
| AMR-0006-000005 | NO LOSS |
| AMR-0006-000006 | NO LOSS |
| AMR-0006-000007 | NO LOSS |
| AMR-0006-000008 | NO LOSS |
| AMR-0006-000014 | NO LOSS |
| AMR-0006-000017 | NO LOSS |
| AMR-0006-000019 | NO LOSS |
| AMR-0006-000020 | NO LOSS |
| AMR-0006-000021 | NO LOSS |
| AMR-0006-000023 | NO LOSS |
| AMR-0006-000024 | NO LOSS |
| AMR-0006-000025 | NO LOSS |
| AMR-0006-000027 | NO LOSS |
| AMR-0006-000028 | NO LOSS |
| AMR-0006-000030 | NO LOSS |
| AMR-0006-000031 | NO LOSS |
| AMR-0006-000032 | NO LOSS |
| AMR-0006-000033 | NO LOSS |
| AMR-0006-000035 | NO LOSS |
| AMR-0006-000036 | NO LOSS |
| AMR-0006-000039 | NO LOSS |
| AMR-0006-000040 | NO LOSS |
| AMR00061 | NO LOSS |
| AMR00067 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR00070 | NO LOSS |
| AMR-0007-000002 | NO LOSS |
| AMR-0007-000003 | NO LOSS |
| AMR00074 | NO LOSS |
| AMR00075 | NO LOSS |
| AMR00076 | NO LOSS |
| AMR00077 | NO LOSS |
| AMR-0008-000002 | NO LOSS |
| AMR00087 | NO LOSS |
| AMR00088 | NO LOSS |
| AMR00089 | NO LOSS |
| AMR00099 | NO LOSS |
| AMR-0010-000001 | NO LOSS |
| AMR-0010-000002 | NO LOSS |
| AMR-0010-000003 | NO LOSS |
| AMR-0010-000004 | NO LOSS |
| AMR-0010-000005 | NO LOSS |
| AMR-0010-000012 | NO LOSS |
| AMR-0010-000017 | NO LOSS |
| AMR-0010-000018 | NO LOSS |
| AMR-0010-000019 | NO LOSS |
| AMR-0010-000021 | NO LOSS |
| AMR-0010-000022 | NO LOSS |
| AMR-0010-000023 | NO LOSS |
| AMR-0010-000024 | NO LOSS |
| AMR00104 | NO LOSS |
| AMR00108 | NO LOSS |
| AMR-0011-000001 | NO LOSS |
| AMR-0011-000002 | NO LOSS |
| AMR00111 | NO LOSS |
| AMR00113 | NO LOSS |
| AMR00114 | NO LOSS |
| AMR-0012-000001 | NO LOSS |
| AMR00125 | NO LOSS |
| AMR-0013-000007 | NO LOSS |
| AMR-0013-000009 | NO LOSS |
| AMR00133 | NO LOSS |
| AMR00136 | NO LOSS |
| AMR00137 | NO LOSS |
| AMR00138 | NO LOSS |
| AMR00139 | NO LOSS |
| AMR-0015-000001 | NO LOSS |
| AMR00152 | NO LOSS |
| AMR00153 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR00156 | NO LOSS |
| AMR00157 | NO LOSS |
| AMR00158 | NO LOSS |
| AMR00160 | NO LOSS |
| AMR00161 | NO LOSS |
| AMR00164 | NO LOSS |
| AMR00165 | NO LOSS |
| AMR00170 | NO LOSS |
| AMR-0017-000001 | NO LOSS |
| AMR00171 | NO LOSS |
| AMR-0018-000003 | NO LOSS |
| AMR-0018-000004 | NO LOSS |
| AMR-0018-000006 | NO LOSS |
| AMR-0019-000001 | NO LOSS |
| AMR-0020-000001 | NO LOSS |
| AMR-0020-000002 | NO LOSS |
| AMR-0020-000003 | NO LOSS |
| AMR-0020-000004 | NO LOSS |
| AMR-0020-000005 | NO LOSS |
| AMR-0021-000005 | NO LOSS |
| AMR-0023-000004 | NO LOSS |
| AMR-0023-000005 | NO LOSS |
| AMR-0023-000006 | NO LOSS |
| AMR-0023-000007 | NO LOSS |
| AMR-0023-000008 | NO LOSS |
| AMR-0023-000009 | NO LOSS |
| AMR-0023-000013 | NO LOSS |
| AMR-0023-000015 | NO LOSS |
| AMR-0023-000018 | NO LOSS |
| AMR-0023-000019 | NO LOSS |
| AMR-0023-000022 | NO LOSS |
| AMR-0023-000025 | NO LOSS |
| AMR-0023-000026 | NO LOSS |
| AMR-0023-000027 | NO LOSS |
| AMR-0023-000028 | NO LOSS |
| AMR-0023-000029 | NO LOSS |
| AMR-0023-000030 | NO LOSS |
| AMR-0023-000031 | NO LOSS |
| AMR-0023-000032 | NO LOSS |
| AMR-0023-000033 | NO LOSS |
| AMR-0023-000038 | NO LOSS |
| AMR-0023-000054 | NO LOSS |
| AMR-0023-000056 | NO LOSS |
| AMR-0023-000067 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0023-000068 | NO LOSS |
| AMR-0023-000069 | NO LOSS |
| AMR-0023-000070 | NO LOSS |
| AMR-0023-000071 | NO LOSS |
| AMR-0023-000072 | NO LOSS |
| AMR-0023-000073 | NO LOSS |
| AMR-0023-000089 | NO LOSS |
| AMR-0023-000091 | NO LOSS |
| AMR-0023-000094 | NO LOSS |
| AMR-0023-000098 | NO LOSS |
| AMR-0023-000100 | NO LOSS |
| AMR-0023-000107 | NO LOSS |
| AMR-0023-000110 | NO LOSS |
| AMR-0023-000114 | NO LOSS |
| AMR-0023-000115 | NO LOSS |
| AMR-0023-000119 | NO LOSS |
| AMR-0023-000122 | NO LOSS |
| AMR-0023-000123 | NO LOSS |
| AMR-0023-000127 | NO LOSS |
| AMR-0023-000130 | NO LOSS |
| AMR-0023-000134 | NO LOSS |
| AMR-0023-000135 | NO LOSS |
| AMR-0023-000145 | NO LOSS |
| AMR-0024-000001 | NO LOSS |
| AMR-0024-000008 | NO LOSS |
| AMR-0024-000011 | NO LOSS |
| AMR-0024-000016 | NO LOSS |
| AMR-0024-000030 | NO LOSS |
| AMR-0024-000035 | NO LOSS |
| AMR-0024-000041 | NO LOSS |
| AMR-0024-000054 | NO LOSS |
| AMR-0024-000059 | NO LOSS |
| AMR-0024-000060 | NO LOSS |
| AMR-0024-000062 | NO LOSS |
| AMR-0024-000072 | NO LOSS |
| AMR-0024-000074 | NO LOSS |
| AMR-0024-000078 | NO LOSS |
| AMR-0024-000079 | NO LOSS |
| AMR-0024-000081 | NO LOSS |
| AMR-0024-000084 | NO LOSS |
| AMR-0024-000096 | NO LOSS |
| AMR-0024-000097 | NO LOSS |
| AMR-0024-000098 | NO LOSS |
| AMR-0024-000102 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0024-000112 | NO LOSS |
| AMR-0024-000140 | NO LOSS |
| AMR-0024-000141 | NO LOSS |
| AMR-0024-000142 | NO LOSS |
| AMR-0024-000146 | NO LOSS |
| AMR-0025-000001 | NO LOSS |
| AMR-0025-000004 | NO LOSS |
| AMR-0025-000005 | NO LOSS |
| AMR-0025-000006 | NO LOSS |
| AMR-0025-000008 | NO LOSS |
| AMR-0025-000009 | NO LOSS |
| AMR-0025-000010 | NO LOSS |
| AMR-0025-000014 | NO LOSS |
| AMR-0025-000018 | NO LOSS |
| AMR-0025-000019 | NO LOSS |
| AMR-0025-000020 | NO LOSS |
| AMR-0025-000022 | NO LOSS |
| AMR-0025-000023 | NO LOSS |
| AMR-0025-000024 | NO LOSS |
| AMR-0025-000026 | NO LOSS |
| AMR-0025-000028 | NO LOSS |
| AMR-0025-000030 | NO LOSS |
| AMR-0025-000039 | NO LOSS |
| AMR-0025-000040 | NO LOSS |
| AMR-0025-000044 | NO LOSS |
| AMR-0025-000050 | NO LOSS |
| AMR-0025-000053 | NO LOSS |
| AMR-0025-000054 | NO LOSS |
| AMR-0025-000060 | NO LOSS |
| AMR-0025-000061 | NO LOSS |
| AMR-0028-000001 | NO LOSS |
| AMR-0029-000006 | NO LOSS |
| AMR-0029-000007 | NO LOSS |
| AMR-0030-000001 | NO LOSS |
| AMR-0033-000001 | NO LOSS |
| AMR-0033-000002 | NO LOSS |
| AMR-0033-000003 | NO LOSS |
| AMR-0033-000004 | NO LOSS |
| AMR-0036-000001 | NO LOSS |
| AMR-0038-000001 | NO LOSS |
| AMR-0039-000001 | NO LOSS |
| AMR-0040-000001 | NO LOSS |
| AMR-0040-000006 | NO LOSS |
| AMR-0041-000005 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0041-000006 | NO LOSS |
| AMR-0041-000008 | NO LOSS |
| AMR-0041-000009 | NO LOSS |
| AMR-0043-000001 | NO LOSS |
| AMR-0043-000002 | NO LOSS |
| AMR-0043-000003 | NO LOSS |
| AMR-0044-000001 | NO LOSS |
| AMR-0044-000002 | NO LOSS |
| AMR-0044-000003 | NO LOSS |
| AMR-0044-000004 | NO LOSS |
| AMR-0044-000005 | NO LOSS |
| AMR-0044-000006 | NO LOSS |
| AMR-0044-000007 | NO LOSS |
| AMR-0044-000008 | NO LOSS |
| AMR-0044-000009 | NO LOSS |
| AMR-0044-000010 | NO LOSS |
| AMR-0044-000011 | NO LOSS |
| AMR-0044-000013 | NO LOSS |
| AMR-0044-000014 | NO LOSS |
| AMR-0044-000015 | NO LOSS |
| AMR-0044-000016 | NO LOSS |
| AMR-0044-000017 | NO LOSS |
| AMR-0044-000018 | NO LOSS |
| AMR-0044-000019 | NO LOSS |
| AMR-0044-000020 | NO LOSS |
| AMR-0044-000021 | NO LOSS |
| AMR-0044-000022 | NO LOSS |
| AMR-0044-000023 | NO LOSS |
| AMR-0044-000025 | NO LOSS |
| AMR-0044-000026 | NO LOSS |
| AMR-0044-000027 | NO LOSS |
| AMR-0044-000028 | NO LOSS |
| AMR-0044-000029 | NO LOSS |
| AMR-0044-000031 | NO LOSS |
| AMR-0044-000032 | NO LOSS |
| AMR-0044-000033 | NO LOSS |
| AMR-0044-000034 | NO LOSS |
| AMR-0044-000035 | NO LOSS |
| AMR-0044-000036 | NO LOSS |
| AMR-0044-000037 | NO LOSS |
| AMR-0044-000038 | NO LOSS |
| AMR-0044-000039 | NO LOSS |
| AMR-0044-000040 | NO LOSS |
| AMR-0044-000041 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0044-000042 | NO LOSS |
| AMR-0044-000043 | NO LOSS |
| AMR-0044-000044 | NO LOSS |
| AMR-0044-000045 | NO LOSS |
| AMR-0044-000046 | NO LOSS |
| AMR-0044-000047 | NO LOSS |
| AMR-0044-000048 | NO LOSS |
| AMR-0044-000049 | NO LOSS |
| AMR-0044-000051 | NO LOSS |
| AMR-0044-000052 | NO LOSS |
| AMR-0044-000053 | NO LOSS |
| AMR-0044-000054 | NO LOSS |
| AMR-0044-000056 | NO LOSS |
| AMR-0044-000057 | NO LOSS |
| AMR-0044-000058 | NO LOSS |
| AMR-0044-000061 | NO LOSS |
| AMR-0044-000063 | NO LOSS |
| AMR-0044-000064 | NO LOSS |
| AMR-0044-000065 | NO LOSS |
| AMR-0044-000068 | NO LOSS |
| AMR-0044-000069 | NO LOSS |
| AMR-0044-000070 | NO LOSS |
| AMR-0044-000071 | NO LOSS |
| AMR-0044-000072 | NO LOSS |
| AMR-0044-000073 | NO LOSS |
| AMR-0044-000074 | NO LOSS |
| AMR-0044-000075 | NO LOSS |
| AMR-0044-000077 | NO LOSS |
| AMR-0044-000078 | NO LOSS |
| AMR-0045-000008 | NO LOSS |
| AMR-0045-000009 | NO LOSS |
| AMR-0045-000010 | NO LOSS |
| AMR-0045-000015 | NO LOSS |
| AMR-0045-000026 | NO LOSS |
| AMR-0045-000036 | NO LOSS |
| AMR-0046-000012 | NO LOSS |
| AMR-0046-000072 | NO LOSS |
| AMR-0046-000078 | NO LOSS |
| AMR-0046-000079 | NO LOSS |
| AMR-0046-000080 | NO LOSS |
| AMR-0049-000001 | NO LOSS |
| AMR-0050-000001 | NO LOSS |
| AMR-0050-000002 | NO LOSS |
| AMR-0050-000003 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0051-000003 | NO LOSS |
| AMR-0051-000004 | NO LOSS |
| AMR-0051-000005 | NO LOSS |
| AMR-0051-000006 | NO LOSS |
| AMR-0053-000002 | NO LOSS |
| AMR-0057-000001 | NO LOSS |
| AMR-0058-000001 | NO LOSS |
| AMR-0058-000006 | NO LOSS |
| AMR-0058-000007 | NO LOSS |
| AMR-0058-000008 | NO LOSS |
| AMR-0058-000009 | NO LOSS |
| AMR-0061-000001 | NO LOSS |
| AMR-0061-000002 | NO LOSS |
| AMR-0062-000001 | NO LOSS |
| AMR-0063-000001 | NO LOSS |
| AMR-0064-000002 | NO LOSS |
| AMR-0064-000010 | NO LOSS |
| AMR-0068-000001 | NO LOSS |
| AMR-0071-000001 | NO LOSS |
| AMR-0073-000002 | NO LOSS |
| AMR-0073-000006 | NO LOSS |
| AMR-0073-000007 | NO LOSS |
| AMR-0073-000008 | NO LOSS |
| AMR-0073-000009 | NO LOSS |
| AMR-0073-000010 | NO LOSS |
| AMR-0073-000012 | NO LOSS |
| AMR-0073-000014 | NO LOSS |
| AMR-0073-000022 | NO LOSS |
| AMR-0073-000023 | NO LOSS |
| AMR-0073-000024 | NO LOSS |
| AMR-0073-000042 | NO LOSS |
| AMR-0073-000044 | NO LOSS |
| AMR-0073-000045 | NO LOSS |
| AMR-0073-000046 | NO LOSS |
| AMR-0073-000051 | NO LOSS |
| AMR-0073-000053 | NO LOSS |
| AMR-0073-000056 | NO LOSS |
| AMR-0073-000057 | NO LOSS |
| AMR-0073-000058 | NO LOSS |
| AMR-0073-000059 | NO LOSS |
| AMR-0073-000060 | NO LOSS |
| AMR-0073-000061 | NO LOSS |
| AMR-0073-000062 | NO LOSS |
| AMR-0073-000063 | NO LOSS |

Exhibit D-18 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0073-000064 | NO LOSS |
| AMR-0073-000092 | NO LOSS |
| AMR-0073-000093 | NO LOSS |
| AMR-0073-000094 | NO LOSS |
| AMR-0073-000095 | NO LOSS |
| AMR-0073-000105 | NO LOSS |
| AMR-0073-000130 | NO LOSS |
| AMR-0073-000132 | NO LOSS |
| AMR-0073-000134 | NO LOSS |
| AMR-0073-000136 | NO LOSS |
| AMR-0073-000138 | NO LOSS |
| AMR-0073-000145 | NO LOSS |
| AMR-0073-000146 | NO LOSS |
| AMR-0073-000147 | NO LOSS |
| AMR-0073-000150 | NO LOSS |
| AMR-0073-000151 | NO LOSS |
| AMR-0073-000152 | NO LOSS |
| AMR-0073-000153 | NO LOSS |
| AMR-0073-000154 | NO LOSS |
| AMR-0073-000155 | NO LOSS |
| AMR-0073-000156 | NO LOSS |
| AMR-0073-000157 | NO LOSS |
| AMR-0073-000158 | NO LOSS |
| AMR-0073-000162 | NO LOSS |
| AMR-0073-000163 | NO LOSS |
| AMR-0073-000164 | NO LOSS |
| AMR-0073-000165 | NO LOSS |
| AMR-0073-000166 | NO LOSS |
| AMR-0073-000167 | NO LOSS |
| AMR-0073-000170 | NO LOSS |
| AMR-0073-000171 | NO LOSS |
| AMR-0073-000172 | NO LOSS |
| AMR-0073-000173 | NO LOSS |
| AMR-0073-000174 | NO LOSS |
| AMR-0073-000176 | NO LOSS |
| AMR-0073-000177 | NO LOSS |
| AMR-0073-000178 | NO LOSS |
| AMR-0073-000179 | NO LOSS |
| AMR-0073-000180 | NO LOSS |
| AMR-0073-000181 | NO LOSS |
| AMR-0073-000182 | NO LOSS |
| AMR-0073-000186 | NO LOSS |
| AMR-0073-000187 | NO LOSS |
| AMR-0073-000188 | NO LOSS |

Exhibit D-1 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0073-000189 | NO LOSS |
| AMR-0073-000190 | NO LOSS |
| AMR-0073-000191 | NO LOSS |
| AMR-0073-000192 | NO LOSS |
| AMR-0073-000194 | NO LOSS |
| AMR-0073-000195 | NO LOSS |
| AMR-0073-000196 | NO LOSS |
| AMR-0073-000197 | NO LOSS |
| AMR-0073-000198 | NO LOSS |
| AMR-0073-000199 | NO LOSS |
| AMR-0073-000200 | NO LOSS |
| AMR-0073-000201 | NO LOSS |
| AMR-0073-000202 | NO LOSS |
| AMR-0073-000203 | NO LOSS |
| AMR-0073-000204 | NO LOSS |
| AMR-0073-000207 | NO LOSS |
| AMR-0073-000208 | NO LOSS |
| AMR-0073-000209 | NO LOSS |
| AMR-0073-000211 | NO LOSS |
| AMR-0073-000212 | NO LOSS |
| AMR-0073-000215 | NO LOSS |
| AMR-0073-000216 | NO LOSS |
| AMR-0073-000217 | NO LOSS |
| AMR-0073-000218 | NO LOSS |
| AMR-0073-000219 | NO LOSS |
| AMR-0073-000221 | NO LOSS |
| AMR-0073-000222 | NO LOSS |
| AMR-0073-000225 | NO LOSS |
| AMR-0073-000226 | NO LOSS |
| AMR-0073-000227 | NO LOSS |
| AMR-0073-000230 | NO LOSS |
| AMR-0073-000231 | NO LOSS |
| AMR-0073-000234 | NO LOSS |
| AMR-0073-000235 | NO LOSS |
| AMR-0073-000241 | NO LOSS |
| AMR-0073-000243 | NO LOSS |
| AMR-0073-000246 | NO LOSS |
| AMR-0073-000247 | NO LOSS |
| AMR-0073-000251 | NO LOSS |
| AMR-0073-000252 | NO LOSS |
| AMR-0073-000253 | NO LOSS |
| AMR-0073-000254 | NO LOSS |
| AMR-0073-000258 | NO LOSS |
| AMR-0073-000259 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0073-000260 | NO LOSS |
| AMR-0073-000261 | NO LOSS |
| AMR-0073-000263 | NO LOSS |
| AMR-0073-000265 | NO LOSS |
| AMR-0073-000267 | NO LOSS |
| AMR-0073-000271 | NO LOSS |
| AMR-0073-000272 | NO LOSS |
| AMR-0073-000274 | NO LOSS |
| AMR-0073-000275 | NO LOSS |
| AMR-0073-000276 | NO LOSS |
| AMR-0073-000277 | NO LOSS |
| AMR-0073-000278 | NO LOSS |
| AMR-0073-000279 | NO LOSS |
| AMR-0073-000286 | NO LOSS |
| AMR-0073-000287 | NO LOSS |
| AMR-0073-000289 | NO LOSS |
| AMR-0073-000290 | NO LOSS |
| AMR-0073-000291 | NO LOSS |
| AMR-0073-000292 | NO LOSS |
| AMR-0073-000293 | NO LOSS |
| AMR-0073-000294 | NO LOSS |
| AMR-0073-000300 | NO LOSS |
| AMR-0073-000301 | NO LOSS |
| AMR-0073-000302 | NO LOSS |
| AMR-0073-000305 | NO LOSS |
| AMR-0073-000306 | NO LOSS |
| AMR-0073-000309 | NO LOSS |
| AMR-0073-000317 | NO LOSS |
| AMR-0073-000320 | NO LOSS |
| AMR-0073-000324 | NO LOSS |
| AMR-0074-000002 | NO LOSS |
| AMR-0074-000010 | NO LOSS |
| AMR-0074-000013 | NO LOSS |
| AMR-0074-000014 | NO LOSS |
| AMR-0074-000015 | NO LOSS |
| AMR-0074-000016 | NO LOSS |
| AMR-0074-000017 | NO LOSS |
| AMR-0074-000018 | NO LOSS |
| AMR-0074-000026 | NO LOSS |
| AMR-0074-000027 | NO LOSS |
| AMR-0074-000028 | NO LOSS |
| AMR-0074-000029 | NO LOSS |
| AMR-0074-000030 | NO LOSS |
| AMR-0074-000033 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0074-000034 | NO LOSS |
| AMR-0074-000035 | NO LOSS |
| AMR-0074-000036 | NO LOSS |
| AMR-0074-000038 | NO LOSS |
| AMR-0074-000039 | NO LOSS |
| AMR-0074-000041 | NO LOSS |
| AMR-0074-000042 | NO LOSS |
| AMR-0074-000043 | NO LOSS |
| AMR-0074-000044 | NO LOSS |
| AMR-0074-000045 | NO LOSS |
| AMR-0074-000046 | NO LOSS |
| AMR-0074-000047 | NO LOSS |
| AMR-0074-000048 | NO LOSS |
| AMR-0074-000049 | NO LOSS |
| AMR-0074-000050 | NO LOSS |
| AMR-0074-000051 | NO LOSS |
| AMR-0074-000052 | NO LOSS |
| AMR-0074-000053 | NO LOSS |
| AMR-0074-000054 | NO LOSS |
| AMR-0074-000055 | NO LOSS |
| AMR-0074-000056 | NO LOSS |
| AMR-0074-000057 | NO LOSS |
| AMR-0074-000058 | NO LOSS |
| AMR-0074-000059 | NO LOSS |
| AMR-0074-000060 | NO LOSS |
| AMR-0074-000061 | NO LOSS |
| AMR-0074-000062 | NO LOSS |
| AMR-0074-000063 | NO LOSS |
| AMR-0074-000064 | NO LOSS |
| AMR-0074-000065 | NO LOSS |
| AMR-0074-000066 | NO LOSS |
| AMR-0074-000067 | NO LOSS |
| AMR-0074-000068 | NO LOSS |
| AMR-0074-000069 | NO LOSS |
| AMR-0074-000070 | NO LOSS |
| AMR-0074-000071 | NO LOSS |
| AMR-0074-000072 | NO LOSS |
| AMR-0074-000073 | NO LOSS |
| AMR-0074-000074 | NO LOSS |
| AMR-0074-000075 | NO LOSS |
| AMR-0074-000076 | NO LOSS |
| AMR-0074-000077 | NO LOSS |
| AMR-0074-000078 | NO LOSS |
| AMR-0074-000079 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0074-000080 | NO LOSS |
| AMR-0074-000081 | NO LOSS |
| AMR-0074-000082 | NO LOSS |
| AMR-0074-000083 | NO LOSS |
| AMR-0074-000084 | NO LOSS |
| AMR-0074-000085 | NO LOSS |
| AMR-0074-000086 | NO LOSS |
| AMR-0074-000087 | NO LOSS |
| AMR-0074-000088 | NO LOSS |
| AMR-0074-000089 | NO LOSS |
| AMR-0074-000090 | NO LOSS |
| AMR-0074-000091 | NO LOSS |
| AMR-0074-000092 | NO LOSS |
| AMR-0074-000093 | NO LOSS |
| AMR-0074-000094 | NO LOSS |
| AMR-0074-000095 | NO LOSS |
| AMR-0074-000096 | NO LOSS |
| AMR-0074-000097 | NO LOSS |
| AMR-0074-000098 | NO LOSS |
| AMR-0074-000099 | NO LOSS |
| AMR-0074-000100 | NO LOSS |
| AMR-0074-000101 | NO LOSS |
| AMR-0074-000102 | NO LOSS |
| AMR-0074-000103 | NO LOSS |
| AMR-0074-000104 | NO LOSS |
| AMR-0074-000105 | NO LOSS |
| AMR-0074-000106 | NO LOSS |
| AMR-0074-000107 | NO LOSS |
| AMR-0074-000108 | NO LOSS |
| AMR-0074-000109 | NO LOSS |
| AMR-0074-000110 | NO LOSS |
| AMR-0074-000111 | NO LOSS |
| AMR-0074-000112 | NO LOSS |
| AMR-0074-000113 | NO LOSS |
| AMR-0074-000114 | NO LOSS |
| AMR-0074-000115 | NO LOSS |
| AMR-0074-000116 | NO LOSS |
| AMR-0074-000117 | NO LOSS |
| AMR-0074-000118 | NO LOSS |
| AMR-0074-000119 | NO LOSS |
| AMR-0074-000120 | NO LOSS |
| AMR-0074-000121 | NO LOSS |
| AMR-0074-000122 | NO LOSS |
| AMR-0074-000123 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0074-000124 | NO LOSS |
| AMR-0074-000125 | NO LOSS |
| AMR-0074-000126 | NO LOSS |
| AMR-0074-000127 | NO LOSS |
| AMR-0074-000128 | NO LOSS |
| AMR-0074-000129 | NO LOSS |
| AMR-0074-000130 | NO LOSS |
| AMR-0074-000131 | NO LOSS |
| AMR-0074-000132 | NO LOSS |
| AMR-0074-000133 | NO LOSS |
| AMR-0074-000134 | NO LOSS |
| AMR-0074-000135 | NO LOSS |
| AMR-0074-000136 | NO LOSS |
| AMR-0074-000137 | NO LOSS |
| AMR-0074-000138 | NO LOSS |
| AMR-0074-000139 | NO LOSS |
| AMR-0074-000140 | NO LOSS |
| AMR-0074-000141 | NO LOSS |
| AMR-0074-000142 | NO LOSS |
| AMR-0074-000143 | NO LOSS |
| AMR-0074-000144 | NO LOSS |
| AMR-0074-000145 | NO LOSS |
| AMR-0074-000146 | NO LOSS |
| AMR-0074-000147 | NO LOSS |
| AMR-0074-000148 | NO LOSS |
| AMR-0074-000149 | NO LOSS |
| AMR-0074-000150 | NO LOSS |
| AMR-0074-000151 | NO LOSS |
| AMR-0074-000152 | NO LOSS |
| AMR-0074-000153 | NO LOSS |
| AMR-0074-000154 | NO LOSS |
| AMR-0074-000155 | NO LOSS |
| AMR-0074-000156 | NO LOSS |
| AMR-0074-000157 | NO LOSS |
| AMR-0074-000158 | NO LOSS |
| AMR-0074-000159 | NO LOSS |
| AMR-0074-000160 | NO LOSS |
| AMR-0074-000161 | NO LOSS |
| AMR-0074-000162 | NO LOSS |
| AMR-0074-000163 | NO LOSS |
| AMR-0074-000164 | NO LOSS |
| AMR-0074-000165 | NO LOSS |
| AMR-0074-000166 | NO LOSS |
| AMR-0074-000167 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0074-000168 | NO LOSS |
| AMR-0074-000169 | NO LOSS |
| AMR-0074-000170 | NO LOSS |
| AMR-0074-000171 | NO LOSS |
| AMR-0074-000172 | NO LOSS |
| AMR-0074-000173 | NO LOSS |
| AMR-0074-000174 | NO LOSS |
| AMR-0074-000175 | NO LOSS |
| AMR-0074-000176 | NO LOSS |
| AMR-0074-000177 | NO LOSS |
| AMR-0074-000178 | NO LOSS |
| AMR-0074-000179 | NO LOSS |
| AMR-0074-000180 | NO LOSS |
| AMR-0074-000181 | NO LOSS |
| AMR-0074-000182 | NO LOSS |
| AMR-0074-000183 | NO LOSS |
| AMR-0074-000184 | NO LOSS |
| AMR-0074-000185 | NO LOSS |
| AMR-0074-000186 | NO LOSS |
| AMR-0074-000187 | NO LOSS |
| AMR-0074-000188 | NO LOSS |
| AMR-0074-000189 | NO LOSS |
| AMR-0074-000190 | NO LOSS |
| AMR-0074-000191 | NO LOSS |
| AMR-0074-000192 | NO LOSS |
| AMR-0074-000193 | NO LOSS |
| AMR-0074-000194 | NO LOSS |
| AMR-0074-000195 | NO LOSS |
| AMR-0074-000196 | NO LOSS |
| AMR-0074-000197 | NO LOSS |
| AMR-0074-000198 | NO LOSS |
| AMR-0074-000199 | NO LOSS |
| AMR-0074-000200 | NO LOSS |
| AMR-0074-000201 | NO LOSS |
| AMR-0074-000202 | NO LOSS |
| AMR-0074-000203 | NO LOSS |
| AMR-0074-000204 | NO LOSS |
| AMR-0074-000205 | NO LOSS |
| AMR-0074-000206 | NO LOSS |
| AMR-0074-000207 | NO LOSS |
| AMR-0074-000208 | NO LOSS |
| AMR-0074-000209 | NO LOSS |
| AMR-0074-000210 | NO LOSS |
| AMR-0074-000211 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0074-000212 | NO LOSS |
| AMR-0074-000213 | NO LOSS |
| AMR-0074-000214 | NO LOSS |
| AMR-0074-000215 | NO LOSS |
| AMR-0074-000216 | NO LOSS |
| AMR-0074-000217 | NO LOSS |
| AMR-0074-000218 | NO LOSS |
| AMR-0074-000219 | NO LOSS |
| AMR-0074-000220 | NO LOSS |
| AMR-0074-000221 | NO LOSS |
| AMR-0074-000222 | NO LOSS |
| AMR-0074-000223 | NO LOSS |
| AMR-0074-000224 | NO LOSS |
| AMR-0074-000225 | NO LOSS |
| AMR-0074-000226 | NO LOSS |
| AMR-0074-000227 | NO LOSS |
| AMR-0074-000228 | NO LOSS |
| AMR-0074-000229 | NO LOSS |
| AMR-0074-000230 | NO LOSS |
| AMR-0074-000231 | NO LOSS |
| AMR-0074-000232 | NO LOSS |
| AMR-0074-000233 | NO LOSS |
| AMR-0074-000234 | NO LOSS |
| AMR-0074-000235 | NO LOSS |
| AMR-0074-000236 | NO LOSS |
| AMR-0074-000237 | NO LOSS |
| AMR-0074-000238 | NO LOSS |
| AMR-0074-000239 | NO LOSS |
| AMR-0074-000240 | NO LOSS |
| AMR-0074-000241 | NO LOSS |
| AMR-0074-000242 | NO LOSS |
| AMR-0074-000243 | NO LOSS |
| AMR-0074-000244 | NO LOSS |
| AMR-0074-000245 | NO LOSS |
| AMR-0074-000246 | NO LOSS |
| AMR-0074-000247 | NO LOSS |
| AMR-0074-000248 | NO LOSS |
| AMR-0074-000249 | NO LOSS |
| AMR-0074-000250 | NO LOSS |
| AMR-0074-000251 | NO LOSS |
| AMR-0074-000252 | NO LOSS |
| AMR-0074-000253 | NO LOSS |
| AMR-0074-000254 | NO LOSS |
| AMR-0074-000255 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0074-000256 | NO LOSS |
| AMR-0074-000257 | NO LOSS |
| AMR-0074-000258 | NO LOSS |
| AMR-0074-000259 | NO LOSS |
| AMR-0074-000260 | NO LOSS |
| AMR-0074-000261 | NO LOSS |
| AMR-0074-000262 | NO LOSS |
| AMR-0074-000263 | NO LOSS |
| AMR-0074-000264 | NO LOSS |
| AMR-0074-000265 | NO LOSS |
| AMR-0074-000266 | NO LOSS |
| AMR-0074-000267 | NO LOSS |
| AMR-0074-000268 | NO LOSS |
| AMR-0074-000269 | NO LOSS |
| AMR-0074-000270 | NO LOSS |
| AMR-0074-000271 | NO LOSS |
| AMR-0074-000272 | NO LOSS |
| AMR-0074-000273 | NO LOSS |
| AMR-0074-000274 | NO LOSS |
| AMR-0074-000275 | NO LOSS |
| AMR-0074-000276 | NO LOSS |
| AMR-0074-000277 | NO LOSS |
| AMR-0074-000278 | NO LOSS |
| AMR-0074-000279 | NO LOSS |
| AMR-0074-000280 | NO LOSS |
| AMR-0074-000281 | NO LOSS |
| AMR-0074-000282 | NO LOSS |
| AMR-0074-000283 | NO LOSS |
| AMR-0074-000284 | NO LOSS |
| AMR-0074-000285 | NO LOSS |
| AMR-0074-000286 | NO LOSS |
| AMR-0074-000287 | NO LOSS |
| AMR-0074-000288 | NO LOSS |
| AMR-0074-000289 | NO LOSS |
| AMR-0074-000290 | NO LOSS |
| AMR-0074-000291 | NO LOSS |
| AMR-0074-000292 | NO LOSS |
| AMR-0074-000293 | NO LOSS |
| AMR-0074-000294 | NO LOSS |
| AMR-0074-000295 | NO LOSS |
| AMR-0074-000296 | NO LOSS |
| AMR-0074-000297 | NO LOSS |
| AMR-0074-000298 | NO LOSS |
| AMR-0074-000299 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0074-000300 | NO LOSS |
| AMR-0074-000301 | NO LOSS |
| AMR-0074-000302 | NO LOSS |
| AMR-0074-000303 | NO LOSS |
| AMR-0074-000304 | NO LOSS |
| AMR-0074-000305 | NO LOSS |
| AMR-0074-000306 | NO LOSS |
| AMR-0074-000307 | NO LOSS |
| AMR-0074-000310 | NO LOSS |
| AMR-0074-000311 | NO LOSS |
| AMR-0074-000312 | NO LOSS |
| AMR-0074-000314 | NO LOSS |
| AMR-0074-000315 | NO LOSS |
| AMR-0074-000317 | NO LOSS |
| AMR-0074-000318 | NO LOSS |
| AMR-0074-000322 | NO LOSS |
| AMR-0074-000323 | NO LOSS |
| AMR-0074-000324 | NO LOSS |
| AMR-0074-000328 | NO LOSS |
| AMR-0074-000329 | NO LOSS |
| AMR-0074-000330 | NO LOSS |
| AMR-0074-000331 | NO LOSS |
| AMR-0074-000332 | NO LOSS |
| AMR-0074-000335 | NO LOSS |
| AMR-0074-000339 | NO LOSS |
| AMR-0074-000340 | NO LOSS |
| AMR-0074-000341 | NO LOSS |
| AMR-0074-000345 | NO LOSS |
| AMR-0074-000346 | NO LOSS |
| AMR-0074-000347 | NO LOSS |
| AMR-0074-000348 | NO LOSS |
| AMR-0074-000349 | NO LOSS |
| AMR-0074-000350 | NO LOSS |
| AMR-0074-000351 | NO LOSS |
| AMR-0074-000355 | NO LOSS |
| AMR-0074-000358 | NO LOSS |
| AMR-0074-000359 | NO LOSS |
| AMR-0075-000002 | NO LOSS |
| AMR-0075-000009 | NO LOSS |
| AMR-0075-000010 | NO LOSS |
| AMR-0075-000013 | NO LOSS |
| AMR-0075-000014 | NO LOSS |
| AMR-0075-000016 | NO LOSS |
| AMR-0075-000017 | NO LOSS |

Exhibit D-28 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0075-000020 | NO LOSS |
| AMR-0075-000033 | NO LOSS |
| AMR-0075-000034 | NO LOSS |
| AMR-0075-000036 | NO LOSS |
| AMR-0075-000037 | NO LOSS |
| AMR-0075-000038 | NO LOSS |
| AMR-0075-000040 | NO LOSS |
| AMR-0075-000046 | NO LOSS |
| AMR-0075-000047 | NO LOSS |
| AMR-0075-000050 | NO LOSS |
| AMR-0075-000083 | NO LOSS |
| AMR-0075-000087 | NO LOSS |
| AMR-0075-000089 | NO LOSS |
| AMR-0075-000090 | NO LOSS |
| AMR-0075-000091 | NO LOSS |
| AMR-0075-000093 | NO LOSS |
| AMR-0075-000096 | NO LOSS |
| AMR-0075-000097 | NO LOSS |
| AMR-0075-000103 | NO LOSS |
| AMR-0075-000108 | NO LOSS |
| AMR-0075-000109 | NO LOSS |
| AMR-0075-000110 | NO LOSS |
| AMR-0075-000111 | NO LOSS |
| AMR-0075-000115 | NO LOSS |
| AMR-0075-000120 | NO LOSS |
| AMR-0075-000127 | NO LOSS |
| AMR-0075-000130 | NO LOSS |
| AMR-0075-000132 | NO LOSS |
| AMR-0075-000133 | NO LOSS |
| AMR-0075-000142 | NO LOSS |
| AMR-0075-000143 | NO LOSS |
| AMR-0075-000152 | NO LOSS |
| AMR-0075-000155 | NO LOSS |
| AMR-0075-000156 | NO LOSS |
| AMR-0075-000157 | NO LOSS |
| AMR-0075-000170 | NO LOSS |
| AMR-0075-000171 | NO LOSS |
| AMR-0075-000172 | NO LOSS |
| AMR-0075-000173 | NO LOSS |
| AMR-0075-000175 | NO LOSS |
| AMR-0075-000176 | NO LOSS |
| AMR-0075-000177 | NO LOSS |
| AMR-0075-000179 | NO LOSS |
| AMR-0075-000180 | NO LOSS |

Exhibit D-2 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0075-000182 | NO LOSS |
| AMR-0075-000184 | NO LOSS |
| AMR-0075-000185 | NO LOSS |
| AMR-0075-000186 | NO LOSS |
| AMR-0075-000187 | NO LOSS |
| AMR-0075-000191 | NO LOSS |
| AMR-0075-000213 | NO LOSS |
| AMR-0075-000214 | NO LOSS |
| AMR-0075-000216 | NO LOSS |
| AMR-0075-000217 | NO LOSS |
| AMR-0075-000221 | NO LOSS |
| AMR-0075-000222 | NO LOSS |
| AMR-0075-000223 | NO LOSS |
| AMR-0075-000224 | NO LOSS |
| AMR-0075-000225 | NO LOSS |
| AMR-0075-000227 | NO LOSS |
| AMR-0075-000229 | NO LOSS |
| AMR-0075-000231 | NO LOSS |
| AMR-0075-000232 | NO LOSS |
| AMR-0075-000239 | NO LOSS |
| AMR-0075-000246 | NO LOSS |
| AMR-0075-000252 | NO LOSS |
| AMR-0075-000258 | NO LOSS |
| AMR-0075-000259 | NO LOSS |
| AMR-0075-000271 | NO LOSS |
| AMR-0075-000272 | NO LOSS |
| AMR-0075-000273 | NO LOSS |
| AMR-0075-000281 | NO LOSS |
| AMR-0075-000282 | NO LOSS |
| AMR-0076-000002 | NO LOSS |
| AMR-0076-000007 | NO LOSS |
| AMR-0076-000009 | NO LOSS |
| AMR-0076-000013 | NO LOSS |
| AMR-0076-000014 | NO LOSS |
| AMR-0076-000019 | NO LOSS |
| AMR-0076-000024 | NO LOSS |
| AMR-0079-000001 | NO LOSS |
| AMR-0079-000002 | NO LOSS |
| AMR-0079-000005 | NO LOSS |
| AMR-0079-000014 | NO LOSS |
| AMR-0079-000015 | NO LOSS |
| AMR-0081-000001 | NO LOSS |
| AMR-0081-000002 | NO LOSS |
| AMR-0083-000001 | NO LOSS |

Exhibit D-3 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
|---|---|
| AMR-0084-000001 | NO LOSS |
| AMR-0084-000002 | NO LOSS |
| AMR-0086-000001 | NO LOSS |
| AMR-0087-000001 | NO LOSS |
| AMR-0089-000003 | NO LOSS |
| AMR-0089-000007 | NO LOSS |
| AMR-0089-000008 | NO LOSS |
| AMR-0089-000009 | NO LOSS |
| AMR-0089-000011 | NO LOSS |
| AMR-0089-000012 | NO LOSS |
| AMR-0089-000016 | NO LOSS |
| AMR-0089-000021 | NO LOSS |
| AMR-0089-000022 | NO LOSS |
| AMR-0089-000025 | NO LOSS |
| AMR-0089-000029 | NO LOSS |
| AMR-0089-000035 | NO LOSS |
| AMR-0089-000037 | NO LOSS |
| AMR-0089-000038 | NO LOSS |
| AMR-0089-000042 | NO LOSS |
| AMR-0089-000045 | NO LOSS |
| AMR-0089-000056 | NO LOSS |
| AMR-0089-000058 | NO LOSS |
| AMR-0089-000067 | NO LOSS |
| AMR-0089-000080 | NO LOSS |
| AMR-0089-000083 | NO LOSS |
| AMR-0089-000084 | NO LOSS |
| AMR-0089-000085 | NO LOSS |
| AMR-0089-000094 | NO LOSS |
| AMR-0089-000105 | NO LOSS |
| AMR-0089-000108 | NO LOSS |
| AMR-0089-000109 | NO LOSS |
| AMR-0089-000113 | NO LOSS |
| AMR-0089-000119 | NO LOSS |
| AMR-0089-000123 | NO LOSS |
| AMR-0089-000124 | NO LOSS |
| AMR-0089-000125 | NO LOSS |
| AMR-0089-000126 | NO LOSS |
| AMR-0089-000165 | NO LOSS |
| AMR-0089-000168 | NO LOSS |
| AMR-0089-000179 | NO LOSS |
| AMR-0089-000181 | NO LOSS |
| AMR-0089-000185 | NO LOSS |
| AMR-0089-000189 | NO LOSS |
| AMR-0089-000219 | NO LOSS |

Exhibit D-3 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0089-000244 | NO LOSS |
| AMR-0089-000251 | NO LOSS |
| AMR-0091-000002 | NO LOSS |
| AMR-0091-000003 | NO LOSS |
| AMR-0092-000001 | NO LOSS |
| AMR-0094-000002 | NO LOSS |
| AMR-0094-000004 | NO LOSS |
| AMR-0094-000005 | NO LOSS |
| AMR-0094-000008 | NO LOSS |
| AMR-0094-000015 | NO LOSS |
| AMR-0094-000016 | NO LOSS |
| AMR-0094-000017 | NO LOSS |
| AMR-0094-000018 | NO LOSS |
| AMR-0094-000020 | NO LOSS |
| AMR-0094-000022 | NO LOSS |
| AMR-0094-000028 | NO LOSS |
| AMR-0094-000029 | NO LOSS |
| AMR-0094-000030 | NO LOSS |
| AMR-0094-000036 | NO LOSS |
| AMR-0094-000042 | NO LOSS |
| AMR-0094-000043 | NO LOSS |
| AMR-0094-000051 | NO LOSS |
| AMR-0094-000052 | NO LOSS |
| AMR-0094-000053 | NO LOSS |
| AMR-0094-000059 | NO LOSS |
| AMR-0095-000002 | NO LOSS |
| AMR-0097-000001 | NO LOSS |
| AMR-0100-000001 | NO LOSS |
| AMR-0101-000001 | NO LOSS |
| AMR-0102-000001 | NO LOSS |
| AMR-0102-000002 | NO LOSS |
| AMR-0102-000003 | NO LOSS |
| AMR-0103-000001 | NO LOSS |
| AMR-0107-000001 | NO LOSS |
| AMR-0107-000002 | NO LOSS |
| AMR-0108-000001 | NO LOSS |
| AMR-0111-000001 | NO LOSS |
| AMR-0111-000002 | NO LOSS |
| AMR-0112-000001 | NO LOSS |
| AMR-0112-000002 | NO LOSS |
| AMR-0112-000003 | NO LOSS |
| AMR-0114-000001 | NO LOSS |
| AMR-0115-000001 | NO LOSS |
| AMR-0115-000002 | NO LOSS |

Exhibit D-3 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0115-000003 | NO LOSS |
| AMR-0115-000004 | NO LOSS |
| AMR-0116-000001 | NO LOSS |
| AMR-0117-000001 | NO LOSS |
| AMR-0117-000002 | NO LOSS |
| AMR-0118-000002 | NO LOSS |
| AMR-0118-000003 | NO LOSS |
| AMR-0119-000001 | NO LOSS |
| AMR-0121-000001 | NO LOSS |
| AMR-0125-000001 | NO LOSS |
| AMR-0126-000001 | NO LOSS |
| AMR-0127-000002 | NO LOSS |
| AMR-0128-000001 | NO LOSS |
| AMR-0129-000004 | NO LOSS |
| AMR-0129-000007 | NO LOSS |
| AMR-0129-000010 | NO LOSS |
| AMR-0129-000015 | NO LOSS |
| AMR-0129-000022 | NO LOSS |
| AMR-0129-000033 | NO LOSS |
| AMR-0129-000036 | NO LOSS |
| AMR-0129-000039 | NO LOSS |
| AMR-0129-000040 | NO LOSS |
| AMR-0129-000041 | NO LOSS |
| AMR-0129-000044 | NO LOSS |
| AMR-0129-000047 | NO LOSS |
| AMR-0129-000053 | NO LOSS |
| AMR-0129-000058 | NO LOSS |
| AMR-0129-000059 | NO LOSS |
| AMR-0129-000067 | NO LOSS |
| AMR-0129-000074 | NO LOSS |
| AMR-0129-000077 | NO LOSS |
| AMR-0129-000080 | NO LOSS |
| AMR-0129-000082 | NO LOSS |
| AMR-0129-000083 | NO LOSS |
| AMR-0129-000084 | NO LOSS |
| AMR-0129-000086 | NO LOSS |
| AMR-0129-000087 | NO LOSS |
| AMR-0129-000089 | NO LOSS |
| AMR-0129-000090 | NO LOSS |
| AMR-0129-000097 | NO LOSS |
| AMR-0129-000099 | NO LOSS |
| AMR-0129-000103 | NO LOSS |
| AMR-0129-000104 | NO LOSS |
| AMR-0129-000105 | NO LOSS |

Exhibit D-3 Part Four
No Loss Proofs of Claim
Total Number of Claims: 1,048

| Claim Number | Claim Status |
| --- | --- |
| AMR-0129-000108 | NO LOSS |
| AMR-0129-000114 | NO LOSS |
| AMR-0129-000115 | NO LOSS |
| AMR-0129-000116 | NO LOSS |
| AMR-0129-000117 | NO LOSS |
| AMR-0129-000126 | NO LOSS |
| AMR-0129-000127 | NO LOSS |
| AMR-0129-000132 | NO LOSS |
| AMR-0130-000001 | NO LOSS |
| AMR-0134-000001 | NO LOSS |
| AMR-0135-000001 | NO LOSS |
| AMR-0135-000002 | NO LOSS |
| AMR-0135-000003 | NO LOSS |
| AMR-0135-000004 | NO LOSS |
| AMR-0135-000005 | NO LOSS |
| AMR-0136-000001 | NO LOSS |
| AMR-0136-000002 | NO LOSS |
| AMR-0136-000003 | NO LOSS |
| AMR-0136-000004 | NO LOSS |
| AMR-0136-000005 | NO LOSS |
| AMR-0136-000006 | NO LOSS |
| AMR-0136-000007 | NO LOSS |
| AMR-0136-000009 | NO LOSS |
| AMR-0136-000010 | NO LOSS |
| AMR-0136-000011 | NO LOSS |
| AMR-0136-000012 | NO LOSS |
| AMR-0136-000013 | NO LOSS |
| AMR-0136-000014 | NO LOSS |
| AMR-0136-000015 | NO LOSS |
| AMR-0138-000001 | NO LOSS |
| AMR-0142-000002 | NO LOSS |
| AMR-0144-000001 | NO LOSS |
| AMR-0144-000002 | NO LOSS |
| AMR-0146-000001 | NO LOSS |
| AMR-0147-000001 | NO LOSS |
| AMR-0148-000001 | NO LOSS |